UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:

EAGAN AVENATTI, LLP; a California           **12-cv-80438-Middlebrooks/Brannon**
Limited Liability Partnership; and
MICHAEL J. AVENATTI, an individual,

       Plaintiffs,

v.

DAVID B. GREENBERG, an individual,

       Defendant.
_____/

## SUMMONS

To:    **Mr. David B. Greenberg**
       **5700 Old Ocean Blvd, Unit C**
       **Ocean Ridge, Florida 33483**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 or the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, whose name and address are:

       William C. Hearon, Esq.
       William C. Hearon, P.A.
       One S.E. Third Avenue, Suite 3000
       Miami, Florida   33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

DATE: __**April 25, 2012**_____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts