UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-80438-Middlebrooks/Brannon

EAGAN AVENATTI, LLP; a California
Limited Liability Partnership; and
MICHAEL J. AVENATTI, an individual,

        Plaintiffs,

v.

DAVID B. GREENBERG, an individual,

        Defendant.
_____/

### PLAINTIFFS' REQUEST FOR ENTRY OF A CLERK'S DEFAULT

The Plaintiffs, Eagan Avenatti, LLP and Michael J. Avenatti, by and through their undersigned counsel, and pursuant to Rule 55(a) Fed. R. Civ. P. hereby request that the Clerk of the Court enter a Default in this cause, as the Affidavit / Proof of Service filed herewith evidences that service was effectuated on April 29, 2012 upon the Defendant and that the Defendant has failed to plead or otherwise defend as required under the Rules.

        WILLIAM C. HEARON, P.A.
        Attorney for Plaintiffs
        1 S.E. Third Avenue, Suite 3000
        Miami, Florida 33131
        Ph: (305) 579-9813
        Fax: (305) 358-4707
        E-mail: bill@williamhearon.com

By: _____
        William C. Hearon
        Florida Bar No. 264660

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on June 1, 2012 on all counsel or parties of record identified on the Service List below.

By: _____
William C. Hearon

## SERVICE LIST

David B. Greenberg
5700 Old Ocean Blvd, Unit C
Ocean Ridge, Florida 33483

David B. Greenberg
4621 Gorham Drive
Corona del Mar, California 92625

WILLIAM C. HEARON, P.A., SUNTRUST INTERNATIONAL CENTER, ONE SOUTHEAST THIRD AVENUE, SUITE 3000, MIAMI, FLORIDA 33131, PHONE: (305) 579-9813