UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CLERK'S DEFAULT

EAGAN AVENATTI, LLP,                              CASE NO. 12CV80438-DMM

      Plaintiff(s),

v.

DAVID B. GREENBERG

      Defendant(s).
_____/

```
FILED by _____ D.C.
Jun 4, 2012
STEVEN M. LARIMORE
CLERK
U.S. DIST. CT.
S.D. OF FLA.
```

It appearing that the defendant(s) herein, **DAVID B. GREENBERG,** IS in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default IS hereby entered against defendant(s) DAVID B. GREENBERG, as of course, on this date June 4, 2012.

**STEVEN M. LARIMORE**
CLERK OF COURT

By: s/Doris Jones
    Deputy Clerk

cc:    Hon. DONALD M. MIDDLEBROOKS
       Counsel of Record
       DAVID B. GREENBERG
       4621 GORHAM DRIVE
       CORONA DEL MAR, CA 92625