

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12CV80438 DMM
Judge Middlebrooks

EAGAN AVENATTI, LLP; a California
Limited Liability Partnership; and
MICHAEL J. AVENATTI, an individual,

        Plaintiffs,

v.

DAVID B. GREENBERG, an individual,

        Defendant.

_____/

### DEFENDANT DAVID B. GREENBERG'S
### DECLARATION IN SUPPORT OF MOTION TO SET ASIDE DEFAULT

    I, David B. Greenberg, hereby state and declare the following facts are personally known to me. If called upon, I could and would competently testify to these facts.

    1.    I am named as a defendant in this action and am appearing *pro se*.

    2.    I first learned of this action and the entry of default slightly more than a week *after* the default was entered by the Court's Clerk.

    3.    This is the third action Plaintiff Avenatti now has pending against me in three different courts.

    4.    The first action, *Blum v. KPMG LLP, et al.*, is presently pending in the U.S.D.C., C.D. Cal., case number SACV11-01885 CJC (RNBx). A copy of the complaint is attached as Exhibit A.

Case No.: 12CV80438 DMM
Page 2

5.      I was a former KPMG tax partner in its Los Angeles office and left my employment there effective August 2003. I had nothing to do with Blum's transaction or the type of tax transaction Blum entered into.

6.      I understand and believe that Avenatti named me in the Blum case because Avenatti is angry with me over an earlier case in which Avenatti was involved (the "*Stein*" case).

7.      I was a defendant (and ultimately acquitted) in the widely reported criminal tax shelter case before Judge Kaplan, *U.S. v. Stein* (SDNY 2005) 05 CRIM 888.

8.      During the *Stein* trial, Avenatti represented a witness, Fred Sands, another purported tax shelter "victim" like Blum. On the witness stand, my lawyers demonstrated that Sands was an inveterate liar who couldn't keep his obviously pre-rehearsed story straight.

9.      Avenatti was livid because he had a significant pending civil case representing Sands against KPMG over a tax shelter entered into by Sands. Avenatti angrily told me and my lawyers afterward that Avenatti was going to get even with me for embarrassing him and Sands.

10.     Less than two months after filing this action, Avenatti then filed a California state court action against me for civil harassment on June 15, 2012 entitled *Michael J. Avenatti v. David B. Greenberg*, Orange County Superior Court case number: 30-2012-00577159-CU-HR-CJC. A copy of the complaint is attached as Exhibit B.

11.     For approximately the past ten years, I have been domiciled and resident in the State of Florida.

12.     I do not reside, nor have I ever resided at, 4621 Gorham, Corona Del Mar, California. I do not own the Gorham property, do not rent the Gorham property, do not maintain a room there, and keep no personal belongings there.

13.     My mother previously resided in the Gorham residence until her death.

Case No.:  12CV80438 DMM
Page 3

14.     My six-year-old daughter resides in the Gorham residence part time with a friend of mine who is one of her caretakers, Kelly Fennell.

15.     The Gorham residence is not my dwelling house; not my usual place of abode; not my usual place of business; and not my usual mailing address.

16.     I have resided in Florida for over 10 years and never in that 10 year period have I resided in California.

17.     I do not have a California drivers license.  My drivers license was issued by the State of Florida.

18.     I have no automobiles registered in the State of California.

19.     I do not maintain an office in the State of California.

20.     In the past approximate ten years, I have neither personally owned any businesses nor had any personal employees located in California.

21.     I have not designated for myself personally a local agent for service of process in California.

22.     I have not authorized anyone in California or elsewhere to accept service on my behalf.

23.     I do not personally own any physical assets located in California.

24.     I do not have any loans or liabilities secured by real or personal property in California.

25.     In the past ten years, I have not had any bank or brokerage accounts located in California for myself personally.

26.     In the past ten years, I have not established mail service in California for myself personally.

27.     In the past ten years, I have not maintained a phone or fax listing in California for myself personally.

28.     In the past ten years, I have not been registered to vote in California.

29.     I was not in the State of California at the time process server Harrigan claims to have seen me.

30.     Harrigan has never personally served me in any case.

31.     Attached as Exhibit F is a proof of substituted service in the *Blum* case prepared by Harrigan.

32.     I have been a single man for over a decade.

33.     I did not receive notice of this case until after the default was entered.

34.     I first learned of the entry of default on or about June 12, 2012 and immediately began determining how to properly proceed in light of the allegations in the lawsuit and the entry of default.

35.     I had my California lawyer prepare a letter to Plaintiffs' lawyer on June 14, 2012 concerning the defects in service.  A copy of that letter is attached as Exhibit G.

36.     The response from Plaintiff's lawyer dated June 18, 2012 is attached as Exhibit H.

37.     My understanding is that my neither my California lawyer nor any of the lawyers in his office are admitted to practice in Florida.

38.     I attempted to locate a Florida lawyer to represent me in this action, but I was unsuccessful due to my financial constraints.  I am therefore appearing *pro se* in this action.

39.     I acted promptly to protect my interests less than one week after I learned that a default had been entered against me.

Case No.:  12CV80438 DMM
Page 5

40.     I acted promptly to protect my interests less than one week after I learned that a default had been entered against me.

41.     There was no willful conduct or gross negligence by me that resulted in the entry of default and I am acting promptly to set it aside.

Executed on July 11, 2012, in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
David B. Greenberg

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by First Class

U.S. Mail on July 12, 2012 on all counsel or parties of record on the Service List below.

Gary Strait

## **SERVICE LIST**

William C. Hearon, Esq.
WILLIAM C. HEARON, P.A.
Attorney for Plaintiffs
1 S.E. Third Avenue, Suite 3000
Miami, Florida  33131
Ph: (305) 579-9813
Fax: (305) 358-4707
E-mail: bill@williamhearon.com

| CH-100 | Request for Civil Harassment Restraining Orders |
|---|---|

Read *Can a Civil Harassment Restraining Order Help Me?* (Form CH-100-INFO) before completing this form. Also fill out Confidential CLETS Information (Form CLETS-001), with as much information as you know.

*Clerk stamps date here when form is filed.*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JUN 15 2012

ALAN CARLSON, Clerk of the Court

(1) **Person Seeking Protection**

a.  Your Full Name:
Michael J. Avenatti                    Age: 41
Your Lawyer *(if you have one for this case):*
Name: Michael J. Avenatti    State Bar No.: 206929
Firm Name: Eagan Avenatti, LLP

b.  Your Address *(if you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.):*

Address: 450 Newport Center Drive, Second Floor
City: Newport Beach    State: CA    Zip: 92660
Telephone: 949-706-7000    Fax: 949-706-7050
E-Mail Address: mavenatti@eaganavenatti.com

*Fill in court name and street address:*
Superior Court of California, County of
Orange, Central Justice Center
700 Civic Center Drive West
P. O. Box 22014
Santa Ana, CA 92702-2014

*Court fills in case number when form is filed.*
Case Number: 30-2012
00577159

(2) **Person From Whom Protection Is Sought**
Full Name: David B. Greenberg                    Age: 50
Address *(if known):* 4621 Gorham Drive (California Residence)
City: Corona del Mar    State: CA    Zip: 92625

(3) **Additional Protected Persons**

a.  Are you asking for protection for any other family or household members? ☑ Yes ☐ No  *If yes, list them:*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| Scott Blum (age approx.) | M | 45 | ☐ Yes ☑ No | Current Client/Witness |
| Mark Calvert (age approx.) | M | 45 | ☐ Yes ☑ No | Current Client |
| Fred Sands (age approx.) | M | 70 | ☐ Yes ☑ No | Former Client/Witness |
| | | | ☐ Yes ☐ No | |

☑ *Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use Form MC-025, Attachment.*

b.  Why do these people need protection? *(Explain below.)*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.*

See No. 11, below.

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

CH-100, Page 1 of 6

Page 098

| Case Number: |
|---|
|  |

**④ Relationship of Parties**

How do you know the person in **②**? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 4—Relationship of Parties" for a title.*

Greenberg is a defendant in a tax fraud case filed by Avenatti in Federal Court (see below)

**⑤ Venue**

Why are you filing in this county? *(Check all that apply):*

a. ☐ The person in **②** lives in this county.

b. ☑ I was harassed by the person in **②** in this county.

c. ☑ Other *(specify):* Greenberg maintains a residence in Corona del Mar while claiming to be a permanent Florida resident.

**⑥ Other Court Cases**

a. Have you or any of the persons named in **③** been involved in another court case with the person in **②**?

☐ No ☑ Yes   *If yes, check each kind of case and indicate where and when each was filed:*

| | Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|---|
| (1) ☐ | Civil Harassment | | | |
| (2) ☐ | Domestic Violence | | | |
| (3) ☐ | Divorce, Nullity, Legal Separation | | | |
| (4) ☐ | Paternity, Parentage, Child Custody | | | |
| (5) ☐ | Elder or Dependent Adult Abuse | | | |
| (6) ☐ | Eviction | | | |
| (7) ☐ | Guardianship | | | |
| (8) ☐ | Workplace Violence | | | |
| (9) ☐ | Small Claims | | | |
| (10) ☐ | Criminal | | | |
| (11) ☑ | Other *(specify):* Blum v. KPMG | Fed Ct, Santa Ana | 2011 | SACV11-01885 |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in **③** and the person in **②**? ☑ No ☐ Yes   *If yes, attach a copy if you have one.*

**⑦ Description of Harassment**

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in **②** harassed you.

(1) When did it happen? *(provide date or estimated date):* June 15, 2012

(2) Who else was there?
See attachment 7.

---

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

Case Number:

(3)  How did the person in ② harass you?  *(Explain below):*

☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 7a(3)—Describe Harassment" for a title.*

See Attachment 7.

(4)  Did the person in ② use or threaten to use a gun or any other weapon?

☐ Yes  ☑ No  *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*

(5)  Were you harmed or injured because of the harassment?

☑ Yes  ☐ No  *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.*

Continuing damage to my reputation, loss of business, emotional distress, and anxiety.

(6)  Did the police come?  ☐ Yes  ☑ No

If yes, did they give you or the person in ② an Emergency Protective Order?  ☐ Yes  ☐ No

If yes, the order protects *(check all that apply):*

a.  ☐ Me   b.  ☐ The person in ②   c.  ☐ The persons in ③

*Attach a copy of the order if you have one.*

b.  Has the person in ② harassed you at other times?

☑ Yes  ☐ No  *(If yes, describe prior incidents and provide dates of harassment below):*

☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*

See Attachment 7.

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

CH-100, Page 3 of 6

→

Case Number:

**Check the orders you want.** ☑

**(8)** ☑ **Personal Conduct Orders**

I ask the court to order the person in **(2)** **not** to do any of the following things to me or to any person to be protected listed in **(3)** :

a. ☑ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☑ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

c. ☑ Other *specify):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.*
See Section 15, below.

*The person in* **(2)** *will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

**(9)** ☑ **Stay-Away Orders**

a.  I ask the court to order the person in **(2)** to stay at least _250_ yards away from *(check all that apply):*

| | | | | |
|---|---|---|---|---|
| (1) ☑ | Me | (8) ☑ | My vehicle | |
| (2) ☑ | The other persons listed in **(3)** | (9) ☑ | Other *(specify):*____ | |
| (3) ☑ | My home | | My childrens' place of residence. | |
| (4) ☑ | My job or workplace | | | |
| (5) ☐ | My school | | | |
| (6) ☑ | My children's school | | | |
| (7) ☑ | My children's place of child care | | | |

b.  If the court orders the person in **(2)** to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job? ☑ Yes ☐ No *(If no, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 9b—Stay-Away Orders," for a title.*

**(10)** **Guns or Other Firearms and Ammunition**

Does the person in **(2)** own or possess any guns or other firearms? ☐ Yes ☐ No ☑ I don't know

*If the judge grants a protective order, the person in* **(2)** *will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive a gun, other firearm, and ammunition while the protective order is in effect. The person in* **(2)** *will also be ordered to turn in to law enforcement or sell to a gun dealer any guns or firearms within his or her immediate possession or control.*

**This is not a Court Order.**

Case Number:

**(11) Immediate Orders**

Do you want the court to make any of these orders now that will last until the hearing without notice to the person in ②? ☑ Yes ☐ No  *(If you answered yes, explain why below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 11—Immediate Orders" for a title.*

Mr. Greenberg's threats and harassment are escalating daily if not hourly as evidenced by his emails. Mr. Greenberg has repeatedly stated that he does not care if he lives or dies and that he is a "walking dead man." There is every reason to believe that unless the orders requested are immediately entered Mr. Greenberg will engage in violent acts against one or more of the individuals in No. 3.

**(12) ☑ Request to Give Less Than Five Days' Notice**

*You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains What Is "Proof of Personal Service"? Form CH-200, Proof of Personal Service, may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 12—Request to Give Less Than Five-Days Notice" for a title.*

See No. 11, above.

**(13) ☐ No Fee for Filing or Service**

a. ☐ There should be no filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☐ The sheriff or marshal should serve (notify) the person in ② about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☐ There should be no filing fee and the sheriff or marshal should serve the person in ② for free because I am entitled to a fee waiver. *(You must complete and file Form FW-001, Application for Waiver of Court Fees and Costs.)*

**(14) ☐ Lawyer's Fees and Costs**

I ask the court to order payment of my:  a. ☐ Lawyer's fees  b. ☐ Court costs

The amounts requested are:

| Item | Amount | Item | Amount |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or Form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

**This is not a Court Order.**

Revised January 1, 2012
**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)
CH-100, Page 5 of 6
→

Page 102

Case Number:

**(15)** ☑ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*:

☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 15—Additional Orders Requested," for a title.*

1.  Mr. Greenberg is not to post on the internet any threatening, derogtaory or harassing statements about any of the persons listed in No. 3;

2.  Mr. Greenberg is not to email any other person any threatening, derogatory or harassing statements about any of the persons listed in No. 3;

3.  Mr. Greenberg is not to attempt to utilize any other alias, person, entity or agent to accomplish or carry out conduct prohibited by this Order.

**(16)** Number of pages attached to this form, if any: **44**

Date: June 15, 2012

Michael J. Avenatti
*Lawyer's name (if any)*          ▶          *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: June 15, 2012

Michael J. AVenatti
*Type or print your name*          ▶          *Sign your name*

**This is not a Court Order.**

Revised January 1, 2012            **Request for Civil Harassment Restraining Orders**            CH-100, Page 6 of 6
(Civil Harassment Prevention)

Page 103

# EXHIBIT

3A

## ATTACHMENT 3a – ADDITIONAL PROTECTED PERSONS

| | | |
|---|---|---|
| John Arden | Male/37 | Attorney – Eagan Avenatti, LLP |
| Mariam Bicknell | Female/39 | Employee - Eagan Avenatti, LLP |
| Alexander L. Conti | Male/47 | Attorney – Eagan Avenatti, LLP |
| Hillary Converse | Female/26 | Employee – Eagan Avenatti, LLP |
| Michael Q. Eagan | Male/65 | Attorney - Eagan Avenatti, LLP |
| Jason Frank | Male/40 | Attorney – Eagan Avenatti, LLP |
| Ahmed Ibrahim | Male/30 | Attorney – Eagan Avenatti, LLP |
| Marshall Mancillas | Male/30 | Attorney – Eagan Avenatti, LLP |
| Anthony McNeil | Male/42 | Employee - Eagan Avenatti, LLP |
| Gina Melo | Female/27 | Employee - Eagan Avenatti, LLP |
| Katherine Mosby | Female/50 | Employee - Eagan Avenatti, LLP |
| Shea Murphy | Male/30 | Attorney – Eagan Avenatti, LLP |
| Maritza Nowowiejski | Female/40 | Employee - Eagan Avenatti, LLP |
| Judy Regnier | Female/47 | Employee - Eagan Avenatti, LLP |
| Scott Sims | Male/30 | Attorney – Eagan Avenatti, LLP |
| Lisa Wegner | Female/35 | Attorney – Eagan Avenatti, LLP |
| Amy Williams | Female/35 | Employee - Eagan Avenatti, LLP |
| Morgan Witos | Female/26 | Employee - Eagan Avenatti, LLP |

**3A**

# EXHIBIT

## ATTACHMENT 7 TO REQUEST FOR CIVIL HARASSMENT

## RESTRAINING ORDERS

Michael J. Avenatti is a founding partner of the law firm Eagan Avenatti, LLP of Newport Beach, CA ("the Firm"). On December 7, 2011, Mr. Avenatti, on behalf of the Firm's client Scott A. Blum, filed the action Scott A. Blum v. KPMG, LLP, Jeffrey Stein, Jeffrey Eischeid, Carl Hasting, Robin Paule, and David Greenberg, Case No. SACV11-01885 (CJC), in United States District Court for the Central District of California (the "lawsuit" or "action"). David Greenberg was named as a defendant in the action. On or about December 16, 2012, David Greenberg was served in the action.

In January of 2012, Mr. Avenatti became aware of the existence of written statements published in January 2012 to the internet on the web sites of *Forbes* and the *Wall Street Journal* posted by Mr. Greenberg. These statements were harassing, abusive and threatening towards Mr. Avenatti, Mr. Scott Blum (a client of the firm and a witness) and Mr. Fred Sands (also a client of the firm and a witness), including the following:

a. "MICHAEL J. AVENATTI IS A LYING SCUMBAG DOING ANYTHING TO MAKE A BUCK INCLUDING RAT F……ING THE DEFENSLESS"

b. "WHAT A JOKE, AVENATTI IS ALREADY A WELL KNOWN FRAUDSTER AND THIEF, ENGAGING IN BLACKMAILING FOR A LIVING, THE LYING SCUMBAG."

c. "IT TAKES ONE TO KNOW ONE AND OBVIOUSLY AVENATTI KNOWS LYING THIEVES SINCE HE IS ONE OF THE BIGGER LIARS AND THIEVES IN NEWPORT BEACH, HOME TO MANY LIARS AND THIEVES."

d. "I AM JUST GETTING STARTED BOYS (MAGGOTS), MY INVESTIGATORS WILL TRACK DOWN EVERY LIE YOU EVER TOLD UNDER THE GUISE OF LITIGATION PRIVILEGE AND EVERY GIRL (OR BOY) YOU SCUMBAGS EVER BANGED, NEWPORT BEACH IS A SMALL UNIVERSE YOU LYING THIEVES."

[See Exhibits A-D]

Unfortunately, however, Mr. Greenberg's abusive and threatening conduct did not end with these posts. Instead, it escalated. [See Exhibits E-K] As the attached documents indicate, Mr. Greenberg began contacting Mr. Avenatti directly, via email, and sending similarly threatening and abusive emails. Moreover, Mr. Greenberg began referring to himself as a "walking dead man" and stating "I care about nothing and pray to god for death every day." [Exhibit K]

1

7

**Indeed, just this morning, Mr. Greenberg wrote in an email:**

> **U need to get it through ur thick head, I died 7 years ago and crave the release of death as opposed to having to remember being gang ass raped by jew hating niggers every 5 mother fukin seconds … u should have left me alone fuk hed**

[Exhibit Q]

Mr. Greenberg's abuse and threats have not been, unfortunately, limited to Mr. Avenatti. He has further escalated his conduct by making threatening and inappropriate comments to employees of the Firm. For example, on April 16, 2012 after Katherine Mosby, a non-attorney employee of the Firm, transmitted to Mr. Greenberg, via email, a letter from Mr. Avenatti regarding the Blum action, Mr. Greenberg responded stating (among other things):

> Avenazzi, I was wondering if you would mind if I asked your legal assistant Katherine out for a drink, friends of mine in Newport tell me she is kind of hot…

[Exhibit L]

In the same email, Mr. Greenberg also referenced an associate at the Firm, Shea Murphy, writing, "is it the same for your associate Murphy, is he or she (we will do the background search eventually) a lying scumbag who appears to hate Jews like you, Avenazzi?" [Exhibit L]

Similarly, on June 12, 2012, Judy Regnier, a non-attorney employee at the Firm, transmitted to Mr. Greenberg, via email, a letter regarding the Blum lawsuit to Mr. Greenberg. Mr. Greenberg responded to Ms. Regnier's email as follows:

> Judy, nice, doing the dirty work for that little piss ant, keep in mind according to bonhoeffer "to not speak in the face of evil is evil in of itself". Of course the jew hater hitler like your jew hating piss ant boss killed bonehoeffer for supporting all those jews
>
> Just wait until I free up some time to make sure your friends at change.org or church group in yorba linda know you support a guy who believes it erotic for me a scumbag jew to have been gang ass raped by jew hating niggers while the prison guards jerked off in my face

[Exhibit M]

As the latter paragraph indicates, Mr. Greenberg had clearly researched personal information about Ms. Regnier, and sought to threaten, harass and intimidate her by indicating that he would contact people she knew. The email also indicates that he had researched what town she lives in. Similarly, Mr. Greenberg indicated that he would be doing background research on other employees of the Firm and threatened to ask another employee out. Obviously, the thought that Mr. Greenberg might do such a thing was disconcerting to say the least and

2

prompted Ms. Regnier, and others at the Firm, to be extremely concerned for their own safety and well-being.

In addition to sending abusive and threatening correspondence to Mr. Avenatti and employees of the Firm, Mr. Greenberg further escalated his conduct and recently began contacting other third parties, including clients of Michael Avenatti and his firm.  For example, Mr. Greenberg sent emails to individuals at George Washington University Law School – where Mr. Avenatti serves on the Board of Advisors and attended law school.  [Exhibits G, N]  Mr. Greenberg also contacted other clients of the Firm in matters entirely unrelated to the Blum lawsuit. [Exhibit O]

Mr. Greenberg also contacted Scott Blum, the plaintiff in the Blum lawsuit and a witness, sending threatening and abusive emails to him.  [Exhibit P]  In doing so, Mr. Greenberg not only attempted to intimidate a witness and a client of the Firm, but the plaintiff in the action pending against Mr. Greenberg and a witness in a judicial proceeding.

It should not be overlooked that in contacting these various individuals, Mr. Greenberg is clearly researching and stalking both Mr. Avenatti and other Firm employees, as well as the individuals he has contacted.  Mr. Greenberg has no reason to contact or associate with any of the individuals he has contacted other than for the purpose of harassing both them and Mr. Avenatti and the Firm's employees.

Nevertheless, Mr. Greenberg has made it apparent that he is engaged in numerous efforts to find out information about Mr. Avenatti and the Firm's employees and clients in an effort to harass and intimidate them.  This coupled with Mr. Greenberg's statements about desiring death and having nothing left to live for causes Michael Avenatti, the firm's employees and its clients to fear for their safety.

3

# EXHIBIT



Courthouse News Service

Page 1 of 1
EAGAN AVENATTI, LLP EAGAN AVENATTI, LLP IS A FIRM OF LYING WORM
BAGSMICHAEL J. AVENATTI IS A LYING SCUMBAG DOING ANYTHING TO MAKE A
BUCK INCLUDING RAT F......ING THE DEFENSLESSMICHAEL AVENETTI
REPRESENTS THE SCUM OF THE SCUM LIKE FRED SANDS AND SCOTTBLUM TWO
CRADLE ROBBING FAMILY DESTROYING LYING PIECES OF SCUMWHAT A JOKE,
AVENATTI IS ALREADY A WELL KNOWN FRAUDSTER AND THIEF, ENGAGINGIN
BLACKMAILING FOR A LIVING, THE LYING SCUMBAG.AVENATTI PROBABLY
SEEKS OUT THE SCUM OF THE SCUM LIKE FRED SANDS THEPURPORTED REAL
ESTATE MOGUL WHO NOT ONLY HAS COMMITTED PERJURY ANDACCOUNTING
FRAUD, BUT LIED AND DESTROYED SEVERAL FAMILIES WHILE
BANGINEVERYTHING IN WEST LA, NOT BAD FOR A SHORT WORMY LOOKIN
JEW.SCOTT BLUM ON THE OTHER HAND IS A DECEITFUL DISGRACEFUL LYING
PIECE OFGARBAGE, HE HAS DEFRAUDED JUST ABOUT EVERYONE HE EVER MET
AND HE HAS THELAWSUITS TO PROVE IT.IT TAKES ONE TO KNOW ONE AND
OBVIOUSLY AVENATTI KNOWS LYING THIEVES SINCEHE IS ONE OF THE BIGGER
LIARS AND THIEVES IN NEWPORT BEACH, HOME TO MANYLIARS AND THIEVES.I
AM JUST GETTING STARTED BOYS (MAGGOTS), MY INVESTIGATORS WILL TRACK
DOWNEVERY LIE YOU EVER TOLD UNDER THE GUISE OF LITIGATION PRIVILEGE
AND EVERY GIRL(OR BOY) YOU SCUMBAGS EVER BANGED, NEWPORT BEACH IS
A SMALL UNIVERSE YOULYING THIEVES.FOR STARTERS WE GOT OVER ONE
HUNDRED LIES TOLD BY AVENATTI, BLUM AND SANDS,AND THAT IS WITHOUT
EVEN TRYING, YOU GUYS THREATENED THE WRONG FUK THISTIME, WHEN YOU
GOT NOTHING LEFT TO LOSE, YOU GOT NOTHING LEFT TO LOSE, THETRUTH
WILL SHOW AVENATTI, BLUM AND SANDS TO BE LYING PIECES OF
GARBAGEDESERVED OF SCORN AND PUBLIC HUMILIATION (IF IT IS EVEN
POSSIBLE TO HUMILIATETHESE DEVIATES).LITAIGATION PRIVILEGE PROTECTS
YOU FROM EVERYTHING BUT THE TRUTH, AND THETRUTH IS MOTHER F.....ING
UGLY IN THIS CASE.
HOME PAGE ABOUT US BACK ISSUES
COLUMNS

DARKROOM

ALMANAC
ENTERTAINMENT LAW
REPORTS
APPELLATE OPINIONS
MASTHEAD
Wednesday, September 03, 2008

Last Update:
11:25:24 AM
KPMG Cost Them $50 Million InFake Tax Shelters, Investors Say

EXHIBIT A

# EXHIBIT



Finding Free Tax Help - The Tax Blog - SmartMoney                                    Page 3 of 3

Comments (6 of 12)                                              VIEW ALL COMMENTS »

1:06 pm March 29, 2012
Alliance Financial and Investor Tax wrote:

It seems like taking the time to find a tax specialist would be well worth the effort in the scenarios that were listed.

1:47 pm March 27, 2012
Wendy Cesspool wrote:

There are quite a few free tax advice websites available to consumers. Taxbuzz offers a tax advice blog for consumers offering tax planning tips, personal finance tips and breaking tax law news.

6:00 pm February 20, 2012
Jim wrote:

Pablo, if you made under $50,000 last year, go to http://www.irs.gov and put VITA in the search block. It will tell you where to have your taxes done free by IRS-certified volunteers. No hidden charges, fees, etc. Totally free. Only drawbacks are the income limit and not all returns qualify. But their scope includes about 98% of individual returns. Even includes Sch C (business income/loss) and sch D (gain/loss from stocks, bonds, etc.)

1:50 pm February 15, 2012
Pablo wrote:

This would be the first time to have my taxes filed with free help. Im currently unemployed and I would like to know who I talk to at H&R Block to let them know Im having my taxes filed for free, f

12:57 pm February 6, 2012
Anonymous wrote:

Eagan Avenatti LLP Eagan Avenatti LLP Eagan Avenatti LLP Eagan Avenatti LLP

A firm of liars, thieves and cheats. A firm of liars, thieves and cheats.

Litigation Privilege Litigation Privilege Litigation Privilege

Michael Avenatti is a lying thieving scumbag who hides behind litigation privilege to spin his evil malevolent web of lies causing death and destruction of many families.

Michael Avenatti does not care what lies he tells as long as he can make a buck, he is a despicable lying thief. Michael Avenatti preys on the defenseless like the lying salivating coward he is, he makes Sandusky's abuses of disadvantaged youth look like charitable acts compared to the lives he destroys with his lies and thievery.

Michael Avenatti you are pure scum, so far we have accumulated 15% of public filings you have made, and without even trying, identified 1,000 outright lies contained in your briefs. I know litigation privilege you f....ing scumbag. We are just beginning and may have to hire 20 FB/since to work around the clock so as we can apprise the public of all your malevolent lies and skullduggery. The lies and perjury already committed by your scumbag clients Fred Sands and Scott Blum total well over 200, you lying liskar, I know litigation privilege.

You very crossed the line (even for a scumbag lawyer) when you threatened someone in federal custody (who had been repeatedly ass raped and tortured by angry blacks) with massive future abuse in prison, tell me Michael Avenatti you l.ing douche bag, what could be worse than being repeatedly ass raped and sodomized by angry blacks while the guards laughingly watch you stk f....k, tell me since you are one that made a threat of future massive abuse, I know litigation privilege, you scumbag f.....k.

Your client Fred Sands is a lying maggot, I can't wait to depo him, prove he committed perjury f/ke the lying f..king scumbag he is and then have him say, I was only spinning the web of lies my scumbag lawyer Michael Avenatti told me to say, litigation privilege.

You threatened the wrong mother f...ker A hole, I will make it a mission to publicly expose every f....km lie you averted, and it looks like there are many. I know, litigation privilege but hey, just like it is not a crime to lie like a mother f...ter behind the cloak of litigation privilege (an Avenatti specialty), at least as of this day in this country, it is still not a crime to make public the truth. Of course, I would not expect a scumbag like you to understand anything about the truth, F U Avenatti.

Previously Abused and Threatened by Avenatti

EXHIBIT B

