

FILED by _____ D.C.

JUL 16 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12CV80438 DMM
Judge Middlebrooks

EAGAN AVENATTI, LLP; a California
Limited Liability Partnership; and
MICHAEL J. AVENATTI, an individual,

                Plaintiffs,

v.

DAVID B. GREENBERG, an individual,

                Defendant.

_____/

## DECLARATION OF KELLY FENNELL IN SUPPORT OF DEFENDANT DAVID B. GREENBERG'S MOTION TO SET ASIDE DEFAULT

I, Kelly Fennell, hereby state and declare the following facts are personally known to me. If called upon, I could and would competently testify to these facts.

1.      I am a part-time caretaker for David Greenberg's daughter, Katelyn Holtel.

2.      Katelyn and I reside part-time in the Gorham residence in California.

3.      David Greenberg does not reside in the Gorham residence; it is not his dwelling house; it is not his usual place of abode; it is not a place of business; and it is not his mailing address.

4.      Greenberg resides in Florida.  Katelyn and I travel there to visit Greenberg.

5.      Greenberg has not authorized me to accept service on his behalf.

6.    To my knowledge, Greenberg was not in the State of California at the time process server Harrigan claims to have seen him.  Greenberg certainly was not at the Gorham residence at the time Harrigan purports to have seen Greenberg there.

7.    The entire residence on Gorham is surrounded by a seven-foot-tall wall.  From the street entry to the residence, which is the only means of access other than the garage, Harrigan's only view would have been of a solid, seven-foot-high wall and wooden gate.  See photos attached as Exhibits C, D and E depicting the wall, gate and doorbell.

8.    Even if the entry gate to the Gorham residence were open, and it never is, a person standing at the gate cannot see into the backyard.  See the photo attached as Exhibit F.

9.    Harrigan gave me documents in the Blum case, but Greenberg was not in California when that occurred.

10.    Greenberg and I are not, and never have been, married.

11.    Harrigan came to the Gorham residence on or about April 29, 2012.  He didn't seem to recognize me.  Harrigan told me he was looking for Greenberg.  I told him Greenberg wasn't there but was in Florida.

Executed on July 11, 2012, in the State of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Kelly Fennell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by First Class U.S. Mail on July 12, 2012 on all counsel or parties of record on the Service List below.

Gary Strait

## SERVICE LIST

William C. Hearon, Esq.
WILLIAM C. HEARON, P.A.
Attorney for Plaintiffs
1 S.E. Third Avenue, Suite 3000
Miami, Florida  33131
Ph: (305) 579-9813
Fax: (305) 358-4707
E-mail: bill@williamhearon.com