UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12CV80438 DMM
Judge Middlebrooks

FILED by _____ D.C.

JUL 26 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

EAGAN AVENATTI, LLP; a California
Limited Liability Partnership; and
MICHAEL J. AVENATTI, an individual,

    Plaintiffs,

v.

DAVID B. GREENBERG, an individual,

    Defendant.
_____/

## DEFENDANT DAVID B. GREENBERG'S
## NOTICE OF ERRATA RE: ADDRESS OF RECORD

On his initial filings in this action, Defendant David B. Greenberg, appearing *pro se*, mistakenly neglected to include his full address. The full address of record is set forth below.

DATED: July 16, 2012

*Respectfully submitted,*

DAVID B. GREENBERG
Defendant *Pro Se*
5700 Old Ocean Blvd, Unit C
Ocean Ridge, FL  33435
Telephone/Fax:  (561) 431-0750
E-Mail:  ernk1234@gmail.com

_____
David B. Greenberg

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by First Class U.S. Mail on July 16, 2012 on all counsel or parties of record on the Service List below.

_____
Gary Strait

## SERVICE LIST

William C. Hearon, Esq.
WILLIAM C. HEARON, P.A.
Attorney for Plaintiffs
1 S.E. Third Avenue, Suite 3000
Miami, Florida 33131
Ph: (305) 579-9813
Fax: (305) 358-4707
E-mail: bill@williamhearon.com