CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE DAVE LEE BRANNON

CASE NO.: 12-80438-Civ-Middlebrooks/Brannon

DATE: July 31, 2012 @ 2:00 P.M.

DAR/TIME IN COURT: 14:05:28 / 6 mins.

EAGAN AVENATTI, LLP, et al.,

        Plaintiff(s),

vs.

DAVID GREENBERG,

        Defendant(s).
_____/

P. Attorney(s): WILLIAM HEARON

D. Attorney(s): DAVID GREENBERG (PRO SE)

Type of Hearing: TELEPHONIC SCHEDULING CONFERENCE

Result of Hearing: Plaintiffs' counsel & pro se Defendant present. Court to issue written scheduling order, order of referral to Mediation & order of instructions to pro se litigant.