UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80438-Civ-Middlebrooks/Brannon

EAGAN AVENATTI, LLP, et al.,

    Plaintiff(s),

vs.

DAVID GREENBERG,

    Defendant(s).
_____/



FILED by _____ D.C.

JUL 31 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER OF INSTRUCTIONS TO PRO SE LITIGANT

THIS CAUSE is before the Court for the purpose of scheduling pre-trial dates. The Defendant in this case is proceeding pro se. It is therefore important that he be advised of essential requirements concerning this case. Therefore, it is ORDERED AND ADJUDGED as follows:

1. It is Defendant's responsibility to keep the Court advised of his current address at all times. If Defendant's address changes and no change of address is promptly filed with the Clerk of Court, <u>this case may be dismissed for lack of prosecution.</u>

2. Defendant shall serve upon the Plaintiffs, and the Plaintiffs' upon the Defendant, or, if appearance by counsel has been entered, upon their respective counsel, copies of all further pleadings or documents submitted for the Court's consideration. All pleadings must include the case number at the top of the first page. Defendant shall send the original of every pleading or document to the Clerk of this Court. Each submission shall include:

    1) a copy of the pleading or document, and

      2)     a certificate of service stating the date a true copy of the pleading or document was sent to the opposing parties and/or counsel for such parties. No original pleading or document shall be sent directly to a Judge of this Court.

Any paper submitted directly to a Judge rather than to the Clerk will be disregarded by the Court.

3.     Defendant has no counsel to assist in the discovery process. Attention is therefore directed to Federal Rule of Civil Procedure 26(a), which lists the various forms of discovery available in civil cases. Defendant is instructed that the Court will not grant any motion by a pro se litigant to take depositions, but will otherwise permit reasonable, relevant discovery by the methods described in the Federal Rules of Civil Procedure. It is Defendant's responsibility to actively pursue this case, obtain essential discovery, file all necessary pleadings and motions, and otherwise comply with all scheduling orders and prepare the case for trial.

4.     Pro se litigants, like all other litigants, must adhere to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida.

DONE AND ORDERED this 31st day of July, 2012.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE

Copy sent via U.S. Mail to:
David Greenberg, *pro se*

2