UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-80438-Middlebrooks/Brannon

EAGAN AVENATTI, LLP; a California
Limited Liability Partnership; and
MICHAEL J. AVENATTI, an individual,

       Plaintiffs,

v.

DAVID B. GREENBERG, an individual,

       Defendant.
_____/

## PLAINTIFFS' REQUEST FOR CLERK TO APPOINT MEDIATOR

The Plaintiffs, Eagan Avenatti, LLP and Michael J. Avenatti, by and through their undersigned counsel, hereby serve notice that the parties have been unable to agree on a mediator to mediate this case, and as a result, the Plaintiffs would hereby request the Clerk of the Court to appoint a mediator from the List of Certified Mediators for the Southern District of Florida.

                                              WILLIAM C. HEARON, P.A.
                                              Attorney for Plaintiffs
                                              1 S.E. Third Avenue, Suite 3000
                                              Miami, Florida 33131
                                              Ph: (305) 579-9813
                                              Fax: (305) 358-4707
                                              E-mail: bill@williamhearon.com

                                    By: _____
                                                William C. Hearon
                                               Florida Bar No. 264660

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail to ernk1234@gmail.com and by U.S. mail on August 15, 2012 on all counsel or parties of record identified on the Service List below.

By: _____
William C. Hearon

## SERVICE LIST

David B. Greenberg
5700 Old Ocean Blvd, Unit C
Ocean Ridge, Florida 33435

David B. Greenberg
4621 Gorham Drive
Corona del Mar, California 92625

WILLIAM C. HEARON, P.A, SUNTRUST INTERNATIONAL CENTER, ONE SOUTHEAST THIRD AVENUE, SUITE 3000, MIAMI, FLORIDA 33131, PHONE: (305) 579-9813