UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-80438-CIV-Middlebrooks/Brannon

**Eagan Avenatti, LLP, et al.**
        **Plaintiff,**

**vs.**

**David B. Greenberg**
        **Defendant.**

_____/

## CLERK'S NOTICE OF MEDIATOR DESIGNATION

In accordance with S.D. Fla. L.R. 16.2(d)(1)(b), the certified mediator identified below is hereby designated to serve as the mediator in this case:

Rodney A. Max
Upchurch Watson White & Max
1111 Brickell Avenue
Suite 1100
Miami, FL 33131
Telephone: 386-253-1560
Facsimile: 386-255-7722
E-mail: ramax@uww-adr.com

The Certified Mediator shall be compensated in accordance with Administrative Order 2008-08 ("in cases where the parties have not agreed on the selection of a mediator which results in the Clerk of the Court designating a mediator on a blind rotating basis ... such designated mediators shall be compensated at the rate of Two Hundred Fifty Dollars ($250) per hour, which includes the mediator's time preparing for and conducting the mediation.").

Pursuant to S.D. Fla. L.R. 16.2(d)(2), Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record. Plaintiff's Counsel in this case is identified below:

William Charles Hearon
William C. Hearon, P.A.
1 SE 3rd Avenue, Suite 3000
Miami, FL 33131
Telephone: 305-579-9813
Facsimile: 305-358-4707
E-mail: bill@williamhearon.com

DONE at the Federal Courthouse Square, Miami, Florida this 15th day of August, 2012.

                                      STEVEN M. LARIMORE
                                      Court Administrator • Clerk of Court

                                      By:  s/Peggy Johnson
                                                Deputy Clerk

Copies to:
The Honorable Donald M. Middlebrooks, United States District Judge
All Counsel of Record and/or Pro Se Parties
Rodney A. Max, Certified Mediator (Copy Mailed)