UNITED STATES DISTRICT OF FLORIDA
SOUTHERN DISTRICT OF FLORIDA

Case No.:   12-80438-CIV-Middlebrooks/Brannon

EAGAN AVENATTI, LLP; a California
Limited Liability Partnership; and
MICHAEL J. AVENATTI, an individual,

       Plaintiffs,

v.

DAVID B. GREENBERG, an individual,

       Defendant.
_____/

## NOTICE, CONSENT, AND ORDER OF REFERENCE - EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Notice of Availability of a United States Magistrate Judge
to Exercise Jurisdiction

In accordance with the provisions of 28 U.S.C. §636(c), and Federal Rule of Civil Procedure 73, you are notified that a United States Magistrate Judge of this District Court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a Magistrate Judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the Court's jurisdiction from being exercised by a Magistrate Judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any Magistrate Judge or to the District Judge to whom the case has been assigned.

An appeal from a judgment entered by a Magistrate Judge shall be taken directly to the

United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of this District Court.

## Consent to the Exercise of Jurisdiction by a United States Magistrate Judge

In accordance with provisions of 28 U.S.C. §636(c) and Federal Rule of Civil Procedure 73, the parties in this case consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Plaintiffs, Eagan Avenatti, LLP and Michael J. Avenatti | [signature] William C. Hearon, Esq. Counsel for Plaintiffs | 8/22/12 |
| | | |
| | | |

## Order of Reference

IT IS ORDERED that this case be referred to Dave Lee Brannon, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Federal Rule of Civil Procedure 73.

_____          _____
Date                              United States District Judge

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail to ernk1234@gmail.com and by U.S. mail on August 22, 2012 on all counsel or parties of record identified on the Service List below.

By: _William C. Hearon_ (signature)

William C. Hearon

## SERVICE LIST

David B. Greenberg
5700 Old Ocean Blvd, Unit C
Ocean Ridge, Florida 33435

David B. Greenberg
4621 Gorham Drive
Corona del Mar, California 92625