UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-80438-Middlebrooks/Brannon

EAGAN AVENATTI, LLP; a California
Limited Liability Partnership; and
MICHAEL J. AVENATTI, an individual,

        Plaintiffs,

v.

DAVID B. GREENBERG, an individual,

        Defendant.
_____/

## PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES

The Plaintiffs, Eagan Avenatti, LLP and Michael J. Avenatti, by and through their undersigned counsel, and pursuant to the terms of the Pretrial Scheduling Order entered by the Court on July 31, 2012, hereby serve notice that they intend to call at trial the following individuals as expert witnesses in this cause.

Larry Bodine
Larry Bodine Marketing
691 Wingate Road
Glen Elyn, IL 60137

David P. Ackerman, Esq.
Ackerman, Link & Sartory, P.A.
Esperante
222 Lakeview Avenue
Suite 1250
West Palm Beach, Florida 33401

WILLIAM C. HEARON, P.A.
Attorney for Plaintiffs
1 S.E. Third Avenue, Suite 3000
Miami, Florida 33131
Ph: (305) 579-9813
Fax: (305) 358-4707
E-mail: bill@williamhearon.com

By: _____
William C. Hearon
Florida Bar No. 264660

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail to ernk1234@gmail.com and by U.S. mail on September 4, 2012 on all counsel or parties of record identified on the Service List below.

By: _____
William C. Hearon

## SERVICE LIST

David B. Greenberg
5700 Old Ocean Blvd, Unit C
Ocean Ridge, Florida 33435

2