UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-CV-80438

EAGAN AVENATTI, LLP; a California
Limited Liability Partnership; and
MICHAEL J. AVENATTI, an individual,
Plaintiffs,
V.
DAVID B. GREENBERG, an individual)
Defendant.

FILED by _____ D.C.

SEP 2 6 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO: 12CV80438-DMM

MOTION FOR STAY PENDING RESOLUTION OF WHETHER
MR. AVENATTI IS A LIAR,   THIEF, CHEAT OR HATER OF
JEWS CURRENTLY AT ISSUE IN THREE SEPARTAE CASES

Judge: Honorable Donald M. Middlebooks

……………………………………………………………………………………/

**INTRODUCTION**

This case is about whether or not Mr. Avenatti is a
liar, thief, cheat and hater of Jews.

More particularly whether any alleged comments if
made by Greenberg related to Mr. Avenatti being a liar,
thief, cheat or hater of Jews are true; were made
maliciously given that Mr. Avenatti is legally a
"public figure"; and whether any damages resulted if it
is determined that Mr. Avenatti is not a liar, thief,
cheat or hater of Jews assuming such comments were made
maliciously and assuming such comments were made by
Greenberg.

Presently as described below three other legal proceedings are ongoing and pending (some of which are ripe for decision according to Mr. Avenatti's very own counsel, Mr. Hearon) which predate this case by years and for which some of the very facts at issue in this case, whether or not Mr. Avenatti is a liar, thief, cheat or hater of Jews are a central focus of the actions for which a factual determination will be made by the courts in those cases describes below.

Thus, defendant Greenberg is requesting a stay in this case for the following reasons:

1. To streamline this case as Mr. Avenatti is pursuing Greenberg in two separate actions in California Federal and State courts on the exact same factual issues in dispute here (is Mr. Avenatti a thief, liar, cheat or hater of Jews) and Mr. O'Malley, Mr. Avenatti's former partner, is suing Mr. Avenatti over the exact same factual issues in dispute here.[1]  The three cases are ripe for decision and will provide res judicata and collateral estoppel for the issues of fact in this case.

2. Presently Greenberg is suffering extreme hardship as Mr. Avenatti is pursuing Greenberg in three separate venues over the exact same issues, is Mr. Avenatti a thief, liar, cheat or hater of Jews.  The cases in Federal Court in California and State court are ripe for decision though and the state case is in the middle of trial. Greenberg finds it very difficult to defend

---

[1] See attached three Docket Sheets which show the extensive litigation that has already occurred in both Federal and State courts in California and some of which are ripe for decision regarding Mr. Avenatti being a thief, liar, cheat or hater of Jews.  See attached Exhibit 1 evidencing dockets for three separate actions involving whether Mr. Avenatti is a thief, liar, cheat or hater of Jews; Blum v. KPMG (a case in which Greenberg is a defendant specifically named by Mr. Avenatti as counsel for Blum; Avenatti v. Greenerg; and O'Malley v. Avenatti.

himself in all three venues especially given that
in the last few months Mr. Avenatti has filed
over 20 differing motions and over ten thousand
pages regarding whether Mr. Avenatti is a thief,
liar, cheat or hater of Jews.[2]

3. The damage resulting from a stay is nonexistent
in this case since Mr. Avenatti is already
pursuing cases on the exact same facts described
by Mr. Avenatti here (and demanding more than
$75,000,000 from Greenberg) some of which are
presently ripe for decision at least according to
Mr. Avenatti's counsel, Mr. Hearon.

All of these factors weigh in favor of a stay here
under case law.[3]

## ARGUMENT

**Resolution of the Blum Fraud litigation, the
Avenatti Civil Harassment litigation or the O'Malley
Fraud litigation could be dispositive of this Action
See Exhibit 1 for Docket Sheet Summaries of these
litigations.**

---

[2] It should be noted that Judicially Noticeable Documents definitively show that Mr. Avenatti is a liar, thief, cheat and hater of Jews especially given the fact that Mr. Avenatti is a relentless publicity hound about whom thousands of media references are made, thus making himself a "public figure" and subject to much more stringent riles related to any potential defamation.   See attached Exhibit 2, lawsuit by Mr. O'Malley against Mr. Avenatti for being a liar, thief, bully and cheat.  Exhibit 3, two news paper articles where Mr. Avenatti is described as a liar and wherein Mr. Avenatti is quoted as admitting to being a liar because opposing counsel called his lawsuit "flimsy". Exhibit 4, my answer to the Blum Complaint described in Exhibit 1 wherein I describe the abuses and acts of anti-Semitism imposed on me by Mr. Avenatti.  Exhibit 5, Mr. Avenatti's response to my answer to the Blum complaint wherein Mr. Avenatti states under penalties of perjury he believes my comments were "so salacious" (meaning very erotic or too erotic) regarding the fact that I was anally gang raped by blacks who hate Jews when I was in prison awaiting bail on charges I was completely exonerated from (with an apology from Federal Judge Kaplan of the S.D.N.Y.).

[3] See CMAX, Inc. Hall, 300 F2.d 265, 268 (9th Cir. 1962).  Landis v. N. Am. Co., 299 U.S. 248, 254-55 (1936).

The first factor the courts consider in deciding whether to issue a stay is whether there are "independentproceedings which bear upon the case." Leyva v. Certified Grocers of California, Ltd., 593 F.2d 857, 863 (9th Cir.1979) (affirming stay); CMAX, 300 F.2d at 269-70 (affirming the stay where parallel proceeding had the potential to impact the outcome of the case).

Notably, the collateral proceedings need not be dispositive, but need only develop facts or determine issues relevant to the stayed case.  See id. At 269 (stay warranted where "at the very least", the parallel proceeding would "provide a means of developing comprehensive evidence bearing upon" the stayed case); Mediterranean Enters., not require that the issues in such proceedings are necessarily controlling of the action before the court") (citation omitted); California Dep't. of Water Res. V. Powerex Corp., 653 F. Supp. 2d 1057, 1066 (E.D. Cal. 2009) (stay warranted because "findings [from parallel proceeding] could crystallize the….questions in the [complaint] and allow judicial decision to be made on a more distilled record").

In the three actions shown in Exhibit 1, Avenatti v. Greenberg; Blum v. KPMG and O'Malley v. KPMG directly at issue is whether Mr. Avenatti is a liar, thief, cheat or hater of Jews.  See Exhibits 2, 3, 4 and 5, court filings involving the aforementioned cases and all of which require resolving whether Mr. Avenatti is a liar, thief, cheat or hater of Jews.

Thus the dispositive standard is more than met here.

## It Would Be Inequitable to Force Greenberg to Continue To Litigate This Case

Greenberg has already incurred significant costs in litigating three separate matters brought by Mr. Avenatti in three separate venues including a significant amount of time away from attempting to earn a living as Greenberg has been and still is unemployed. See Curwen v. Dynan, No. C11-05598-BHS, 2012 WL 1237643, at *2 (W.D. Wash. Apr. 12, 2012) (granting stay to conserve resources of the parties); Azar v. Merck & Co., No. 3:06-cv-0579AS, 2006 WL 3086943, at *1 (N.D. Oct. 27, 2006) (granting stay to avid risk of needless expense to party).

Further, Greenberg is suffering severe hardship and incurring significant costs in fending off Mr. Avenatti's various lawsuit in California and Florida all over whether Mr. Avenatti is a liar, thief, cheat and hater of Jews.

Mr. Avenatti has even gone so far in one lawsuit to prevent Greenberg from dropping off at school and picking up from school Greenberg's six year old child whose mother recently committed suicide as a direct result of the false type of accusations Mr. Avenatti has made against Greenberg (over 500 allegations of fraud, threats of incarceration and inducement of severe financial harm) and from the exact types of threats made by Mr. Avenatti's longtime associate Mr. Harrigan who not only threatened Greenberg's child's caretaker but the child herself.

The costs of discovery will be greatly minimized as the discovery in the other cases has begun and to date Mr. Avenatti has provided Greenberg with no discovery in this case.  In the other cases ripe for decision Mr.

Avenatti has already provided extensive testimony and even filed a motion stating t he believes it erotic

Greenberg was anally gang raped by blacks who hate Jews.

The cost for witnesses will be doubled at least as all three cases where Mr. Avenatti is suing Greenberg require witness tetimony to definitively prove Mr. Avenatti is liar, thief, cheat and hater of Jews and in fact, Mr.

Avenatti's counsel, Mr. Hearon, is already demanding Greenberg make his witnesses available immeately to Mr. Hearon notwthtanding they are needed in the two actions bought by Mr. Avenatti in California now.

Less important but as a result of the over 20,000 pages of documents mailed to Greenberg's apartment by Mr. Avenatti the mail man just stopped delivering mail to Greenberg and only resumed after Greenberg complained to the supervisor (much to the consternation of the mail man). Note Greenberg lives in an apartment with a mail box the size of a shoe box which in no way can accommodate one tenth of the mailings Mr. Avenatti has been sending to Greenberg in these three separate actions.

## There Is No Damage To Avenatti If A Stay Is Granted

Mr. Avenatti has not claimed that he will be damaged if a stay is granted notwithstanding Greenberg requested a meet and confer on September 20, 2012 on this issue. As set forth above, there are substantial benefits in staying the case, and no harm would result from the stay. Accordingly, all three factors weigh in favor of staying this action.

## CONCLUSION

For the foregoing reasons, Greenberg respectfully requests that the Court stay this action until the issues in the Blum fraud litigation, Avenatti civil

6

harassment litigation and the O'Malley fraud litigation have been resolved as such litigation relates to rulings on whether Mr. Avenatti is a thief, liar, cheat, bully and hater of Jews which Mr. Avenatti's very own counsel Mr. Hearon has stated will be decided soon.


DATED: September 18, 2012

Respectfully submitted,
DAVID B. GREENBERG
Defendant Pro Se
5700 Old Ocean Blvd, Unit C
Ocean Ridge, Florida    33435
Telephone: (646) 705-2910
E-Mail: ernk1234@gmail.com


_____
David B. Greenberg

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the
foregoing was served by First Class
U.S. Mail on August 31, 2012 on all counsel or
parties of record on the Service List below.



David Greenberg

SERVICE LIST
William C. Hearon, Esq.

WILLIAM C. HEARON, P.A.
Attorney for Plaintiffs
1 S.E. Third Avenue, Suite 3000
Miami, Florida 33131
Ph: (305) 579-9813
Fax: (305) 358-4707
E-mail: bill@williamhearon.com

Exhibit 1

Case Summary:

| Case Id: | 30-2012-00577159-CU-HR-CJC |
|---|---|
| Case Title: | MICHAEL J AVENATTI VS. DAVID B GREENBERG |
| Case Type: | HARASSMENT |
| Filing Date: | 06/15/2012 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | COMPLAINT FILED BY AVENATTI, MICHAEL J ON 06/15/2012 | 06/15/2012 | | 69 pages | ☐ |
| 2 | CIVIL CASE COVER SHEET FILED BY AVENATTI, MICHAEL J ON 06/15/2012 | 06/15/2012 | | 2 pages | ☐ |
| 3 | DECLARATION FOR TEMPORARY RESTRAINING ORDER FILED BY AVENATTI, MICHAEL J ON 06/15/2012 | 06/15/2012 | | 5 pages | ☐ |
| 4 | EX PARTE TEMPORARY RESTRAINING ORDER SCHEDULED FOR 06/15/2012 AT 04:00:00 PM IN C62 AT CENTRAL JUSTICE CENTER. | 06/15/2012 | | NV | |
| 5 | NOTICE OF COURT HEARING FILED BY AVENATTI, MICHAEL J ON 06/15/2012 | 06/15/2012 | | 3 pages | ☐ |
| 6 | TEMPORARY RESTRAINING ORDER FILED BY AVENATTI, MICHAEL J ON 06/15/2012 | 06/15/2012 | | 6 pages | ☐ |
| 7 | ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT SCHEDULED FOR 07/06/2012 AT 09:00:00 AM IN C03 AT CENTRAL JUSTICE CENTER. | 06/15/2012 | | NV | |
| 8 | THE COURT ORDERS TEMPORARY RESTRAINING ORDER GRANTED AS TO DAVID GREENBERG. ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT SET FOR 07/06/2012 AT 09:00AM IN C03. | 06/15/2012 | | NV | |
| 9 | MINUTES FINALIZED FOR EX PARTE TEMPORARY RESTRAINING ORDER 06/15/2012 04:00:00 PM. | 06/19/2012 | | 1 pages | ☐ |
| 10 | ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT SCHEDULED FOR 07/20/2012 AT 09:00:00 AM IN C03 AT CENTRAL JUSTICE CENTER. | 07/03/2012 | | NV | |
| 11 | ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT CONTINUED TO 07/20/2012 AT 09:00 AM IN THIS DEPARTMENT. | 07/03/2012 | | NV | |
| 12 | MINUTES FINALIZED FOR CHAMBERS WORK 07/03/2012 10:47:00 AM. | 07/03/2012 | | 1 pages | ☐ |
| 13 | REQUEST TO CONTINUE COURT HEARING AND TO REISSUE TEMPORARY RESTRAINING ORDER FILED BY AVENATTI, MICHAEL J ON 06/28/2012 | 06/28/2012 | | 7 pages | ☐ |
| 14 | NOTICE OF NEW HEARING DATE AND ORDER ON REISSUANCE FILED BY AVENATTI, MICHAEL J ON 07/03/2012 | 07/03/2012 | | 9 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 15 | EX PARTE APPLICATION - OTHER (TO CONTINUE DATE OF HEARING ON ORDER TO SHOW CAUSE FROM JULY 20, 2012 TO JULY 27, 2012) FILED BY GREENBERG, DAVID B ON 07/09/2012 | 07/09/2012 | | 10 pages | ☐ |
| 16 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 11179370 AND RECEIPT NUMBER 11003262. | 07/09/2012 | | 1 pages | ☐ |
| 17 | EX PARTE SCHEDULED FOR 07/09/2012 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 07/09/2012 | | NV | |
| 18 | MINUTES FINALIZED FOR EX PARTE 07/09/2012 01:30:00 PM. | 07/09/2012 | | 1 pages | ☐ |
| 19 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 11181267 AND RECEIPT NUMBER 11005159. | 07/11/2012 | | 1 pages | ☐ |
| 20 | EX PARTE APPLICATION - OTHER (FOR ORDER SETTING BRIEFING SCHEDULE) FILED BY AVENATTI, MICHAEL J ON 07/11/2012 | 07/11/2012 | | 292 pages | ☐ |
| 21 | EX PARTE SCHEDULED FOR 07/11/2012 AT 01:30:00 PM IN C24 AT CENTRAL JUSTICE CENTER. | 07/11/2012 | | NV | |
| 22 | MINUTES FINALIZED FOR EX PARTE 07/11/2012 01:30:00 PM. | 07/11/2012 | | 1 pages | ☐ |
| 23 | ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT SCHEDULED FOR 08/10/2012 AT 09:00:00 AM IN C03 AT CENTRAL JUSTICE CENTER. | 07/20/2012 | | NV | |
| 24 | ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT CONTINUED TO 08/10/2012 AT 09:00 AM IN THIS DEPARTMENT. | 07/20/2012 | | NV | |
| 25 | MINUTES FINALIZED FOR ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT 07/20/2012 09:00:00 AM. | 07/20/2012 | | 1 pages | ☐ |
| 26 | REQUEST TO CONTINUE COURT HEARING AND TO REISSUE TEMPORARY RESTRAINING ORDER FILED BY AVENATTI, MICHAEL J ON 07/20/2012 | 07/20/2012 | | 7 pages | ☐ |
| 27 | NOTICE OF NEW HEARING DATE AND ORDER ON REISSUANCE FILED BY AVENATTI, MICHAEL J ON 07/20/2012 | 07/20/2012 | | 9 pages | ☐ |
| 28 | STIPULATION TO JUDGE PRO TEM FILED BY THE SUPERIOR COURT OF ORANGE ON 07/20/2012 | 07/20/2012 | | 2 pages | ☐ |
| 29 | PROOF OF NON-SERVICE FILED BY AVENATTI, MICHAEL J ON 07/24/2012 | 07/24/2012 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| 30 | PROOF OF SERVICE FILED BY AVENATTI, MICHAEL J ON 08/07/2012 | 08/07/2012 | | 2 pages | ☐ |
| 31 | DECLARATION - OTHER (OF DILIGENCE AND SERVICE) FILED BY AVENATTI, MICHAEL J ON 08/07/2012 | 08/07/2012 | | 5 pages | ☐ |
| 32 | RESPONSE FILED BY GREENBERG, DAVID B ON 08/07/2012 | 08/07/2012 | | 123 pages | ☐ |
| 33 | RESPONSE FILED BY GREENBERG, DAVID B ON 08/07/2012 | 08/07/2012 | | 123 pages | ☐ |
| 34 | REPLY - OTHER FILED BY AVENATTI, MICHAEL J ON 08/10/2012 | 08/10/2012 | | 11 pages | ☐ |
| 35 | DECLARATION IN SUPPORT FILED BY AVENATTI, MICHAEL J ON 08/10/2012 | 08/10/2012 | | 185 pages | ☐ |
| 36 | PROOF OF SERVICE FILED BY AVENATTI, MICHAEL J ON 08/10/2012 | 08/10/2012 | | 2 pages | ☐ |
| 37 | NOTICE OF NEW HEARING DATE AND ORDER ON REISSUANCE FILED BY AVENATTI, MICHAEL J ON 08/10/2012 | 08/10/2012 | | 9 pages | ☐ |
| 38 | ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT SCHEDULED FOR 08/14/2012 AT 09:00:00 AM IN C03 AT CENTRAL JUSTICE CENTER. | 08/10/2012 | | NV | |
| 39 | ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT CONTINUED TO 08/14/2012 AT 09:00 AM IN THIS DEPARTMENT. | 08/10/2012 | | NV | |
| 40 | MINUTES FINALIZED FOR ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT 08/10/2012 09:00:00 AM. | 08/13/2012 | | 1 pages | ☐ |
| 41 | MINUTES FINALIZED FOR ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT 08/10/2012 09:00:00 AM. | 08/13/2012 | | 1 pages | ☐ |
| 42 | NOTICE OF NEW HEARING DATE AND ORDER ON REISSUANCE FILED BY AVENATTI, MICHAEL J ON 08/14/2012 | 08/14/2012 | | 9 pages | ☐ |
| 44 | NOTICE - OTHER (FAX TRANSMISSION) FILED BY THE SUPERIOR COURT OF ORANGE ON 08/14/2012 | 08/14/2012 | | NV | |
| 45 | ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT EXTENDED TO 08/15/2012 AT 10:00:00 AM IN C03 AT CENTRAL JUSTICE CENTER. | 08/15/2012 | | NV | |
| 46 | ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT SCHEDULED FOR 08/15/2012 AT 10:00:00 AM IN C03 AT CENTRAL JUSTICE CENTER. | 08/14/2012 | | NV | |
| 47 | COURT IS ADJOURNED UNTIL 08/15/2012 AT 10:00AM IN C3. | 08/14/2012 | | NV | |
| 48 | | 08/15/2012 | | 6 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | TEMPORARY RESTRAINING ORDER (MODIFIED) FILED BY AVENATTI, MICHAEL J ON 08/15/2012 | | | | |
| 49 | NOTICE OF NEW HEARING DATE AND ORDER ON REISSUANCE FILED BY AVENATTI, MICHAEL J ON 08/15/2012 | 08/15/2012 | | 9 pages | ☐ |
| 50 | NOTICE - OTHER (FAX TRANSMISSION) FILED BY THE SUPERIOR COURT OF ORANGE ON 08/15/2012 | 08/15/2012 | | NV | |
| 51 | MINUTES FINALIZED FOR ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT 08/14/2012 10:00:00 AM. | 08/24/2012 | | 2 pages | ☐ |
| 52 | ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT EXTENDED TO 11/06/2012 AT 10:00:00 AM IN C03 AT CENTRAL JUSTICE CENTER. | 08/24/2012 | | NV | |
| 53 | ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT SCHEDULED FOR 11/06/2012 AT 10:00:00 AM IN C03 AT CENTRAL JUSTICE CENTER. | 08/15/2012 | | NV | |
| 54 | COURT IS ADJOURNED UNTIL 11/06/2012 AT 10:00AM IN C 3. | 08/15/2012 | | NV | |
| 55 | MINUTES FINALIZED FOR ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT 08/15/2012 10:00:00 AM. | 08/24/2012 | | 2 pages | ☐ |
| 57 | MOTION IN LIMINE FILED BY GREENBERG, DAVID B ON 08/14/2012 | 08/14/2012 | | 5 pages | ☐ |
| 58 | TRIAL BRIEF FILED BY GREENBERG, DAVID B ON 08/14/2012 | 08/14/2012 | | 12 pages | ☐ |
| 59 | TRIAL BRIEF (PRE-TRIAL BRIEF) FILED BY AVENATTI, MICHAEL J ON 08/14/2012 | 08/14/2012 | | 73 pages | ☐ |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| EAGAN AVENATTI, LLP | ATTORNEY | | 06/15/2012 | |
| MICHAEL J AVENATTI | PETITIONER | | 06/15/2012 | |
| DAVID B GREENBERG | RESPONDENT | | 06/15/2012 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|
| ORDER TO SHOW CAUSE RE: CIVIL HARASSMENT | 11/06/2012 | 10:00 | C03 | |

[ Print this page ]

## SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF ORANGE
### CENTRAL JUSTICE CENTER

### MINUTE ORDER

DATE: 08/14/2012              TIME: 10:00:00 AM        DEPT: C03

COMMISSIONER: Jane D. Myers
CLERK: Virginia Harting, Cheryl Neuenschwander
REPORTER/ERM: Linda Cohen CSR# 9080
BAILIFF/COURT ATTENDANT: C. Williamson

CASE NO: **30-2012-00577159-CU-HR-CJC** CASE INIT.DATE: 06/15/2012
CASE TITLE: **Avenatti vs. Greenberg**
CASE CATEGORY: Civil - Unlimited     CASE TYPE: Harassment

EVENT ID/DOCUMENT ID: 71537757
**EVENT TYPE**: Order to Show Cause re: Civil Harassment

**APPEARANCES**
Scott H. Sims, from Eagan Avenatti, LLP, present for Petitioner(s).
Michael J Avenatti, Petitioner is present.
David B Greenberg, self represented Respondent, present.
Bradley A. Patterson, counsel present for Respondent

All counsel answer ready for hearing on civil harassment.

Petitioner files a Pre-Trial brief.

56 documents are ordered pre-marked for identification as Petitioner exhibits 1 through 56, a description
of each document is contained in the Exhibit List, a copy of which is attached hereto and incorporated
herein by reference.

Respondent files a Pre-Trial Brief.

The Court reviews Respondents Motion in Limine and rules as follows:

The Court will defer ruling at this time and rule on the Motion in Limine as the evidence is presented.

David Greenberg is sworn and testifies.

**Exhibits 7, 13, 30, 33 and 39, having been previously marked for identification are admitted into
evidence.**

At 11:41 am Court declares a recess.

CASE TITLE: Avenatti vs. Greenberg          CASE NO: **30-2012-00577159-CU-HR-CJC**

11:47 am Court reconvenes with petitioner, respondent and counsel present as noted above.

No cross-examination by Respondent.

David Greenberg steps down.

Michael John Avenatti is sworn and testifies.

Court is adjourned until 08/15/2012 at 10:00AM in C3.

A certified copy of the restraining order was personally served on Respondent, David Greenberg by Officer C. Williams.

## PETITIONER'S EXHIBIT LIST

| Case Number: | 30-2012-00577159 | For Court Use Only |
|---|---|---|
| Case Name: | Avenatti vs. Greenberg | |
| Court Clerk: | V. Harting | |
| Department: | C3 | |
| Type of Hrg: | Civil Harassment | |
| Exhibit List of: | Petitioner | |

| LOC | ID | ## | EX | DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|
| | | | | SEE ATTACHED | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Date Received:_____AUG 1 4 2012_____ Received By:_____V. HARTING_____

1._____

2._____

3._____

1

# AVENATTI v. GREENBERG

## OCSC Case No. 30-2012-00577159

### August 14, 2012
### Department C03
### CORRESPONDENCE/POSTINGS

| | Greenberg Scribd Posting ID | 1 |
|---|---|---|
| | Courthouse News Service Posting (Exh. A – TRO) | 2 |
| 1/9/12 | Wall Street Journal Blog Posting (Exh. C – TRO) | 3 |
| 2/8/12 | SmartMoney.com Blog Posting (Exh. B – TRO) | 4 |
| 2/8/12 | Wall Street Journal Blog Posting (Exh. D – TRO) | 5 |
| 4/11/12 | Correspondence to Greenberg from Avenatti | 6 |
| 4/12/12 | Email from Greenberg to Avenatti (Exh. K – TRO) | 7 |
| 4/12/12 | Email from Avenatti to Greenberg | 8 |
| 4/12/12 | Email from Greenberg to Avenatti (Exh. J – TRO) | 9 |
| 4/13/12 | Email from Greenberg to Avenatti and Mosby (Exh. I – TRO) | 10 |
| 4/13/12 | Email from Avenatti to Greenberg and Mosby | 11 |
| 4/13/12 | Email from Avenatti to Greenberg and Mosby | 12 |
| 4/16/12 | Email from Greenberg to Avenatti and Others (Exh. L – TRO) | 13 |

| | | |
|---|---|---|
| 4/16/12 | Email from Avenatti to Greenberg, Mosby and Morrison | 14 |
| 4/30/12 | Email from Avenatti to Greenberg and individuals at Bloomberg.net | 15 |
| 4/30/12 | Email from Greenberg to Avenatti (Exh. H – TRO) | 16 |
| 5/2/12 | Email from Avenatti to Greenberg and Morrison | 17 |
| 5/2/12 | Email from Greenberg to Avenatti (Exh. F – TRO) | 18 |
| 5/3/12 | Email from Greenberg to Avenatti | 19 |
| 5/21/12 | Email from Avenatti to Greenberg, Morrison and Marmaro | 20 |
| 6/1/12 | Email from Greenberg to dvoreacos@bloomberg.net (Exh. E) | 21 |
| 6/8/12 | Email from Avenatti to Greenberg and BenTov | 21A |
| 6/12/12 | Email from Greenberg to Regnier (Exh. M – TRO) | 22 |
| 6/12/12 | Email from Avenatti to Greenberg and Regnier | 23 |
| 6/14/12 | Email from Greenberg to Mosby (Exh. N – TRO) | 24 |
| 6/14/12 | Email from Avenatti to Greenberg and Others | 25 |
| 6/14/12 | Email from Greenberg to Avenatti and Others (Exh. G – TRO) | 26 |
| 6/14/12 | Email from Greenberg to Blum (Exh. P – TRO) | 27 |
| 6/15/12 | Email from Avenatti to Greenberg and Blum | 28 |
| 6/15/12 | Email from Avenatti to Greenberg and Others | 29 |

| | | |
|---|---|---|
| 6/15/12 | Email from Greenberg to Avenatti and Others (Exh. Q – TRO) | 30 |
| 6/15/12 | Email from Mosby to Greenberg (Exh. 1 - OSC) | 31 |
| 6/15/12 | Email from Greenberg to Avenatti, Calvert and Corr (Exh. O – TRO) | 32 |
| 6/18/12 | Email from Greenberg (Foundation) to Regnier (Exh. 8 - OSC) | 33 |
| 6/18/12 | Email from Greenberg (Foundation) to Multiple Parties (Exh. 10 - OSC) | 34 |
| 6/19/12 | Email from Greenberg to Multiple Parties (Exh. 9 - OSC) | 35 |
| 6/20/12 | Scribd Posting by Greenberg (Foundation ) (Exh. 22 - OSC) | 36 |
| 7/2/12 | Email from Greenberg (Foundation) to Multiple Parties (Exh. 11 - OSC) | 37 |
| 7/4/12 | Email from Greenberg (Foundation) to Multiple Parties (Exh. 12 - OSC) | 38 |
| 7/13/12 | Email from Greenberg (Foundation) to Multiple Parties (Exh. 13 - OSC) | 39 |
| 7/15/12 | Email from Greenberg (Foundation) to Multiple Parties (Exh. 14 - OSC) | 40 |
| 7/16/12 | Email from Greenberg to Hearon (Exh. 15 - OSC) | 41 |
| 7/18/12 | Email from Greenberg to DiCanio (Exh. 16 - OSC) | 42 |
| 7/18/12 | Email from Greenberg to Blum (Exh. 18 - OSC) | 43 |

| 7/18/12 | Email from Greenberg to Calvert and Hearon (Exh. 17 - OSC) | 44 |
| 7/18/12 | Email from Greenberg to Florida Bar and Hearon (Exh. 19 - OSC) | 45 |
| 7/19/12 | Scribd Posting by Greenberg (william c hearon helps michael j avenatti persecute jews) (Exh. 20 - OSC) | 46 |
| 7/21/12 | Scribd Posting by Greenberg (william c hearon helps michael j avenatti persecute jews) (Exh. 21 - OSC) | 47 |

### MISCELLANEOUS EXHIBITS

| 10/17/08 | California Board of Accountancy Default Decision and Order re Greenberg | 48 |
| 12/16/11 | Proof of Service Summons (Blum v. KPMG, USDC California, 11-cv-01885) (Exh. 5 - OSC) | 49 |
| 4/9/12 | Greenberg's Answer (Blum v. KPMG, USDC California, 11-cv-01885) | 50 |
| 6/1/12 | Plaintiffs' Notice of Filing Affidavit (Eagan v. Greenberg, USDC Florida, 12-cv-80438) (Exh. 6 - OSC) | 51 |
| 6/26/12 | Greenberg's Opposition to Blum's Ex Parte (Blum v. KPMG, USDC California, 11-cv-01885) (Exh. 2 - OSC) | 52 |
| 7/16/12 | Declaration of Greenberg to Set Aside Default (Eagan v. Greenberg, USDC Florida, 12-cv-80438) (Exh. 3 - OSC) | 53 |
| 7/19/12 | Photo of Greenberg's Porsche | 54 |
| 7/30/12 | Declaration of Michael Frame (Eagan v. Greenberg, USDC Florida, 12-cv-80438) (Exh. 4 - OSC) | 55 |

7/30/12          **Declaration** of Frank Harrigan (Eagan v. Greenberg, USDC          56
                Florida, 12-cv-80438) (Exh. 7 - OSC)

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF ORANGE
### CENTRAL JUSTICE CENTER

## MINUTE ORDER

DATE: 08/15/2012          TIME: 10:00:00 AM     DEPT: C03

COMMISSIONER: Jane D. Myers
CLERK: Virginia Harting, Lira Marie C Labrador
REPORTER/ERM: Shelley Liane Hill CSR# 2379
BAILIFF/COURT ATTENDANT: Patric O'Brien

CASE NO: **30-2012-00577159-CU-HR-CJC** CASE INIT.DATE: 06/15/2012
CASE TITLE: **Avenatti vs. Greenberg**
CASE CATEGORY: Civil - Unlimited     CASE TYPE: Harassment

EVENT ID/DOCUMENT ID: 71539725
**EVENT TYPE**: Order to Show Cause re: Civil Harassment

**APPEARANCES**
Scott H. Sims, from Eagan Avenatti, LLP, present for Petitioner(s).
David B Greenberg, self represented Respondent, present.
Michael Avenatti present

10:03 am This being the time previously set for further court trial in the above entitled cause, having been continued from 8/14/12, all parties and counsel appear as noted above and court convenes.

10:04 am Michael John Avenatti, previously sworn, resumes the stand for further testimony.

**Exhibits 1,2,3,4,5,7,8,9,10,11 and 12, having been previously marked for identification are received into evidence.**

At Court declares a recess.

11:10 am Court reconvenes with petitioner, respondent and counsel present as noted above.

Court and counsel discuss scheduling.

Parties stipulate that if there is a SLAPP motion the time is tolled from today to 11/6/2012.

Court and parties discuss issue of privileged communications.

11:20 am Michael Avenatti, previously sworn, resumes the stand for further testimony.

**Exhibits 22, 26, 31 and 32, having been previously marked for identification are received into evidence.**

CASE TITLE: Avenatti vs. Greenberg                    CASE NO: **30-2012-00577159-CU-HR-CJC**

Court is adjourned until 11/06/2012 at 10:00AM in Department C3.

A certified copy of MODIFIED restraining order was personally served on Respondent, David Greenberg by Officer Patric O'Brien.

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF ORANGE
### CENTRAL JUSTICE CENTER

**MINUTE ORDER**     [X] Amended on 08/10/2012

DATE: 08/10/2012                    TIME: 09:00:00 AM        DEPT:  C03

COMMISSIONER: Jane D. Myers
CLERK:  Virginia Harting, Cheryl Neuenschwander
REPORTER/ERM: Heidi J. Kline-8029 CSR# 8029
BAILIFF/COURT ATTENDANT:  J MCMILLION

CASE NO: **30-2012-00577159-CU-HR-CJC**  CASE INIT.DATE: 06/15/2012
CASE TITLE: **Avenatti vs. Greenberg**
CASE CATEGORY: Civil - Unlimited        CASE TYPE: Harassment

EVENT ID/DOCUMENT ID: 71522824
**EVENT TYPE**: Order to Show Cause re: Civil Harassment

**APPEARANCES**
Scott H. Sims, from Eagan Avenatti, LLP, present for Petitioner(s).
David B Greenberg, self represented Respondent, present.
 Bradley A. Patterson, counsel present for Respondent

Declaration of petitioner in support of request for orders to stop harassment is read and considered.

Court declares a recess to review Opposition and Reply papers.

Upon stipulation of the parties,

Order to Show Cause re: Civil Harassment continued to 08/14/2012 at 10:00 AM in this department.

The request to reissue the Temporary Restraining Order is granted.  All orders contained in the Temporary Restraining Order shall stay in effect unless this order changes them.  Reissue Temporary Restraining Order signed and filed this date.

Certified copy of restraining order personally served on David B. Greenberg by Officer J. McMillion.

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF ORANGE
### CENTRAL JUSTICE CENTER

### MINUTE ORDER

DATE: 08/10/2012                    TIME: 09:00:00 AM      DEPT:  C03

COMMISSIONER: Jane D. Myers
CLERK:  Virginia Harting, Cheryl Neuenschwander
REPORTER/ERM: Heidi J. Kline-8029 CSR# 8029
BAILIFF/COURT ATTENDANT:  J MCMILLION

CASE NO: **30-2012-00577159-CU-HR-CJC**  CASE INIT.DATE: 06/15/2012
CASE TITLE: **Avenatti vs. Greenberg**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: Harassment

---

EVENT ID/DOCUMENT ID: 71522824

**EVENT TYPE**: Order to Show Cause re: Civil Harassment

---

**APPEARANCES**
Scott H. Sims, from Eagan Avenatti, LLP, present for Petitioner(s).
David B Greenberg, self represented Respondent, present.
 Bradley A. Patterson, counsel present for Respondent

Declaration of petitioner in support of request for orders to stop harassment is read and considered.

Court declares a recess to review Opposition and Reply papers.

Upon stipulation of the parties,

Order to Show Cause re: Civil Harassment continued to 08/14/2012 at 09:00 AM in this department.

The request to reissue the Temporary Restraining Order is granted.  All orders contained in the Temporary Restraining Order shall stay in effect unless this order changes them.  Reissue Temporary Restraining Order signed and filed this date.

Certified copy of restraining order personally served on David B. Greenberg by Officer J. McMillion.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
- ☒ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
- ☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512
- ☐ Community Court – 909 N. Main St., Santa Ana, CA 92701-4045
- ☐ Harbor-Laguna Hills Facility - 23141 Moulton Pkwy., Laguna Hills, CA 92653-1251
- ☐ Harbor-Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595
- ☐ Lamoreaux - 341 The City Drive, Orange, CA 92868-3205
- ☐ North - 1275 N. Berkeley Ave., P. O. Box 5000, Fullerton, CA 92838-0500
- ☐ West - 8141 13ᵗʰ Street, Westminster, CA 92683-4593

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JUL 20 2012

ALAN CARLSON, Clerk of the Court
V Harting
BY V. HARTING

SHORT TITLE: *See below*

**STIPULATION TO COURT-APPOINTED TEMPORARY JUDGE**
(Article VI, Section 21, California Constitution)

CASE NUMBER: *See below*

A temporary judge will preside and decide the matters on today's calendar. Each party understands that he/she has a right to have the matter decided by a judge of the Superior Court. Each party waives that right with respect to the matter set for today's calendar. Each party stipulates that ___Michael Balmages___, who is a qualified member of the State Bar of California and has been appointed as a temporary judge by the presiding judge of the Superior Court of Orange County will hear and determine the issues in this case.

Date: ___July 20, 2012___

| CAL# | CASE NUMBER | PEOPLE/PLAINTIFF/PETITIONER/OTHER | DEFENDANT/RESPONDENT/OTHER |
|---|---|---|---|
| 1 | 12-571159 | X *Alex L. Conti* (SIGNATURE OF PARTY OR ATTORNEY) | (SIGNATURE OF PARTY OR ATTORNEY) |
| | | PRINT NAME: *Alexander L. Conti* | PRINT NAME: |
| | | ATTORNEY FOR: *π Michael Avenetti* | ATTORNEY FOR: |
| 2 | 12-571589 | X *[signature]* (SIGNATURE OF PARTY OR ATTORNEY) | (SIGNATURE OF PARTY OR ATTORNEY) |
| | | PRINT NAME: | PRINT NAME: |
| | | ATTORNEY FOR: | ATTORNEY FOR: |
| 3 | 12-580617 | X *Virginia Blanco* (SIGNATURE OF PARTY OR ATTORNEY) | X *Soto SSO CBUZ* (SIGNATURE OF PARTY OR ATTORNEY) |
| | | PRINT NAME: | PRINT NAME: |
| | | ATTORNEY FOR: | ATTORNEY FOR: |
| 4 | 12-580626 | X *Guadalupe Merida* (SIGNATURE OF PARTY OR ATTORNEY) | X *Soto SSO CBUZ* (SIGNATURE OF PARTY OR ATTORNEY) |
| | | PRINT NAME: | PRINT NAME: |
| | | ATTORNEY FOR: | ATTORNEY FOR: |

☐ See Additional Cases Attachment

Page 1 of ___

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

| CAL# | CASE NUMBER | PEOPLE/PLAINTIFF/PETITIONER/OTHER | DEFENDANT/RESPONDENT/OTHER |
|---|---|---|---|

**5**  12-580296  X *Bobbi J Hill*
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME:
ATTORNEY FOR:

X *[signature]*
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME:
ATTORNEY FOR:

**6**  12-581081  X *C. Doren*
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME: *Crysta*
ATTORNEY FOR:

X *[signature]*
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME: *Richard Iturriaga*
ATTORNEY FOR:

**7**  12-579087  X *[signature] Crully*
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME:
ATTORNEY FOR:

*Erika [signature]*
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME:
ATTORNEY FOR:

**8**  12-581024  X *Ashley A Buro*
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME:
ATTORNEY FOR:

*[signature]*
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME: *Carrie Faglesong*
ATTORNEY FOR:

**9**  12-579462  X *[signature]*
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME:
ATTORNEY FOR:

X *[signature]*
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME: *Jesus M Martinez*
ATTORNEY FOR: *Self*

_____
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME:
ATTORNEY FOR:

_____
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME:
ATTORNEY FOR:

_____
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME:
ATTORNEY FOR:

_____
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME:
ATTORNEY FOR:

_____
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME:
ATTORNEY FOR:

_____
(SIGNATURE OF PARTY OR ATTORNEY)
PRINT NAME:
ATTORNEY FOR:

Page _____ of _____

**ADDITIONAL CASES ATTACHMENT**
(Attachment to Stipulation to Court-Appointed
Temporary Judge Form L-0345)

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 07/20/2012            TIME: 09:00:00 AM     DEPT:  C03

TEMPORARY JUDGE: Michael Balmages
CLERK:  Virginia Harting, Cheryl Neuenschwander
REPORTER/ERM: Heidi J. Kline-8029 CSR# 8029
BAILIFF/COURT ATTENDANT:  J MCMILLION

CASE NO: **30-2012-00577159-CU-HR-CJC**  CASE INIT.DATE: 06/15/2012
CASE TITLE: **Avenatti vs. Greenberg**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: Harassment

EVENT ID/DOCUMENT ID: 71511507
**EVENT TYPE**: Order to Show Cause re: Civil Harassment

**APPEARANCES**
Alexander L. Conti, from Eagan Avenatti, LLP, present for Petitioner(s).

Stipulation for Temporary Judge signed and filed.

Motion to continue by Petitioner is granted to allow more time to serve Respondent.

Declaration of Petitioner in support of request for orders to stop harassment is received into evidence.

Order to Show Cause re: Civil Harassment continued to 08/10/2012 at 09:00 AM in this department.

The request to reissue the Temporary Restraining Order is granted. All orders contained in the Temporary Restraining Order shall stay in effect unless this order changes them. Reissue Temporary Restraining Order signed and filed this date.

Court finds good cause to shorten the time for service to 2 days prior to the hearing.

Court orders Petitioner to give notice.

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF ORANGE
### CENTRAL JUSTICE CENTER

### MINUTE ORDER

DATE: 07/11/2012                    TIME: 01:30:00 PM        DEPT:  C24

JUDICIAL OFFICER PRESIDING: Derek W. Hunt
CLERK:  Lori Pickrell
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT:  Elizabeth A Perreault

CASE NO: **30-2012-00577159-CU-HR-CJC**  CASE INIT.DATE: 06/15/2012
CASE TITLE: **Avenatti vs. Greenberg**
CASE CATEGORY: Civil - Unlimited        CASE TYPE: Harassment

EVENT ID/DOCUMENT ID: 71516395,90332497
**EVENT TYPE**: Ex Parte
MOVING PARTY: Michael J Avenatti
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other for order setting briefing schedule, 07/11/2012

**APPEARANCES**
Alexander Conti, from Eagan Avenatti, LLP, present for Petitioner(s).

Ex parte heard before the Honorable Derek W. Hunt due to absence of Comm. Myers.

Ex-Parte application for order setting briefing schedule and continuing the 7-20-12 hearing is requested by plaintiff.

Ex parte denied without prejudice.

DATE: 07/11/2012                         MINUTE ORDER                              Page 1
DEPT: C24                                                                   Calendar No.

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 07/09/2012                TIME: 01:30:00 PM         DEPT:  C24

JUDICIAL OFFICER PRESIDING: Derek W. Hunt
CLERK:  Lori Pickrell
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT:  Elizabeth A Perreault

CASE NO: **30-2012-00577159-CU-HR-CJC**  CASE INIT.DATE: 06/15/2012
CASE TITLE: **Avenatti vs. Greenberg**
CASE CATEGORY: Civil - Unlimited       CASE TYPE: Harassment

EVENT ID/DOCUMENT ID: 71514283,90304252

**EVENT TYPE**: Ex Parte
MOVING PARTY: David B Greenberg
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other to Continue Date of Hearing on Order to Show Cause From July 20, 2012 to July 27, 2012, 07/09/2012

**APPEARANCES**
Alexander Conti, from Eagan Avenatti, LLP, present for Petitioner(s).
Michael J Avenatti, Petitioner is present.
 Counsel Bradley Patterson specially appeared for defendant.

Ex parte heard before the Honorable Derek W. Hunt due to the absense of Commissioner Jane D. Myers.

Ex-Parte application for continuance of 7-20-12 Dept. C3 hearing date is requested by defendant.

Ex parte denied without prejudice.

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 07/03/2012          TIME: 10:47:00 AM     DEPT:  C03
COMMISSIONER: Jane D. Myers
CLERK:  Cheryl Neuenschwander
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT:  J MCMILLION

CASE NO: **30-2012-00577159-CU-HR-CJC** CASE INIT.DATE: 06/15/2012
CASE TITLE: **Avenatti vs. Greenberg**
CASE CATEGORY: Civil - Unlimited     CASE TYPE: Harassment

EVENT ID/DOCUMENT ID: 71511502
**EVENT TYPE**: Chambers Work

---

 **APPEARANCES**

---

There are no appearances by any party.

The Request to continue the hearing by Petitioner is granted to allow petitioner more time to serve the respondent.

The request to reissue the Temporary Restraining Order is granted.  All orders contained in the Temporary Restraining Order shall stay in effect unless this order changes them.  Reissue Temporary Restraining Order signed and filed this date.

Order to Show Cause re: Civil Harassment continued to 07/20/2012 at 09:00 AM in this department.

Court orders Petitioner to give notice.

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 06/15/2012                    TIME: 04:00:00 PM        DEPT:  C62

JUDICIAL OFFICER PRESIDING: James Poole
CLERK:  M. Trondle
REPORTER/ERM:
BAILIFF/COURT ATTENDANT:  Debora Vandor

CASE NO: **30-2012-00577159-CU-HR-CJC** CASE INIT.DATE: 06/15/2012
CASE TITLE: **Avenatti vs. Greenberg**
CASE CATEGORY: Civil - Unlimited       CASE TYPE: Harassment

EVENT ID/DOCUMENT ID: 71500520,90132529

**EVENT TYPE**: Ex Parte Temporary Restraining Order
MOVING PARTY: Michael J Avenatti
CAUSAL DOCUMENT/DATE FILED: Complaint, 06/15/2012

**APPEARANCES**
Michael J Avenatti, Petitioner is present.

Ex-Parte application for a Temporary Restraining Order is requested by Petitioner.

Request for Orders to Stop Harassment is read and considered.

The Court orders temporary restraining order granted as to David Greenberg.  Order to Show Cause re:
Civil Harassment set for 07/06/2012 at 09:00AM in C03.  All orders to remain in full force and effect
pending date of hearing with a 100 yards stay away order.

Court orders Petitioner to serve and give notice to Respondent.

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 07/03/2012                    TIME: 10:47:00 AM          DEPT:  C03

COMMISSIONER: Jane D. Myers
CLERK:  Cheryl Neuenschwander
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT:  J MCMILLION

CASE NO: **30-2012-00577159-CU-HR-CJC**  CASE INIT.DATE: 06/15/2012
CASE TITLE: **Avenatti vs. Greenberg**
CASE CATEGORY: Civil - Unlimited        CASE TYPE: Harassment

EVENT ID/DOCUMENT ID: 71511502
**EVENT TYPE**: Chambers Work

**APPEARANCES**

There are no appearances by any party.

The Request to continue the hearing by Petitioner is granted to allow petitioner more time to serve the respondent.

The request to reissue the Temporary Restraining Order is granted.  All orders contained in the Temporary Restraining Order shall stay in effect unless this order changes them.  Reissue Temporary Restraining Order signed and filed this date.

Order to Show Cause re: Civil Harassment continued to 07/20/2012 at 09:00 AM in this department.

Court orders Petitioner to give notice.

(RNBx), CLOSED, DISCOVERY, STAYED

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:11-cv-01885-CJC-RNB

Scott A. Blum v. KPMG LLP et al
Assigned to: Judge Cormac J. Carney
Referred to: Magistrate Judge Robert N. Block
Demand: $9,999,000
Cause: 28:1332 Diversity-Fraud

Date Filed: 12/07/2011
Date Terminated: 09/11/2012
Jury Demand: Both
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

**Plaintiff**

**Scott A Blum**                                represented by   **Michael J Avenatti**
                                                                Eagan Avenatti LLP
                                                                450 Newport Center Drive 2nd Floor
                                                                Newport Beach, CA 92660
                                                                949-706-7000
                                                                Fax: 949-706-7050
                                                                Email: mavenatti@eoalaw.com
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Michael Quinn Eagan**
                                                                3 Embarcadero Center 8th Floor
                                                                8th Floor
                                                                San Francisco, CA 94111
                                                                415-765-4600
                                                                Email: mqe@lomqe.com
                                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KPMG LLP**                                    represented by   **Jack P DiCanio**
*a Delaware Limited Liability*                                  Skadden Arps Slate Meagher and Flom
*Partnership*                                                   LLP
                                                                300 South Grand Avenue Suite 3400
                                                                Los Angeles, CA 90071-3144
                                                                213-687-5000
                                                                Fax: 213-687-5600
                                                                Email: jdicanio@skadden.com
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Richard Marmaro**
                                                                Skadden Arps Slate Meagher and Flom
                                                                LLP

300 South Grand Avenue Suite 3400
Los Angeles, CA 90071-3144
213-687-5000
Fax: 213-687-5600
Email: rmarmaro@skadden.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey Stein**
*an individual*

**Defendant**

**Jeffrey Eischeid**                represented by **Curtis D Porterfield**
*an individual*                                     Hunton & Williams LLP
                                                    550 S Hope St, Ste 2000
                                                    Los Angeles, CA 90071
                                                    213-532-2000
                                                    Fax: 213-532-2020
                                                    Email: cporterfield@hunton.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **David A Sirna**
                                                    Krevolin & Horst LLC
                                                    1201 West Peachtree Street NW Suite
                                                    3250
                                                    Atlanta, GA 30309
                                                    404-888-9700
                                                    Fax: 404-888-9577
                                                    Email: sirna@khlawfirm.com
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jeffrey D Horst**
                                                    Krevolin & Horst LLC
                                                    1201 West Peachtree Street NW Suite
                                                    3250
                                                    Atlanta, GA 30309
                                                    404-888-9700
                                                    Fax: 404-888-9577
                                                    Email: horst@khlawfirm.com
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Marc S Harris**
                                                    Scheper Kim & Harris LLP
                                                    One Bunker Hill
                                                    601 West 5th Street 12th Floor
                                                    Los Angeles, CA 90071-2025
                                                    213-613-4655
                                                    Fax: 213-613-4656

Email: mharris@scheperkim.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carl Hasting**                          represented by   **Jennifer S Romano**
*an individual*                                            Crowell and Moring LLP
                                                           515 South Flower Street 40th Floor
                                                           Los Angeles, CA 90071
                                                           213-622-4750
                                                           Fax: 213-622-2690
                                                           Email: jromano@crowell.com
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Marc S Harris**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Robin Paule**                           represented by   **Marc S Harris**
*an individual*                                            (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**David B Greenberg**                     represented by   **David B Greenberg**
*an individual*                                            5700 Old Ocean Boulevard Unit C
                                                           Ocean Ridge, FL 33435
                                                           561-431-0750
                                                           PRO SE

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/07/2011 | 1 | COMPLAINT against Defendants Jeffrey Eischeid, David Greenberg, Carl Hasting, KPMG LLP, Robin Paule, and Jeffrey Stein. Case assigned to Judge Cormac J. Carney for all further proceedings. Discovery referred to Magistrate Judge Arthur Nakazato. (Filing fee $ 350 Paid) Jury Demanded. Filed by Plaintiff Scott A Blum.(nbo) (nbo). (Additional attachment(s) added on 5/29/2012: # 1 SUBPOENA ISSUED TO DENNIS MALLOY) (rla). (Additional attachment(s) added on 5/29/2012: # 2 SUBPOENA ISSUED TO MARK ELY) (rla). (Additional attachment(s) added on 5/29/2012: # 3 SUBPOENA ISSUED TO ERIN COLLINS) (rla). (Additional attachment(s) added on 5/29/2012: # 4 SUBPOENA ISSUED TO JOSEPH CHOPACK) (rla). (Additional attachment(s) added on 6/1/2012: # 5 Subpoena Issued to Jamie Dimon) (rla). (Additional attachment(s) added on 6/1/2012: # 6 Subpoena Issued to Peter Morrison) (rla). (Additional attachment(s) added on 6/1/2012: # 7 Subpoena Issued to Michael J Avenatti) (rla). (Additional attachment(s) added on 6/1/2012: # 8 Subpoena Issued to Michael Q. Eagan) (rla). (Additional attachment(s) added on 6/1/2012: # 9 Subpoena Issued to Timothy Flynn) (rla). (Additional attachment(s) added on 6/1/2012: # 10 |

| | | |
|---|---|---|
| | | Subpoena Issued to Diane Fuller) (rla). (Additional attachment(s) added on 6/1/2012: # 11 Subpoena Issued to Andrew Gantman) (rla). (Additional attachment(s) added on 6/1/2012: # 12 Subpoena Issued to KPMG LLP) (rla). (Additional attachment(s) added on 6/1/2012: # 13 Subpoena Issued to Joseph Loonan) (rla). (Additional attachment(s) added on 6/1/2012: # 14 Subpoena Issued to Michael Hamersley) (rla). (Additional attachment(s) added on 6/1/2012: # 15 Subpoena Issued to Claudia Taft) (rla). (Additional attachment (s) added on 6/1/2012: # 16 Subpoena Issued to Larry Bradley) (rla). (Entered: 12/08/2011) |
| 12/07/2011 | | 21 DAY Summons Issued re Complaint - (Discovery) 1 as to Defendants Jeffrey Eischeid, David Greenberg, Carl Hasting, KPMG LLP, Robin Paule, and Jeffrey Stein. (nbo) (Entered: 12/08/2011) |
| 12/07/2011 | 2 | CERTIFICATION of Interested Parties filed by Plaintiff Scott A Blum. (nbo) (nbo). (Entered: 12/08/2011) |
| 12/23/2011 | 3 | PROOF OF SERVICE Executed by Plaintiff Scott A Blum, upon Defendant KPMG LLP served on 12/9/2011, answer due 12/30/2011. Service of the Summons and Complaint were executed upon Iris Angeles, HR Department in compliance with Federal Rules of Civil Procedure by substituted service at business address and by also mailing a copy. Original Summons NOT returned. (Avenatti, Michael) (Entered: 12/23/2011) |
| 12/23/2011 | 4 | PROOF OF SERVICE Executed by Plaintiff Scott A Blum, upon Defendant David Greenberg served on 12/14/2011, answer due 1/4/2012. Service of the Summons and Complaint were executed upon Kelly Fennell, Occupant in compliance with Federal Rules of Civil Procedure by substituted service at home address and by also mailing a copy. Original Summons NOT returned. (Avenatti, Michael) (Entered: 12/23/2011) |
| 12/23/2011 | 5 | PROOF OF SERVICE Executed by Plaintiff Scott A Blum, upon Defendant Robin Paule served on 12/10/2011, answer due 12/31/2011. Service of the Summons and Complaint were executed upon Robin Paule, an individual in compliance with Federal Rules of Civil Procedure by personal service. Original Summons NOT returned. (Avenatti, Michael) (Entered: 12/23/2011) |
| 12/23/2011 | 6 | PROOF OF SERVICE Executed by Plaintiff Scott A Blum, upon Defendant Jeffrey Eischeid served on 12/9/2011, answer due 12/30/2011. Service of the Summons and Complaint were executed upon Jeffrey Eischeid, an individual in compliance with Federal Rules of Civil Procedure by personal service. Original Summons NOT returned. (Avenatti, Michael) (Entered: 12/23/2011) |
| 12/23/2011 | 7 | PROOF OF SERVICE Executed by Plaintiff Scott A Blum, upon Defendant Carl Hasting served on 12/12/2011, answer due 1/2/2012. Service of the Summons and Complaint were executed upon Carl Hasting, an individual in compliance with Federal Rules of Civil Procedure by personal service. Original Summons NOT returned. (Avenatti, Michael) (Entered: 12/23/2011) |
| 12/30/2011 | 8 | DISCLOSURE of Notice of Interested Parties filed by Defendant Jeffrey Eischeid (Porterfield, Curtis) (Entered: 12/30/2011) |
| 12/30/2011 | 9 | NOTICE OF MOTION AND MOTION to Dismiss Case of Defendants Robin |

| | | |
|---|---|---|
| | | *Paule, Carl Hasting, and Jeffrey Eischeid* filed by Defendant Robin Paule. Motion set for hearing on 2/6/2012 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Declaration of Marc S. Harris, # 2 Exhibits 1 and 2 to Marc S. Harris Declaration, # 3 Request for Judicial Notice, # 4 Proposed Order re Request for Judicial Notice, # 5 Proposed Order re Motion to Dismiss Complaint, # 6 Certification and Notice of Interested Parties)(Harris, Marc) (Entered: 12/30/2011) |
| 12/30/2011 | 10 | CERTIFICATION AND NOTICE of Interested Parties filed by Defendant Carl Hasting, (Romano, Jennifer) (Entered: 12/30/2011) |
| 12/30/2011 | 11 | NOTICE OF MOTION AND MOTION to Dismiss Case *KPMG LLP's Notice Of Motion And Motion To Dismiss The Complaint* filed by Defendant KPMG LLP. Motion set for hearing on 2/6/2012 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Proposed Order)(Marmaro, Richard) (Entered: 12/30/2011) |
| 12/30/2011 | 12 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss Case *KPMG LLP's Notice Of Motion And Motion To Dismiss The Complaint* 11 filed by Defendant KPMG LLP. (Attachments: # 1 Declaration of Ryan H. Weinstein, # 2 Exhibit Nos. 1 to 2, # 3 Exhibit Nos. 3 to 18, # 4 Exhibit Nos 19 to 31, # 5 Proposed Order)(Marmaro, Richard) (Entered: 12/30/2011) |
| 12/30/2011 | 13 | *CERTIFICATION AND* NOTICE of Interested Parties filed by Defendant KPMG LLP, (Marmaro, Richard) (Entered: 12/30/2011) |
| 01/03/2012 | 14 | NOTICE OF MOTION AND MOTION for attorney Jeffrey D. Horst to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-9721439 paid.) filed by defendant Jeffrey Eischeid. (Attachments: # 1 Proposed Order re Hort's Pro Hac Vice)(Porterfield, Curtis) (Entered: 01/03/2012) |
| 01/03/2012 | 15 | NOTICE OF MOTION AND MOTION for attorney David A. Sirna to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-9721714 paid.) filed by defendant Jeffrey Eischeid. (Attachments: # 1 Proposed Order re Sirna Pro Hac Vice)(Porterfield, Curtis) (Entered: 01/03/2012) |
| 01/10/2012 | 16 | Joint STIPULATION for Extension of Time to File Response/Opposition as to MOTION to Dismiss Case *KPMG LLP's Notice Of Motion And Motion To Dismiss The Complaint* 11 , MOTION to Dismiss Case of *Defendants Robin Paule, Carl Hasting, and Jeffrey Eischeid* 9 filed by plaintiff Scott A Blum. (Attachments: # 1 Proposed Order)(Avenatti, Michael) (Entered: 01/10/2012) |
| 01/11/2012 | 17 | NOTICE OF LODGING filed re MOTION for attorney David A. Sirna to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-9721714 paid.) MOTION for attorney David A. Sirna to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-9721714 paid.) 15 (Attachments: # 1 Exhibit Sirna's Certificate of Good Standing)(Porterfield, Curtis) (Entered: 01/11/2012) |
| 01/11/2012 | 18 | NOTICE OF LODGING filed re MOTION for attorney Jeffrey D. Horst to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-9721439 paid.) MOTION for attorney Jeffrey D. Horst to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-9721439 paid.) 14 (Attachments: # 1 Exhibit |

| | | Horst's Certificate of Good Standing)(Porterfield, Curtis) (Entered: 01/11/2012) |
|---|---|---|
| 01/11/2012 | 19 | ORDER RE: STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE AND SERVE OPPOSITION TO DEFENDANTS KPMG LLP, EISCHEID, HASTING, AND PAULE'S MOTIONS TO DISMISS 16 , by Judge Cormac J. Carney. Pursuant to the stipulation between Plaintiff Scott A. Blum, on the one hand, and Defendants KPMG LLP, Jeffrey Eischeid, Carl Hasting, and Robin Paule (the "Defendants") on the other, and for good cause appearing, it is hereby ORDERED that: 1. The time for Plaintiff to file and serve opposition papers to the Defendants' motions to dismiss is extended to January 27, 2012; 2. Pursuant to Central District Local Rule 7-10, the Defendants shall file and serve reply memoranda, if any, in support of their motions to dismiss on February 13, 2012; and 3. The hearing on Defendants' motions to dismiss is set for February 27, 2012 at 1:30 p.m. It is so ORDERED. (dro) (Entered: 01/12/2012) |
| 01/13/2012 | 20 | ORDER by Judge Cormac J. Carney: granting 14 Motion to Appear Pro Hac Vice by Attorney Jeffrey D. Horst on behalf of Jeffrey Eischeid, designating Curtis D. Porterfield as local counsel. (lt) (Entered: 01/18/2012) |
| 01/13/2012 | 21 | ORDER by Judge Cormac J. Carney: granting 15 Motion to Appear Pro Hac Vice by Attorney David A. Sirna on behalf of Jeffrey Eischeid, designating Curtis D. Porterfield as local counsel. (lt) (Entered: 01/18/2012) |
| 01/25/2012 | 22 | NOTICE OF INTENT TO SCHEDULE THE CASE by Judge Cormac J. Carney. On April 16, 2012, the Court will issue a Scheduling Order establishing dates for the completion of discovery, the filing of motions, pretrial conference, and trial. No scheduling conference will be held unless ordered by the Court. The parties are ordered to hold an early meeting of counsel not later than 21 days in advance of the above date, and to file a report of such meeting not later than 14 days thereafter. (nbo) (Entered: 01/26/2012) |
| 01/27/2012 | 23 | Plaintiff Scott Blum's Brief In Opposition to Defendant KPMG LLP's Motion to Dismiss opposition re: MOTION to Dismiss Case *KPMG LLP's Notice Of Motion And Motion To Dismiss The Complaint* 11 *and Request for Judicial Notice* 12 filed by Plaintiff Scott A Blum. (Attachments: # 1 Declaration of Michael J. Avenatti, # 2 Exhibit A, # 3 Exhibit B, # 4 Plaintiff Scott Blum's Brief in Opposition to Defendant KPMG LLP's Request for Judicial Notice) (Avenatti, Michael) (Entered: 01/27/2012) |
| 01/27/2012 | 24 | Plaintiff Scott Blum's Brief in Opposition to Defendants Robin Paule, Carl Hasting, and Jeffrey Eischeid's Motion to Dismiss the Complaint opposition re: MOTION to Dismiss Case *of Defendants Robin Paule, Carl Hasting, and Jeffrey Eischeid* 9 filed by Plaintiff Scott A Blum. (Attachments: # 1 Declaration of Michael J. Avenatti, # 2 Exhibit A, # 3 Exhibit B, # 4 Plaintiff Scott Blum's Brief in Opposition to Defendants Robin Paule, Carl Hasting, and Jeffrey Eischeid's Request for Judicial Notice)(Avenatti, Michael) (Entered: 01/27/2012) |
| 02/13/2012 | 25 | REPLY IN SUPPORT OF MOTION to Dismiss Case *of Defendants Robin* |

| | | |
|---|---|---|
| | | *Paule, Carl Hasting, and Jeffrey Eischeid* 9 filed by Defendants Jeffrey Eischeid, Carl Hasting, Robin Paule. (Attachments: # 1 Evidentiary Objections to Decl of M. Avenatti ISO Blum's Opp to M-Dismiss, # 2 Reply ISO Request for Judicial Notice)(Harris, Marc) (Entered: 02/13/2012) |
| 02/13/2012 | 26 | RESPONSE IN SUPPORT of MOTION to Dismiss Case *KPMG LLP's Notice Of Motion And Motion To Dismiss The Complaint* 11 filed by Defendant KPMG LLP. (Marmaro, Richard) (Entered: 02/13/2012) |
| 02/13/2012 | 27 | RESPONSE IN SUPPORT *Request For Judicial Notice* filed by Defendant KPMG LLP. (Marmaro, Richard) (Entered: 02/13/2012) |
| 02/13/2012 | 28 | OBJECTIONS to Objection/Opposition (Motion related), Objection/Opposition (Motion related), Objection/Opposition (Motion related) 23 *Evidentiary Objections to the Declaration of Michael J. Avenatti* filed by Defendant KPMG LLP. (Marmaro, Richard) (Entered: 02/13/2012) |
| 02/21/2012 | 29 | MINUTE ORDER IN CHAMBERS by Judge Cormac J. Carney: CONVERTING DEFENDANTS' MOTIONS TO DISMISS 11 TO MOTIONS FOR SUMMARY JUDGMENT: The hearing on Defendants' motions, currently scheduled for February 27, 2012 at 1:30 p.m. is hereby CONTINUED until April 2, 2012 at 1:30 p.m. Defendants are ORDERED to submit a supplemental response no later than Monday, March 5, 2012. Plaintiff is ORDERED to submit a supplemental opposition no later than Monday, March 12, 2012. Defendants areORDERED to submit a supplemental reply no later than Monday, March 19, 2012. (rla) (Entered: 02/21/2012) |
| 03/05/2012 | 30 | RESPONSE IN SUPPORT of MOTION to Dismiss Case *of Defendants Robin Paule, Carl Hasting, and Jeffrey Eischeid* 9 *SUPPLEMENTAL RESPONSE PURSUANT TO THE COURT'S FEBRUARY 21, 2012 ORDER* filed by Defendants Jeffrey Eischeid, Carl Hasting, Robin Paule. (Attachments: # 1 Declaration of Robin Paule, # 2 Declaration of Carl Hasting, # 3 Statement of Uncontroverted Facts and Proposed Conclusions of Law In Support of Supplemental Response Pursuant to the Court's February 21, 2012 Order)(Harris, Marc) (Entered: 03/05/2012) |
| 03/05/2012 | 31 | RESPONSE IN SUPPORT of MOTION to Dismiss Case *KPMG LLP's Notice Of Motion And Motion To Dismiss The Complaint* 11 *KPMG LLP'S SUPPLEMENTAL RESPONSE PURSUANT TO THE COURT'S FEBRUARY 21, 2012 ORDER* filed by Defendant KPMG LLP. (Attachments: # 1 Declaration DECLARATION OF RYAN H. WEINSTEIN IN SUPPORT OF KPMG LLPS SUPPLEMENTAL RESPONSE PURSUANT TO THE COURT'S FEBRUARY 21, 2012 ORDER, # 2 Exhibit 1-5, # 3 Exhibit 6-15, # 4 Exhibit 16-22, # 5 Exhibit 23-24, # 6 Exhibit 25-29)(Marmaro, Richard) (Entered: 03/05/2012) |
| 03/05/2012 | 32 | STATEMENT of Uncontroverted Facts and Conclusions of Law MOTION to Dismiss Case *KPMG LLP's Notice Of Motion And Motion To Dismiss The Complaint* 11 *KPMG LLP'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF KPMG LLP'S SUPPLEMENTAL RESPONSE PURSUANT TO THE COURT'S FEBRUARY* |

| | | *21, 2012 ORDER* filed by Defendant KPMG LLP. (Marmaro, Richard) (Entered: 03/05/2012) |
|---|---|---|
| 03/12/2012 | 33 | OPPOSITION opposition to re: MOTION to Dismiss Case *KPMG LLP's Notice Of Motion And Motion To Dismiss The Complaint* 11 filed by Plaintiff Scott A Blum. (Attachments: # 1 Oppo to KPMG's Separate Statement, # 2 Statement of Genuine Disputes, # 3 Declaration of Michael J. Avenatti, # 4 Exhibit A-G, # 5 Exhibit H-M, # 6 Exhibit N-P, # 7 Exhibit Q-V, # 8 Exhibit W-Z, # 9 Declaration of Michael J. Avenatti re FRCP 56(d), # 10 Motion to Strike and Objections to Evidence, # 11 Declaration of Scott A. Blum, # 12 Exhibit A, # 13 Exhibit B, # 14 Exhibit C, # 15 Exhibit D, # 16 Exhibit E) (Avenatti, Michael) (Entered: 03/12/2012) |
| 03/12/2012 | 34 | OPPOSITION to re: MOTION to Dismiss Case *of Defendants Robin Paule, Carl Hasting, and Jeffrey Eischeid* 9 filed by Plaintiff Scott A Blum. (Attachments: # 1 Opposition to Individual Defendants' Separate Statement, # 2 Omnibus Statement of Genuine Disputes, # 3 Declaration of Michael J. Avenatti, # 4 Exhibit A-G, # 5 Exhibit H-M, # 6 Exhibit N-P, # 7 Exhibit Q-V, # 8 Exhibit W-Z, # 9 Declaration of Michael J. Avenatti re FRCP56(d), # 10 Motion to Strike and Objections to Evidence, # 11 Declaration of Scott A. Blum, # 12 Exhibit A, # 13 Exhibit B, # 14 Exhibit C, # 15 Exhibit D, # 16 Exhibit E)(Avenatti, Michael) (Entered: 03/12/2012) |
| 03/19/2012 | 35 | REPLY IN SUPPORT OF MOTION to Dismiss Case *of Defendants Robin Paule, Carl Hasting, and Jeffrey Eischeid* 9 *REPLY IN SUPPORT OF INDIVIDUAL DEFENDANTS' SUPPLEMENTAL RESPONSE PURSUANT TO THE COURT'S FEBRUARY 21, 2012 ORDER* filed by Defendants Jeffrey Eischeid, Carl Hasting, Robin Paule. (Attachments: # 1 Consolidated Statement of Uncontroverted Facts and Proposed Conclusions of Law, # 2 Response to Blum's M-Strike and Objections to Evidence, # 3 Evidetntiary Objections to Blum's Opp to Supp Response)(Harris, Marc) (Entered: 03/19/2012) |
| 03/19/2012 | 36 | REPLY KPMG LLPs Reply In Support Of Its Supplemental Response Pursuant To The Court's February 21, 2012 Order MOTION to Dismiss Case *KPMG LLP's Notice Of Motion And Motion To Dismiss The Complaint* 11 filed by Defendant KPMG LLP. (Attachments: # 1 Supplement Consolidated Statement of Uncontroverted Facts, # 2 Supplement Evidentiary Objections, # 3 Supplement Response to Plaintiff's Evidentiary Objections, # 4 Declaration of Weinstein Part I of II (Exs A-F), # 5 Declaration of Weinstein Part II of II (Exs G-H), # 6 Proposed Order)(Marmaro, Richard) (Entered: 03/19/2012) |
| 03/21/2012 | 37 | NOTICE OF LODGING filed re Reply (Motion related), Reply (Motion related), Reply (Motion related) 35 (Attachments: # 1 Proposed Order Granting Summary Judgment in Favor of Defendants Eischeid, Hasting and Paule)(Harris, Marc) (Entered: 03/21/2012) |
| 03/23/2012 | 38 | OBJECTIONS to Reply (Motion related), Reply (Motion related), Reply (Motion related) 36 *Plaintiff Scott A. Blum's Notice of Objection to Evidence Submited With Defendant KPMG, LLP's Reply Brief in Support of KPMG's Motion for Summary Judgment and Memorandum In Support* filed by Plaintiff Scott A Blum. (Avenatti, Michael) (Entered: 03/23/2012) |

| 03/23/2012 | 39 | NOTICE OF LODGING filed *by Plaintiff Scott A. Blum* re Objections - non-motion, 38 (Attachments: # 1 Proposed Order)(Avenatti, Michael) (Entered: 03/23/2012) |
|---|---|---|
| 03/27/2012 | 40 | STIPULATION to Continue Conference of Counsel from 03/26/2012 to 04/06/2012 Re: Order, 22 filed by defendant KPMG LLP. (Attachments: # 1 Proposed Order RE: JOINT STIPULATION EXTENDING TIME TO HOLD A CONFERENCE OF COUNSEL AND FILE A JOINT REPORT PURSUANT TO FRCP 26(f) AND LOCAL RULE 26-1)(Marmaro, Richard) (Entered: 03/27/2012) |
| 03/27/2012 | 41 | RESPONSE filed by Defendant KPMG LLP to Objections - non-motion, 38 *KPMG LLP'S RESPONSE TO PLAINTIFF SCOTT A. BLUM'S OBJECTION TO EVIDENCE SUBMITTED WITH DEFENDANT KPMG LLP'S REPLY BRIEF IN SUPPORT OF KPMG'S RESPONSE PURSUANT TO THE COURT'S FEBRUARY 21, 2012 ORDER* (Marmaro, Richard) (Entered: 03/27/2012) |
| 03/28/2012 | 43 | ORDER by Judge Cormac J. Carney, re Joint Stipulation to Continue 40 . IT IS HEREBY ORDERED that: (1) The time for the parties to hold an early meeting of counsel is extended to no later than April 6, 2012; and (2) Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, a report of such meeting shall be filed no later than 14 days thereafter. (twdb) (Entered: 03/29/2012) |
| 03/29/2012 | 42 | Objection re: MOTION to Dismiss Case *KPMG LLP's Notice Of Motion And Motion To Dismiss The Complaint* 11 *Plaintiff Scott A. Blum's Objection to New Legal Arguments Raised in Defendant KPMG, LLP's Reply Brief in Support of KPMG's Motion for Summary Judgment and Memorandum in Support* filed by Plaintiff Scott A Blum. (Attachments: # 1 Proposed Order)(Avenatti, Michael) (Entered: 03/29/2012) |
| 03/29/2012 | 44 | (IN CHAMBERS) MINUTE ORDER by Judge Cormac J. Carney DENYING DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT 29 AND DENYING AS MOOT PLAINTIFFS MOTION TO STRIKE 33 : Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. Accordingly, the hearing set for April 2, 2012 at 1:30 p.m. is hereby vacated and off calendar. (see document for details) (mu) (Entered: 03/29/2012) |
| 04/09/2012 | 45 | CERTIFICATION of Interested Parties filed by defendant David Greenberg (twdb) (Entered: 04/10/2012) |
| 04/09/2012 | 50 | ANSWER to Complaint - (Discovery) 1 filed by defendant David Greenberg. (twdb) (Entered: 04/11/2012) |
| 04/10/2012 | 46 | EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File Answer to Complaint filed by Defendants Jeffrey Eischeid, Carl Hasting, Robin Paule. (Attachments: # 1 Proposed Order, # 2 Motion for Clarification of the Court's March 29, 2012 Order Regarding Summary Judgment, # 3 Proof of Service by Mail)(Harris, Marc) (Entered: 04/10/2012) |
| 04/10/2012 | 47 | STIPULATION for Extension of Time to File Answer to April 26, 2012 re |

| | | Complaint - (Discovery), Complaint - (Discovery) 1 filed by Defendant Robin Paule. (Attachments: # 1 Proposed Order, # 2 Proof of Service by Mail)(Harris, Marc) (Entered: 04/10/2012) |
|---|---|---|
| 04/10/2012 | 48 | ANSWER to Complaint - (Discovery) 1 filed by defendant David Greenberg. (twdb) (Entered: 04/11/2012) |
| 04/10/2012 | 49 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Cormac J. Carney ORDERING Answer to complaint submitted by Defendant David Greenberg received on 4/9/12 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk. (twdb) (Entered: 04/11/2012) |
| 04/11/2012 | 51 | MEMORANDUM in Opposition to EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File Answer to Complaint 46 filed by Plaintiff Scott A Blum. (Avenatti, Michael) (Entered: 04/11/2012) |
| 04/12/2012 | 52 | NOTICE OF MOTION AND MOTION for Reconsideration re Order on Motion to Dismiss Case,,, 44 *(MOTION FOR CLARIFICATION OF COURT'S MARCH 29, 2012 ORDER REGARDING SUMMARY JUDGMENT)* filed by Defendants Jeffrey Eischeid, Carl Hasting, Robin Paule. Motion set for hearing on 5/14/2012 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Proof of Service by Mail)(Harris, Marc) (Entered: 04/12/2012) |
| 04/12/2012 | 53 | ANSWER to Complaint - (Discovery), Complaint - (Discovery) 1 *Answer And Affirmative Defenses Of KPMG LLP To Plaintiff Scott A. Blum's Complaint* filed by Defendant KPMG LLP. (Attachments: # 1 Letter Proof of Service by Mail)(Marmaro, Richard) (Entered: 04/12/2012) |
| 04/12/2012 | 54 | ANSWER to Complaint - (Discovery), Complaint - (Discovery) 1 *Answer to Complaint by Defendant Carl Hasting* filed by Defendant Carl Hasting. (Romano, Jennifer) (Entered: 04/12/2012) |
| 04/12/2012 | 55 | NOTICE OF MOTION AND Renewed MOTION to Dismiss Co-Defendant Jeffrey Eischeid filed by Defendant Jeffrey Eischeid. Motion set for hearing on 5/14/2012 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Proposed Order To Dismiss Complaint With Prejudice)(Porterfield, Curtis) (Entered: 04/12/2012) |
| 04/12/2012 | 56 | PROOF OF SERVICE filed by Defendant Carl Hasting, re Answer to Complaint (Discovery) 54 served on April 12, 2012. (Romano, Jennifer) (Entered: 04/12/2012) |
| 04/12/2012 | 57 | DEMAND for Jury Trial filed by Defendant KPMG LLP.. (Attachments: # 1 Affidavit Proof Of Service By Mail)(Marmaro, Richard) (Entered: 04/12/2012) |
| 04/12/2012 | 58 | DEMAND for Jury Trial filed by Defendant Carl Hasting.. (Romano, Jennifer) (Entered: 04/12/2012) |
| 04/12/2012 | 59 | PROOF OF SERVICE filed by Defendant Carl Hasting, re Jury Demand 58 served on April 12, 2012. (Romano, Jennifer) (Entered: 04/12/2012) |
| | | |

| 04/13/2012 | 60 | ORDER by Judge Cormac J. Carney: Granting 46 Ex Parte Application for Enlargement of Time to File Answer. IT IS HEREBY ORDERED: The Individual Defendants shall have 14 days to answer the Complaint following the Court's ruling on the Individual Defendants' Motion for Clarification of the Court's March 29, 2012 Order. (rla) (Entered: 04/13/2012) |
|---|---|---|
| 04/13/2012 | 61 | NOTICE OF MOTION AND MOTION to Strike David Greenberg's Answer to the Complaint (FRCP 12(f)) Answer to Complaint (Discovery) 50 filed by plaintiff Scott A Blum. Motion set for hearing on 5/14/2012 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Declaration, # 2 Proposed Order)(Avenatti, Michael) (Entered: 04/13/2012) |
| 04/18/2012 | 62 | NOTICE OF MOTION AND MOTION for Judgment on the Pleadings as to Collateral Estoppel filed by Defendant KPMG LLP. Motion set for hearing on 5/21/2012 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Proposed Order [PROPOSED] ORDER GRANTING DEFENDANT KPMG LLPS MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON COLLATERAL ESTOPPEL)(Marmaro, Richard) (Entered: 04/18/2012) |
| 04/18/2012 | 63 | REQUEST FOR JUDICIAL NOTICE re MOTION for Judgment on the Pleadings as to Collateral Estoppel 62 filed by Defendant KPMG LLP. (Attachments: # 1 Declaration DECLARATION OF RYAN H. WEINSTEIN IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF KPMG LLPS MOTION FOR JUDGMENT ON THE PLEADINGS, # 2 Exhibit Exhibits 1-3, # 3 Exhibit Exhibits 4-6, # 4 Exhibit Exhibits 7-10, # 5 Proposed Order [PROPOSED] ORDER GRANTING DEFENDANT KPMG LLPS REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS)(Marmaro, Richard) (Entered: 04/18/2012) |
| 04/18/2012 | 64 | PROOF OF SERVICE filed by Defendant KPMG LLP, re MOTION for Judgment on the Pleadings as to Collateral Estoppel 62 , Request for Judicial Notice, Request for Relief,,,, 63 served on 04/18/2012. (Marmaro, Richard) (Entered: 04/18/2012) |
| 04/19/2012 | 65 | JOINT REPORT Rule 26(f) Discovery Plan JOINT REPORT OF THE PARTIES PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 26-1 ; estimated length of trial 20 days, filed by Defendant KPMG LLP.. (Marmaro, Richard) (Entered: 04/19/2012) |
| 04/19/2012 | 66 | PROOF OF SERVICE filed by Defendant KPMG LLP, re Joint Report Rule 26(f) Discovery Plan 65 PROOF OF SERVICE BY MAIL served on 04/19/12. (Marmaro, Richard) (Entered: 04/19/2012) |
| 04/23/2012 | 67 | OPPOSITION to MOTION to Strike David Greenberg's Answer to the Complaint (FRCP 12(f)) Answer to Complaint (Discovery) 50 MOTION to Strike David Greenberg's Answer to the Complaint (FRCP 12(f)) Answer to Complaint (Discovery) 50 61 KPMG LLP'S STATEMENT OF POSITION REGARDING BLUM'S MOTION TO STRIKE DAVID GREENBERG'S ANSWER TO THE COMPLAINT filed by Defendant KPMG LLP. (Attachments: # 1 Declaration DECLARATION OF RYAN H. WEINSTEIN IN SUPPORT OF DEFENDANT KPMG LLPS STATEMENT OF |

| | | |
|---|---|---|
| | | POSITION REGARDING PLAINTIFF SCOTT A. BLUM'S MOTION TO STRIKE DAVID GREENBERG'S ANSWER TO THE COMPLAINT, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Proposed Order [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF SCOTT A. BLUM'S MOTION TO STRIKE DAVID GREENBERG'S ANSWER TO THE COMPLAINT)(DiCanio, Jack) (Entered: 04/23/2012) |
| 04/23/2012 | 68 | OF SERVICE filed by Defendant KPMG LLP, re Response in Opposition to Motion,,, 67 PROOF OF SERVICE BY MAIL served on April 23, 2012. (DiCanio, Jack) (Entered: 04/23/2012) |
| 04/23/2012 | 69 | Opposition re: Renewed MOTION to Dismiss Co-Defendant Jeffrey Eischeid 55 filed by Plaintiff Scott A Blum. (Attachments: # 1 Declaration, # 2 Proof of Service)(Avenatti, Michael) (Entered: 04/23/2012) |
| 04/23/2012 | 70 | OPPOSITION re: MOTION for Reconsideration re Order on Motion to Dismiss Case,,, 44 (MOTION FOR CLARIFICATION OF COURT'S MARCH 29, 2012 ORDER REGARDING SUMMARY JUDGMENT) MOTION for Reconsideration re Order on Motion to Dismiss Case,,, 44 (MOTION FOR CLARIFICATION OF COURT'S MARCH 29, 2012 ORDER REGARDING SUMMARY JUDGMENT) 52 filed by Plaintiff Scott A Blum. (Attachments: # 1 Proof of Service)(Avenatti, Michael) (Entered: 04/23/2012) |
| 04/23/2012 | 71 | MEMORANDUM of points and authorities in Opposition to MOTION to Strike David Greenberg's Answer to the Complaint (FRCP 12(f)) 61 filed by Defendant David Greenberg. (twdb) (Entered: 04/24/2012) |
| 04/26/2012 | 86 | Mail Returned addressed to David Greenberg, 5700 Old Ocean Boulevard, Unit C, Ocean Ridge, FL 33483 re Order on Ex Parte Application for Enlargement of Time to File, 60 . (lwag) (Entered: 06/15/2012) |
| 04/30/2012 | 72 | REPLY MOTION to Strike David Greenberg's Answer to the Complaint (FRCP 12(f)) Answer to Complaint (Discovery) 50 MOTION to Strike David Greenberg's Answer to the Complaint (FRCP 12(f)) Answer to Complaint (Discovery) 50 61 filed by Plaintiff Scott A Blum. (Attachments: # 1 Declaration, # 2 Proof of Service)(Avenatti, Michael) (Entered: 04/30/2012) |
| 04/30/2012 | 73 | REPLY In Support Renewed MOTION to Dismiss Co-Defendant Jeffrey Eischeid 55 filed by Defendant Jeffrey Eischeid. (Porterfield, Curtis) (Entered: 04/30/2012) |
| 04/30/2012 | 74 | OPPOSITION re: MOTION for Judgment on the Pleadings as to Collateral Estoppel 62 filed by Plaintiff Scott A Blum. (Attachments: # 1 Declaration, # 2 Proof of Service)(Avenatti, Michael) (Entered: 04/30/2012) |
| 05/07/2012 | 75 | RESPONSE IN SUPPORT of MOTION for Judgment on the Pleadings as to Collateral Estoppel 62 KPMG LLP'S REPLY IN FURTHER SUPPORT OF KPMG'S MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON COLLATERAL ESTOPPEL filed by Defendant KPMG LLP. (Marmaro, Richard) (Entered: 05/07/2012) |
| 05/07/2012 | 76 | PROOF OF SERVICE filed by Defendant KPMG LLP, re Response in Support of Motion, 75 served on May 7, 2012. (Marmaro, Richard) (Entered: |

| | | 05/07/2012) |
|---|---|---|
| 05/09/2012 | 77 | MINUTE ORDER IN CHAMBERS by Judge Cormac J. Carney: CONTINUING DEFENDANTS' MOTION FOR CLARIFICATION, DEFENDANT ESCHEID'S RENEWED MOTION TO DISMISS, AND PLAINTIFF'S MOTION TO STRIKE: Court CONTINUES the hearing on Defendants' motion for clarification of the Court's March 29, 2012 order, Defendant Jeffrey Eischeid's renewed motion to dismiss, and Plaintiff's motion to strike Defendant David Greenberg's answer from May 14, 2012 at 1:30 p.m. to May 21, 2012 at 1:30 p.m., to be heard concurrently with Defendant KPMG, LLP's motion for judgment on the pleadings. (rla) (Entered: 05/09/2012) |
| 05/18/2012 | 78 | MINUTE ORDER IN CHAMBERS by Judge Cormac J. Carney: CONTINUING THE HEARING ON THE PARTIES' MOTIONS (fld 4/12/12, 4/13/12, 4/18/12) 62 , 61 , 52 , 55 . ( Motion set for hearing on 7/2/2012 at 01:30 PM before Judge Cormac J. Carney.) (twdb) (Entered: 05/18/2012) |
| 05/21/2012 | 87 | Mail Returned addressed to David Greensberg, 5700 Old Ocean Boulevard, Unit C, Ocean Ridge, FL 33483 re Minutes of In Chambers Order/Directive - no proceeding held, Set/Reset Motion Hearing and R&R Deadlines 77 . (lwag) (Entered: 06/15/2012) |
| 05/25/2012 | | SUBPOENA IN A CIVIL CASE issued as to DENNIS MALLOY. (rla) (Entered: 05/29/2012) |
| 05/25/2012 | | SUBPOENA IN A CIVIL CASE issued as to MARK ELY. (rla) (Entered: 05/29/2012) |
| 05/25/2012 | | SUBPOENA IN A CIVIL CASE issued as to ERIN COLLINS. (rla) (Entered: 05/29/2012) |
| 05/25/2012 | | SUBPOENA IN A CIVIL CASE issued as to JOSEPH CHOPACK. (rla) (Entered: 05/29/2012) |
| 05/30/2012 | | SUBPOENA IN A CIVIL CASE issued as to Jamie Dimon. (rla) (Entered: 06/01/2012) |
| 05/30/2012 | | SUBPOENA IN A CIVIL CASE issued as to Peter Morrison. (rla) (Entered: 06/01/2012) |
| 05/30/2012 | | SUBPOENA IN A CIVIL CASE issued as to Michael J. Avenatti. (rla) (Entered: 06/01/2012) |
| 05/30/2012 | | SUBPOENA IN A CIVIL CASE issued as to Michael Q Eagan. (rla) (Entered: 06/01/2012) |
| 05/30/2012 | | SUBPOENA IN A CIVIL CASE issued as to Timothy Flynn. (rla) (Entered: 06/01/2012) |
| 05/30/2012 | | SUBPOENA IN A CIVIL CASE issued as to Diane Fuller. (rla) (Entered: 06/01/2012) |
| 05/30/2012 | | SUBPOENA IN A CIVIL CASE issued as to Andrew Gantman. (rla) |

| | | (Entered: 06/01/2012) |
|---|---|---|
| 05/30/2012 | | SUBPOENA IN A CIVIL CASE issued as to KPMG LLP. (rla) (Entered: 06/01/2012) |
| 05/30/2012 | | SUBPOENA IN A CIVIL CASE issued as to Joseph Loonan. (rla) (Entered: 06/01/2012) |
| 05/30/2012 | | SUBPOENA IN A CIVIL CASE issued as to Michael Hamersley. (rla) (Entered: 06/01/2012) |
| 05/30/2012 | | SUBPOENA IN A CIVIL CASE issued as to Claudia Taft. (rla) (Entered: 06/01/2012) |
| 05/30/2012 | | SUBPOENA IN A CIVIL CASE issued as to Larry Bradley. (rla) (Entered: 06/01/2012) |
| 06/05/2012 | 94 | Mail Returned addressed to David Greenberg, 5700 Old Ocean Boulevard, Unit C, Ocean Ridge, FL 33483 re Minutes of In Chambers Order/Directive - no proceeding held, Set/Reset Motion Hearing and R&R Deadlines 78 . (lwag) (Entered: 06/25/2012) |
| 06/08/2012 | 79 | EX PARTE APPLICATION to Quash Subpoena re: Depositions filed by Plaintiff Scott A Blum. (Attachments: # 1 Declaration of Michael J. Avenatti, # 2 Proposed Order, # 3 Proof of Service)(Avenatti, Michael) (Entered: 06/08/2012) |
| 06/08/2012 | 80 | DECLARATION of Ryan H. Weinstein in support MOTION for Judgment on the Pleadings as to Collateral Estoppel 62 *SUPPLEMENTAL DECLARATION OF RYAN H. WEINSTEIN IN SUPPORT OF KPMG LLP'S MOTION FOR JUDGMENT ON THE PLEADINGS* filed by Defendant KPMG LLP. (Attachments: # 1 Exhibit A)(Marmaro, Richard) (Entered: 06/08/2012) |
| 06/08/2012 | 81 | PROOF OF SERVICE BY MAIL OF SERVICE filed by Defendant KPMG LLP, re Declaration (Motion related), Declaration (Motion related) 80 served on 06/08/2012. (Marmaro, Richard) (Entered: 06/08/2012) |
| 06/12/2012 | 82 | DECLARATION of Michael J. Avenatti EX PARTE APPLICATION to Quash Subpoena re: Depositions 79 *SUPPLEMENTAL DECLARATION* filed by Plaintiff Scott A Blum. (Attachments: # 1 Proof of Service)(Avenatti, Michael) (Entered: 06/12/2012) |
| 06/13/2012 | 83 | ORDER RETURNING CASE FOR REASSIGNMENT UPON RECUSAL by Magistrate Judge Arthur Nakazato. ORDER case returned to the Clerk for random reassignment for Discovery pursuant to General Order 05-07 and General Order 08-05. Case randomly reassigned from Magistrate Judge Arthur Nakazato to Magistrate Judge Robert N. Block for all further proceedings. The case number will now reflect the initials of the transferee Judge SACV 11-01885 CJC (RNBx). (dro) (Entered: 06/13/2012) |
| 06/14/2012 | 84 | EX PARTE APPLICATION for Protective Order for Subpoenas *KPMG LLP And Certain Non-Parties' Ex Parte Application For Protective Order And To Quash The Greenberg Subpoenas; and Memorandum Of Points And* |

|  |  | *Authorities In Support Thereof* filed by Defendant KPMG LLP. (Attachments: # 1 Declaration Declaration Of Jack P. DiCanio In Support Of Defendant KPMG LLP And Certain Non-Parties' Ex Parte Motion For Protective Order And To Quash The Greenberg Subpoenas, # 2 Exhibit Exhibit 1 - 9, # 3 Proposed Order [Proposed] Order Granting KPMG LLP And Certain Non-Parties' Ex Parte Application For Protective Order And To Quash The Greenberg Subpoenas)(DiCanio, Jack) (Entered: 06/14/2012) |
| 06/14/2012 | 85 | OF SERVICE filed by Defendant KPMG LLP, re EX PARTE APPLICATION for Protective Order for Subpoenas *KPMG LLP And Certain Non-Parties' Ex Parte Application For Protective Order And To Quash The Greenberg Subpoenas; and Memorandum Of Points And Authorities In Support Thereof* 84 served on 06/14/12. (DiCanio, Jack) (Entered: 06/14/2012) |
| 06/18/2012 | 88 | OPPOSITION to EX PARTE APPLICATION for Protective Order for Subpoenas *KPMG LLP And Certain Non-Parties' Ex Parte Application For Protective Order And To Quash The Greenberg Subpoenas; and Memorandum Of Points And Authorities In Support Thereof* 84 filed by Plaintiff Scott A Blum. (Attachments: # 1 Proof of Service)(Avenatti, Michael) (Entered: 06/18/2012) |
| 06/19/2012 | 89 | MINUTES (IN CHAMBERS): ORDER by Magistrate Judge Robert N. Block: re Plaintiff's Ex Parte Motion and Motion to Quash the Subpoenas Purportedly Issued by Defendant David Greenberg 79 ; and KPMG LLP and Certain Non-Parties' Ex Parte Application for Protective Order and to Quash the Greenberg Subpoenas 84 : For the reasons stated in both plaintiff's Motion and KPMG's Application, plaintiff's Motion and KPMG's Application are granted to the extent that plaintiff and KPMG are seeking to quash all subpoenas heretofore issued by (or on behalf of) defendant Greenberg. Those subpoenas are hereby quashed. To the extent that KPMG's Application seeks broader protective relief, the Application is denied except as hereafter ordered. (See document for further details.) 1. Within fourteen (14) days of service of this Minute Order, counsel for plaintiff and counsel for KPMG serve and file declarations attesting to their reasonable attorneys' fees and costs incurred in making their respective ex parte applications; and 2. Within fourteen (14) days of service of such declarations, defendant Greenberg show cause in writing why the Court should not order him to reimburse plaintiff and defendant KPMG for the full amount of their reasonable attorneys fees and costs incurred in making their respective ex parte applications on account of his failure to cooperate in the meet and confer procedures. See Local Rule 37-4. (rla) (Entered: 06/21/2012) |
| 06/21/2012 | 90 | EX PARTE APPLICATION for Order for Prohibiting Defendant David Greenberg From Directly Contacting Represented Parties (Attachments: # 1 Declaration of Michael J. Avenatti, # 2 Proposed Order, # 3 Proof of Service) (Avenatti, Michael) (Entered: 06/21/2012) |
| 06/21/2012 | 91 | SCHEDULING ORDER by Judge Cormac J. Carney, Discovery cut-off 3/22/2013. Motions due by 5/24/2013. Jury Trial set for 7/2/2013 09:00 AM before Judge Cormac J. Carney. Pretrial Conference set for 6/24/2013 03:00 PM before Judge Cormac J. Carney. The parties have agreed to ADR |

| | | |
|---|---|---|
| | | Procedure No. 3, Private Mediation. The parties shall have until April 23, 2013 to conduct settlement proceedings. (rla) (Entered: 06/25/2012) |
| 06/21/2012 | 92 | ORDER by Judge Cormac J. Carney, REGARDING SETTLEMENT PROCEDURES, PRE-TRIAL CONFERENCE AND TRIAL: (See document for details.) (rla) (Entered: 06/25/2012) |
| 06/22/2012 | 95 | DEFENDANT GREENBERG'S RESPONSE to Plaintiff Scott A Blum's and Defendant KPMG's Multiple Ex Parte Applications to Quash the Subpoenas Issues by Defendant David Greenberg, filed by Defendant David Greenberg. (see document for details). (dro) (Entered: 06/26/2012) |
| 06/22/2012 | 97 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Robert N. Block: re: EX PARTE APPLICATION to Quash Subpoena re: Depositions 79 , EX PARTE APPLICATION for Protective Order for Subpoenas 84 . The Courts June 19, 2012 Minute Order will therefore stand. (twdb) (Entered: 06/26/2012) |
| 06/22/2012 | 100 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Robert N. Block: Plaintiff's exparte motion to quash subpoenas, filed 6/8/12 and KPMG LLG Ex Parte application for protection order to quash subpoenas, filed 6/14/12, re response by fax on 6/20/12 99 . (twdb) (Entered: 06/27/2012) |
| 06/25/2012 | 93 | EX PARTE APPLICATION to Supplement Brief In Support of Plaintiff's Ex Parte Motion for an Order Prohibiting Defendant David Greenberg From Directly Contacting Represented Parties re EX PARTE APPLICATION for Order for Prohibiting Defendant David Greenberg From Directly Contacting Represented Parties 90 (Attachments: # 1 Declaration of Michael J. Avenatti, # 2 Proof of Service)(Avenatti, Michael) (Entered: 06/25/2012) |
| 06/25/2012 | 99 | NOTICE OF DISCREPANCY AND ORDER: by Magistrate Judge Robert N. Block, ORDERING Response submitted by Defendant David Greenberg received on 6/20/12 is not to be filed but instead rejected. Denial based on: L.R. 83-2.11 improper communications with the judge in a letter format; No signature of pro se filer; improper format; No proof of service attached to documents. (twdb) (Entered: 06/27/2012) |
| 06/26/2012 | 96 . | MINUTES (IN CHAMBERS): ORDER by Judge Cormac J. Carney: TAKING DEFENDANTS' MOTION FOR CLARIFICATION [4/12/12], DEFENDANT EISCHED'S RENEWED MOTION TO DISMISS [4/12/12], AND PLAINTIFF'S MOTION TO STRIKE [filed 4/13/12] UNDER SUBMISSION: The Court takes these matters under submission and will issue a decision, if necessary, after its ruling on Defendant KPMG, LLP's motion for judgment on the pleadings. The hearing on Defendant KPMG, LLP's motion for judgment on the pleadings scheduled for July 2, 2012 at 1:30 p.m. remains on calendar. (rla) (Entered: 06/26/2012) |
| 06/26/2012 | 98 | Supplemental EX PARTE APPLICATION to Supplement Plaintiff Scott Blum's Brief in Support of Plaintiff's Ex Parte Motion for an Order Prohibiting Defendant David Greenberg From Directly Contacting Represented Parties re EX PARTE APPLICATION for Order for Prohibiting Defendant David Greenberg From Directly Contacting Represented Parties 90 (Attachments: # 1 Declaration of Michael J. Avenatti, # 2 Proof of Service) |

| | | (Avenatti, Michael) (Entered: 06/26/2012) |
|---|---|---|
| 06/26/2012 | 101 | DECLARATION of David Greenberg in support of Opposition to Plaintiff Scott A. Blum's EX PARTE APPLICATION for Order Prohibiting Defendant David Greenberg From Directly Contacting Represented Parties 90 filed by Defendant David Greenberg. (twdb) (Entered: 06/28/2012) |
| 06/26/2012 | 102 | OBJECTIONS to the Declaration of Michael J. Avenatti in support of Scott Blum's EX PARTE APPLICATION for Order Prohibiting Defendant David Greenberg From Directly Contacting Represented Parties 90 filed by Defendant David Greenberg. (twdb) (Entered: 06/28/2012) |
| 06/26/2012 | 103 | OPPOSITION in opposition to Plaintiff's EX PARTE APPLICATION for Order prohibiting Defendant David Greenberg From Directly Contacting Represented Parties 90 filed by Defendant David Greenberg. (twdb) (Entered: 06/28/2012) |
| 06/27/2012 | 104 | MINUTE ORDER IN CHAMBERS by Judge Cormac J. Carney: REQUESTING PLAINTIFF TO FILE A REPLY TO DEFENDANT GREENBERG'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION 90 : The Court requests that Mr. Blum file a reply on or before July 9, 2012, addressing this issue. Upon receipt of the reply, the Court will take the matter under submission and issue a decision forthwith. (rla) (Entered: 06/28/2012) |
| 06/28/2012 | 105 | Mail Returned addressed to David Greenberg 5700 Old Ocean Boulevard Unit C Ocean Ridge, FL 33483 re Reassign Case upon Recusal of Magistrate Judge (CV-110), Reassign Case upon Recusal of Magistrate Judge (CV-110) 83 . (dro) (Entered: 07/02/2012) |
| 07/02/2012 | 106 | REPLY EX PARTE APPLICATION for Order for Prohibiting Defendant David Greenberg From Directly Contacting Represented Parties 90 filed by Plaintiff Scott A Blum. (Attachments: # 1 Declaration of Michael J. Avenatti, # 2 Proof of Service)(Avenatti, Michael) (Entered: 07/02/2012) |
| 07/02/2012 | 107 | TRANSCRIPT ORDER for date of proceedings 7/2/2012 to 7/2/2012 as to defendant KPMG LLP Court Smart (CS). Court will contact Allison Velkes at avelkes@skadden.com with any questions regarding this order. Transcript portion requested: Testimony of: Mot. J. Pldgs 7/2/12. Other: 7/2/2012. Category: Expedited. Transcript preparation will not begin until payment has been satisfied with the court reporter/recorder. (Attachments: # 1 Proof of Service)(DiCanio, Jack) (Entered: 07/02/2012) |
| 07/02/2012 | 110 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Robert N. Block: re: Defendant Greenberg's Request for Reconsideration 95 . Defendant Greenbergs request for reconsideration of the Courts June 19, 2012 ruling on the two ex parte applications is denied. The Courts June 19, 2012 Minute Order will therefore stand. (twdb) (Entered: 07/05/2012) |
| 07/02/2012 | 111 | MINUTES OF Motion Hearing held before Judge Cormac J. Carney, re KPMG LLP'S MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON COLLATERAL ESTOPPEL: Court hears oral argument and takes Defendant's motion for judgment on the pleadings under submission. Court |

| | | Recorder: C/S 07/02/2012. (rla) (Entered: 07/09/2012) |
|---|---|---|
| 07/03/2012 | 108 | DECLARATION of Michael J. Avenatti EX PARTE APPLICATION to Quash Subpoena re: Depositions 79 re Attorneys' Fees Incurred in Bringing Motion to Quash Subpoena filed by Plaintiff Scott A Blum. (Attachments: # 1 Proof of Service)(Avenatti, Michael) (Entered: 07/03/2012) |
| 07/03/2012 | 116 | Mail Returned addressed to David Greenberg re Order on Ex Parte Application to Quash Subpoena, Order on Ex Parte Application for Protective Order 89 . (rrp) (Entered: 07/12/2012) |
| 07/05/2012 | 109 | DECLARATION of Ryan H. Weinstein re Order on Ex Parte Application to Quash Subpoena, Order on Ex Parte Application for Protective Order,,,,,,,,, 89 , EX PARTE APPLICATION for Protective Order for Subpoenas KPMG LLP And Certain Non-Parties' Ex Parte Application For Protective Order And To Quash The Greenberg Subpoenas; and Memorandum Of Points And Authorities In Support Thereof 84 DECLARATION OF RYAN H. WEINSTEIN SUBMITTED IN RESPONSE TO HON. ROBERT N. BLOCK'S JUNE 19, 2012 COURT ORDER (Doc. No. 89) filed by Defendant KPMG LLP. (Attachments: # 1 PROOF OF SERVICE)(DiCanio, Jack) (Entered: 07/05/2012) |
| 07/09/2012 | 117 | Mail Returned addressed to David Greenberg re Order 92 . (rrp) (Entered: 07/12/2012) |
| 07/09/2012 | 118 | Mail Returned addressed to David Greenberg re Order on Motion for Reconsideration, Order on Motion to Dismiss Party, Order on Motion to Strike 96 . (rrp) (Entered: 07/12/2012) |
| 07/09/2012 | 119 | Mail Returned addressed to David Greenberg re Minutes of In Chambers Order/Directive - no proceeding held 97 . (rrp) (Entered: 07/12/2012) |
| 07/10/2012 | 112 | ORDER by Judge Cormac J. Carney: DENYING EX PARTE APPLICATION FOR AN ORDER PROHIBITING DEFENDANT DAVID GREENBERG FROM DIRECTLY CONTACTING REPRESENTED PARTIES 90 : (See document for details.) (rla) (Entered: 07/11/2012) |
| 07/12/2012 | 113 | TRANSCRIPT ORDER for date of proceedings 7/2/2012 to 7/2/2012 Scott A Blum Court Smart (CS). Court will contact Katherine Mosby at kmosby@eaganavenatti.com with any questions regarding this order. Transcript portion requested: Other: 7/2/2012. Category: Expedited. Transcript preparation will not begin until payment has been satisfied with the court reporter/recorder. (Avenatti, Michael) (Entered: 07/12/2012) |
| 07/12/2012 | 114 | TRANSCRIPT for proceedings held on 7-2-12 1:40 p.m.. Court Reporter/Electronic Court Recorder: Exceptional Reporting Services, Inc., phone number (361) 949-2988. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 8/2/2012. Redacted Transcript Deadline set for 8/12/2012. Release of Transcript Restriction set for 10/10/2012. (ha) (Entered: 07/12/2012) |

| 07/12/2012 | 115 | NOTICE OF FILING TRANSCRIPT filed for proceedings 7-2-12 1:40 p.m. re Transcript 114 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(ha) TEXT ONLY ENTRY (Entered: 07/12/2012) |
|---|---|---|
| 07/16/2012 | 120 | RESPONSE filed by Defendant David Greenberg to 6/19/12 Order show cause re sanctions 89 (twdb) (Entered: 07/17/2012) |
| 07/17/2012 | 121 | ORDER GRANTING IN PART DEFENDANT KPMG LLP'S MOTION FOR JUDGMENT ON THE PLEADINGS 62 by Judge Cormac J. Carney: (See document for details.) For the foregoing reasons, KPMG's motion for judgment on the pleadings is GRANTED with respect to all of Mr. Blum's claims regarding OPIS. (rla) (Entered: 07/17/2012) |
| 07/17/2012 | 122 | (IN CHAMBERS) ORDER TO SHOW CAUSE by Judge Cormac J. Carney, REQUIRING PLAINTIFF TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE STAYED PENDING RESOLUTION OF A PRIOR PROCEEDING: The Court orders Plaintiff to show cause why the remainder of this action should not be stayed pending resolution of Sixty-Three Strategic Investment Funds v. United States, No. C 05-1123 JW, which is currently before the United States District Court for the Northern District of California regarding the BLIPS transaction. Plaintiff shall file a response to this order on or before July 31, 2012. Defendants shall file any reply on or before August 7, 2012. The Court will thereafter take the matter under submission and will notify the parties if it believes a hearing is necessary. (rla) (Entered: 07/17/2012) |
| 07/18/2012 | 123 | NOTICE of Change of address Changing attorneys address to 5700 Old Ocean Bl, Unit C, Ocean Ridge, FL 33435, telephone/fax: 561-431-0750. Filed by Defendant David Greenberg. (rla) (Entered: 07/18/2012) |
| 07/18/2012 | 124 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Robert N. Block: The Court has duly considered defendant Greenberg's response to the Court's 6/19/12 Order to Show Cause re Sanctions 89 . Within fourteen (14) days of the service of such supplemental response, plaintiff and KPMG are ordered to serve and file their replies (if any) thereto, including their replies (if any) to the contention made by defendant Greenberg in Section III of his response to the Order to Show Cause that the amount of sanctions sought have not been properly documented and are not reasonable in amount. (twdb) (Entered: 07/19/2012) |
| 07/24/2012 | 125 | NOTICE of Withdrawal of Counsel filed by Defendant Jeffrey Eischeid. (Attachments: # 1 Exhibit Local Rule 7.1D Certification, # 2 Exhibit Certificate of Service)(Porterfield, Curtis) (Entered: 07/24/2012) |
| 07/24/2012 | 126 | Mail Returned addressed to David Greenberg 5700 Old Ocean Boulevard Unit C Ocean Ridge, FL 33483 re Minutes of In Chambers Order 104 . (dro) (Entered: 07/30/2012) |
| 07/31/2012 | 127 | NOTICE OF MOTION AND MOTION for Contempt against David Greenberg Scott A Blum. Motion set for hearing on 9/10/2012 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Declaration of Michael J. Avenatti, # 2 Exhibit 1-4, # 3 Exhibit 5-7, # 4 Exhibit 8-11, # 5 Exhibit 12-13, # 6 Proposed Order, # 7 Proof of Service)(Avenatti, Michael) (Entered: |

| | | 07/31/2012) |
|---|---|---|
| 07/31/2012 | 128 | RESPONSE filed by Plaintiff Scott A Blum to Order to Show Cause,,, 122 (Attachments: # 1 Proof of Service)(Avenatti, Michael) (Entered: 07/31/2012) |
| 08/06/2012 | 129 | Mail Returned addressed to David B. Greenberg 5700 Old Ocean Blvd., Unit C Ocean Ridge, FL 33435 re Minutes of In Chambers Order 124 . (dro) (Entered: 08/06/2012) |
| 08/06/2012 | 133 | Mail Returned addressed to David Greenberg 5700 Old Ocean Boulevard Unit C Ocean Ridge, FL 33483 re Minutes of In Chambers Order 110 . (dro) (Entered: 08/09/2012) |
| 08/07/2012 | 130 | REPLY filed by Defendants Jeffrey Eischeid, Carl Hasting, KPMG LLP, Robin Paule to Response (non-motion) 128 , Order to Show Cause,,, 122 *Joint Reply Of KPMG LLP, Jeffrey Eischeid, Carl Hasting And Robin Paule To Plaintiff's Response To The Court's Order To Show Cause Re: Why This Action Should Not Be Stayed* (Attachments: # 1 Declaration of Ronda J. McKaig, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(DiCanio, Jack) (Entered: 08/07/2012) |
| 08/07/2012 | 131 | OF SERVICE filed by defendants Jeffrey Eischeid, Carl Hasting, KPMG LLP, Robin Paule, re Reply (non-motion), Reply (non-motion) 130 *Proof of Service* served on 08/07/12. (DiCanio, Jack) (Entered: 08/07/2012) |
| 08/07/2012 | 132 | NOTICE OF LODGING filed *[PROPOSED] ORDER STAYING CASE* re Reply (non-motion), Reply (non-motion) 130 (Attachments: # 1 Proposed Order Staying Case, # 2 Supplement Proof of Service)(DiCanio, Jack) (Entered: 08/07/2012) |
| 08/10/2012 | 134 | ORDER by Magistrate Judge Robert N. Block, (See document for details.) Plaintiff and KPMG therefore are ORDERED, within fourteen (14) days of the service of this Minute Order, to serve and file their replies (if any) to the contention made by defendant Greenberg in Section III of his response to the Order to Show Cause that the amount of sanctions sought was not properly documented and was not reasonable in amount. (rla) (Entered: 08/14/2012) |
| 08/15/2012 | 135 | Mail Returned addressed to David Greenberg 5700 Old Ocean Boulevard, Unit C Ocean Ridge, FL 33483 re Minutes of In Chambers Order/Directive - no proceeding held, 100 . (dro) (Entered: 08/20/2012) |
| 08/15/2012 | 136 | Mail Returned addressed to David Greenberg 5700 Old Ocean Boulevard, Unit C Ocean Ridge, FL 33483 re Motion Hearing, 111 . (dro) (Entered: 08/20/2012) |
| 08/15/2012 | 137 | Mail Returned addressed to David Greenberg 5700 Old Ocean Boulevard, Unit C Ocean Ridge, FL 33483 re Order on Ex Parte Application for Order 112 . (dro) (Entered: 08/20/2012) |
| 08/15/2012 | 138 | Mail Returned addressed to David Greenberg 5700 Old Ocean Boulevard, Unit C Ocean Ridge, FL 33483 re Order on Motion for Judgment on the Pleadings, 121 . (dro) (Entered: 08/20/2012) |
| 08/20/2012 | 139 | RESPONSE filed by Plaintiff Scott A Blum to Minutes of In Chambers |

| | | |
|---|---|---|
| | | Order/Directive - no proceeding held,, <u>124</u> , Order, <u>134</u> *Plaintiff Scott A. Blum's Response to the Court's Order to Show Cause Dated July 18, 2012 and Order Dated August 14, 2012* (Attachments: # <u>1</u> Declaration of Michael J. Avenatti, # <u>2</u> Proof of Service)(Avenatti, Michael) (Entered: 08/20/2012) |
| 08/27/2012 | <u>140</u> | STATEMENT of Notice of Non-Opposition to MOTION for Contempt against David Greenberg <u>127</u> filed by Plaintiff Scott A Blum. (Attachments: # <u>1</u> Proof of Service)(Avenatti, Michael) (Entered: 08/27/2012) |
| 08/28/2012 | <u>141</u> | REPLY filed by Defendant KPMG LLP to Order, <u>134</u> *KPMG LLP'S REPLY TO HON. ROBERT N. BLOCK'S AUGUST 14, 2012 COURT ORDER (Doc. No. 134)* (Attachments: # <u>1</u> Proof of Service)(DiCanio, Jack) (Entered: 08/28/2012) |
| 08/28/2012 | <u>142</u> | (IN CHAMBERS) ORDER by Magistrate Judge Robert N. Block: For the reasons stated in its July 18, 2012 Minute Order, the Court finds that sanctions are warranted here pursuant to Local Rule 37-4. In addition, the Court finds that sanctions are warranted pursuant to Fed. R. Civ. P. 37(a)(5)(A) because this is not an instance where the motions were filed before the movants attempted to resolve the dispute without court action, where defendant Greenberg's position on the discovery dispute was substantially justified, or where there are any other circumstances that make an award of plaintiff's and KPMG's reasonable expenses incurred in making the motions unjust. Defendant Greenberg is ordered to pay those amounts (i.e., $7,100 to plaintiff and $10,000 to KPMG) within twenty-eight (28) days of the service of this Minute Order. However, if he timely files objections within fourteen (14) days of the service of this Minute Order, then his compliance shall be stayed until the District Judge rules on the objections. (See attached order for further details.) (es) (Entered: 09/04/2012) |
| 08/29/2012 | <u>144</u> | Mail Returned addressed to David B Greenberg, 5700 Old Ocean Bl., Unit C, Ocean Ridge, FL 33435 re Order, <u>134</u> (rla) (Entered: 09/04/2012) |
| 08/30/2012 | <u>143</u> | Mail Returned addressed to David Greenberg, 5700 Old Ocean Blvd, Unit C, Ocean Ridge, FL 33483 re Notice of Filing Transcript (G-46) 115 (rla) (Entered: 09/04/2012) |
| 09/06/2012 | <u>145</u> | MINUTES (IN CHAMBERS): ORDER by Judge Cormac J. Carney: DENYING PLAINTIFF'S MOTION FOR AN ORDER OF CONTEMPT AND SANCTIONS AS TO DEFENDANT DAVID GREENBERG <u>127</u> : Accordingly, the hearing set for September 10, 2012 at 1:30 p.m. is hereby vacated and off calendar. (See document for details.) (rla) (Entered: 09/06/2012) |
| 09/11/2012 | <u>146</u> | MINUTE IN CHAMBERS by Judge Cormac J. Carney:: Order Staying Case. (Made JS-6. Case Terminated.) (mt) (Entered: 09/11/2012) |
| 09/20/2012 | <u>147</u> | OBJECTIONS TO MINUTE ORDER MAILED SEPTEMBER 4, 2012 SANCTIONING GREENBERG FOR FEES; filed by Defendant David B Greenberg. (rla) (Entered: 09/20/2012) |

Case 9:12-cv-80438-DMM   Document 28   Entered on FLSD Docket 09/27/2012   Page 54 of 77

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/21/2012 14:12:05 | | | |
| **PACER Login:** | lg0506 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:11-cv-01885-CJC-RNB End date: 9/21/2012 |
| **Billable Pages:** | 16 | **Cost:** | 1.60 |

Case Summary:

| Case Id: | 30-2011-00491511-CU-BC-CJC |
|---|---|
| Case Title: | JOHN C O'MALLEY VS. MICHAEL J AVENATTI |
| Case Type: | BREACH OF CONTRACT/WARRANTY |
| Filing Date: | 07/15/2011 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | COMPLAINT FILED BY O'MALLEY, JOHN C ON 07/15/2011 | 07/15/2011 | | 21 pages | |
| 2 | SUMMONS ISSUED AND FILED FILED BY O'MALLEY, JOHN C ON 07/15/2011 | 07/15/2011 | | 1 pages | |
| 3 | CIVIL CASE COVER SHEET FILED BY O'MALLEY, JOHN C ON 07/15/2011 | 07/15/2011 | | 1 pages | |
| 4 | CASE ASSIGNED TO JUDICIAL OFFICER NAKAMURA, KIRK ON 07/15/2011. | 07/15/2011 | | 1 pages | |
| 5 | PAYMENT RECEIVED BY FOR 166 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 395.00, TRANSACTION NUMBER 10952325 AND RECEIPT NUMBER 10776217. | 07/15/2011 | | 1 pages | |
| 6 | PROOF OF SERVICE OF SUMMONS FILED BY O'MALLEY, JOHN C ON 07/22/2011 | 07/22/2011 | | 1 pages | |
| 7 | PROOF OF SERVICE OF SUMMONS FILED BY O'MALLEY, JOHN C ON 07/22/2011 | 07/22/2011 | | 1 pages | |
| 8 | PROOF OF SERVICE OF SUMMONS FILED BY O'MALLEY, JOHN C ON 07/22/2011 | 07/22/2011 | | *NV* | |
| 9 | PROOF OF SERVICE OF SUMMONS FILED BY O'MALLEY, JOHN C ON 07/22/2011 | 07/22/2011 | | 2 pages | |
| 10 | MOTION TO COMPEL ARBITRATION FILED BY O'MALLEY, JOHN C ON 07/27/2011 | 07/27/2011 | | 11 pages | |
| 11 | NOTICE OF HEARING (ON PETITION TO COMPEL ARBITRATION) FILED BY O'MALLEY, JOHN C ON 07/27/2011 | 07/27/2011 | | 2 pages | |
| 12 | MOTION TO COMPEL ARBITRATION SCHEDULED FOR 09/15/2011 AT 02:00:00 PM IN C08 AT CENTRAL JUSTICE CENTER. | 07/27/2011 | | *NV* | |
| 13 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10960366 AND RECEIPT NUMBER 10784258. | 07/27/2011 | | 1 pages | |
| 14 | PROOF OF SERVICE OF SUMMONS FILED BY O'MALLEY, JOHN C ON 07/28/2011 | 07/28/2011 | | 4 pages | |
| 15 | PROOF OF SERVICE OF SUMMONS FILED BY O'MALLEY, JOHN C ON 07/28/2011 | 07/28/2011 | | 1 pages | |
| 16 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING | 08/10/2011 | | 1 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| | IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10969535 AND RECEIPT NUMBER 10793427. | | | | |
| 17 | EX PARTE APPLICATION - OTHER (FOR AN ORDER TO STAY ACTION) FILED BY EAGAN AVENATTI LLP; EAGAN, MICHAEL ON 08/10/2011 | 08/10/2011 | | 29 pages | |
| 18 | EX PARTE SCHEDULED FOR 08/10/2011 AT 01:30:00 PM IN C08 AT CENTRAL JUSTICE CENTER. | 08/10/2011 | | NV | |
| 19 | OPPOSITION (TO EX PARTE APPLICATION) FILED BY O'MALLEY, JOHN C ON 08/10/2011 | 08/10/2011 | | 13 pages | |
| 20 | MINUTES FINALIZED FOR EX PARTE 08/10/2011 01:30:00 PM. | 08/10/2011 | | 1 pages | |
| 21 | NOTICE OF RULING FILED BY O'MALLEY, JOHN C ON 08/15/2011 | 08/15/2011 | | 3 pages | |
| 22 | NOTICE - OTHER (OF ERRATA) FILED BY O'MALLEY, JOHN C ON 08/16/2011 | 08/16/2011 | | 3 pages | |
| 23 | OPPOSITION FILED BY AVENATTI, MICHAEL J; AVENATTI & ASSOCIATES; EAGAN, MICHAEL; EAGAN O'MALLEY & AVENATTI LLP; EAGAN AVENATTI LLP ON 08/22/2011 | 08/22/2011 | | 19 pages | |
| 24 | DECLARATION IN SUPPORT FILED BY AVENATTI, MICHAEL J; AVENATTI & ASSOCIATES; EAGAN, MICHAEL; EAGAN O'MALLEY & AVENATTI LLP; EAGAN AVENATTI LLP ON 08/22/2011 | 08/22/2011 | | 36 pages | |
| 25 | PROOF OF SERVICE FILED BY AVENATTI, MICHAEL J; AVENATTI & ASSOCIATES; EAGAN, MICHAEL; EAGAN O'MALLEY & AVENATTI LLP; EAGAN AVENATTI LLP ON 08/22/2011 | 08/22/2011 | | 2 pages | |
| 26 | PROOF OF SERVICE OF SUMMONS FILED BY O'MALLEY, JOHN C ON 08/23/2011 | 08/23/2011 | | 3 pages | |
| 27 | PROOF OF SERVICE OF SUMMONS FILED BY O'MALLEY, JOHN C ON 08/23/2011 | 08/23/2011 | | 3 pages | |
| 28 | PROOF OF SERVICE OF SUMMONS FILED BY O'MALLEY, JOHN C ON 08/23/2011 | 08/23/2011 | | 3 pages | |
| 29 | PROOF OF SERVICE OF SUMMONS FILED BY O'MALLEY, JOHN C ON 08/28/2011 | 08/28/2011 | | 3 pages | |
| 30 | PROOF OF SERVICE OF SUMMONS FILED BY O'MALLEY, JOHN C ON 08/23/2011 | 08/23/2011 | | 3 pages | |
| 31 | OPPOSITION (TO COMPEL ARBITRATION & STAY FURTHER PROCEEDINGS) FILED BY O'MALLEY, JOHN C ON 09/01/2011 | 09/01/2011 | | 14 pages | |
| 32 | OBJECTION (TO COMPEL ARBITRATION; STAY PROCEEDINGS & MOTION TO STRIKE) FILED BY O'MALLEY, JOHN C ON 09/01/2011 | 09/01/2011 | | 4 pages | |
| 33 | DECLARATION - OTHER (OF MICHAEL J WRIGHT IN OPPOSITION TO MOTION TO COMPEL | 09/01/2011 | | 22 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | ARBITRATION) FILED BY O'MALLEY, JOHN C ON 09/01/2011 | | | | |
| 34 | DECLARATION - OTHER (OF JOHN C O'MALLEY IN OPPOSITION TO MOTION TO COMPEL ARBITRATION) FILED BY O'MALLEY, JOHN C ON 09/01/2011 | 09/01/2011 | | 30 pages | |
| 35 | DECLARATION - OTHER (OF EDWARD SUSOLIK IN OPPOSITION TO MOTION TO COMPEL ARBITRATION) FILED BY O'MALLEY, JOHN C ON 09/01/2011 | 09/01/2011 | | 3 pages | |
| 36 | REPLY TO OPPOSITION FILED BY O'MALLEY, JOHN C ON 09/08/2011 | 09/08/2011 | | 9 pages | |
| 37 | REPLY - OTHER FILED BY AVENATTI, MICHAEL J; AVENATTI & ASSOCIATES; EAGAN, MICHAEL; EAGAN O'MALLEY & AVENATTI LLP ON 09/12/2011 | 09/12/2011 | | 10 pages | |
| 38 | OBJECTION (TO REPLY) FILED BY O'MALLEY, JOHN C ON 09/13/2011 | 09/13/2011 | | 5 pages | |
| 39 | REVIEW HEARING SCHEDULED FOR 04/27/2012 AT 09:30:00 AM IN C08 AT CENTRAL JUSTICE CENTER. | 09/15/2011 | | *NV* | |
| 40 | THE REVIEW HEARING IS SCHEDULED FOR 04/27/2012 AT 09:30 AM IN DEPARTMENT C8. | 09/15/2011 | | *NV* | |
| 41 | MINUTES FINALIZED FOR MOTION TO COMPEL ARBITRATION 09/15/2011 02:00:00 PM. | 09/16/2011 | | 2 pages | |
| 42 | NOTICE OF APPEAL FILED | 09/15/2011 | | 1 pages | |
| 43 | PAYMENT RECEIVED BY FOR 24 - TRANSCRIPT ON APPEAL IN THE AMOUNT OF 100.00, TRANSACTION NUMBER 10994122 AND RECEIPT NUMBER 10818014. | 09/16/2011 | | 1 pages | |
| 44 | NOTICE - OTHER (NOTICE OF FILING NOTICE OF APPEAL) FILED BY THE SUPERIOR COURT OF ORANGE ON 09/19/2011 | 09/19/2011 | | 1 pages | |
| 45 | RECEIPT FOR RECORDS | 09/21/2011 | | 1 pages | |
| 46 | PROOF OF SERVICE FILED BY AVENATTI, MICHAEL J ON 09/20/2011 | 09/20/2011 | | 1 pages | |
| 47 | DESIGNATION OF RECORD ON APPEAL (8.124 W/ REPORTERS) FILED BY AVENATTI, MICHAEL J; AVENATTI & ASSOCIATES; EAGAN, MICHAEL; EAGAN O'MALLEY & AVENATTI LLP; EAGAN AVENATTI LLP ON 09/26/2011 | 09/26/2011 | | 6 pages | |
| 48 | WAIVER OF FEES KATHY LUSK | 09/26/2011 | | 3 pages | |
| 49 | NOTICE - OTHER (NOTICE OF MAILING REGISTER OF ACTIONS) FILED BY THE SUPERIOR COURT OF ORANGE ON 09/26/2011 | 09/26/2011 | | 1 pages | |
| 50 | ORDER - OTHER FILED BY O'MALLEY, JOHN C ON 09/15/2011 | 09/15/2011 | | 3 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 51 | NOTICE - OTHER (DIRECTORY NOTICE TO REPORTER) FILED BY THE SUPERIOR COURT OF ORANGE ON 10/14/2011 | 10/14/2011 | | 2 pages | |
| 52 | NOTICE OF TRANSCRIPTS FILED G045806 | 11/14/2011 | | 1 pages | |
| 53 | NOTICE - OTHER (NOTICE OF ELECTION TO PROCEED 8.124) FILED BY THE SUPERIOR COURT OF ORANGE ON 11/18/2011 | 11/18/2011 | | 1 pages | |
| 54 | RECEIPT FOR RECORDS | 11/22/2011 | | 1 pages | |
| 55 | REVIEW HEARING SCHEDULED FOR 05/10/2013 AT 09:30:00 AM IN C08 AT CENTRAL JUSTICE CENTER. | 04/27/2012 | | *NV* | |
| 56 | REVIEW HEARING CONTINUED TO 05/10/2013 AT 09:30 AM IN THIS DEPARTMENT. | 04/27/2012 | | *NV* | |
| 57 | MINUTES FINALIZED FOR REVIEW HEARING 04/27/2012 09:30:00 AM. | 05/01/2012 | | 1 pages | |
| 58 | PAYMENT RECEIVED BY FOR 167 - ANSWER OR OTHER 1ST PAPER, 167 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 790.00, TRANSACTION NUMBER 11141916 AND RECEIPT NUMBER 10965808. | 05/09/2012 | | 1 pages | |
| 59 | OPINION G045806 | 06/14/2012 | | 8 pages | |
| 60 | REMITTITUR G045806 | 08/22/2012 | | 10 pages | |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| MICHAEL J AVENATTI | DEFENDANT | | 07/15/2011 | |
| CALLAHAN & BLAINE | ATTORNEY | | 07/15/2011 | |
| MICHAEL EAGAN | DEFENDANT | | 07/15/2011 | |
| JOHN C O'MALLEY | PLAINTIFF | | 07/15/2011 | |
| EAGAN AVENATTI LLP | DEFENDANT | | 07/15/2011 | |
| EAGAN O'MALLEY & AVENATTI LLP | DEFENDANT | | 07/15/2011 | |
| AVENATTI & ASSOCIATES | DEFENDANT | | 07/15/2011 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|
| REVIEW HEARING | 05/10/2013 | 09:30 | C08 | NAKAMURA |

Print this page

EXHIBIT 2  O'MALLEY AVENATTI'S VERY OWN PARTNER SUES AVENATTI FOR BEING A THIEF, CHEAT, LIAR AND BULLY

**California Mediation and Arbitration**

Home
Archives
Profile
Subscribe
06/14/2012

**Arbitration: Parties Not "Aggrieved" May Not Appeal From An Order Denying Their Cross-Petition to Compel Arbitration**

**An Order Denying Defendants' Cross-Petition To Compel An Arbitration They Already Initiated Does Not Adversely Affect Them – And Therefore They Can't Appeal It**

_O'Malley v. Avenatti_, Case No. G045806 (4th Dist. Div. 3 June 13, 2012) (Ikola, J., author) (not for publication) is the kind of lawsuit only lawyers can love – a lawsuit among former law partners fueled by high-octane gamesmanship. The opinion also provided _Justice Ikola_, trained in electrical engineering at the University of Michigan, with an opportunity to display his mathematical skill and astringent wit.

O'Malley sued defendants in Orange County, then moved to compel arbitration in Orange County. Defendants opposed – sort of – stating "there is no disagreement that this dispute should proceed to arbitration," while disputing the scope of the arbitration, who was to make the determination of scope, and where the arbitration was to proceed. Alternatively, defendants cross-petitioned to compel arbitration in San Francisco.

The superior court granted O'Malley's petition to arbitrate in Orange County. Defendants appealed, but an order granting a petition to arbitrate is not appealable. The Court of Appeal solved this problem by pointing out that defendants' notice of appeal identified the order as the "order denying [their cross-] Petition to Compel Arbitration . . ." – an appealable order. But defendants had a further and higher hurdle to surmount.

Because defendants had already initiated an arbitration in San Francisco, and O'Malley had apparently appeared in that arbitration, the denial of defendants' motion to compel arbitration in San Francisco meant that they were not "aggrieved." Only a party aggrieved may appeal. Code Civ. Proc., section 902.

The kludgy result is two overlapping arbitrations in two different JAMS offices. And this is the part that triggered Justice Ikola's merciless display of mathematical reasoning:

"Having two overlapping arbitrations in two different JAMS offices is hardly ideal, but it is the entirely foreseeable consequence of defendants' tactics. Defendants responded to O'Malley's petition to compel arbitration by initiating their own arbitration the very next day. Faced with the prospect of one arbitration being compelled by a nonappealable order, defendants chose to initiate another one. _One plus one equals two._" (our italics).



Song of Two

Posted by calmediation on 06/14/2012 at 06:58 PM in Arbitration: Appealability | Permalink
Reblog it

Reblog (0) |                              |    Like   0

**TrackBack**

TrackBack URL for this entry:
http://www.typepad.com/services/trackback/6a01630facaf99970d0178157ea0aa970c
Listed below are links to weblogs that reference Arbitration: Parties Not "Aggrieved" May Not Appeal From An Order Denying Their Cross-Petition to Compel Arbitration:

**Comments**

🔒 You can follow this conversation by subscribing to the comment feed for this post.

The comments to this entry are closed.
My Blog
Powered by TypePad

EXHIBIT 3 GOING CONCERN STATES AVENATTI IS A LIAR AND CRY BABY



# goingconcern (/)

HOME (/)   TAXES (/CATEGORY/TAXES)   CPA EXAM (/CATEGORY/CPA-EXAM)   CFOS (/CATEGORY/CFOS)

BIG 4 (/CATEGORY/BIG-4)   CAREERS (/CATEGORY/CAREERS)   FIRMS (/CPA-FIRM-SEARCH)

SALARIES (/CATEGORY/SALARIES)   STUDENTS (/CATEGORY/STUDENTS)

## Lawyer Suing Moss Adams Seems to Have Hurt Feelings After Opposing Counsel Called His Lawsuit "Flimsy" (/post/lawyer-suing-moss-adams-seems-have-hurt-feelings-after-opposing-counsel-called-his-lawsuit)

**0 (/post/lawyer-suing-moss-adams-seems-have-hurt-feelings-after-opposing-counsel-called-his-lawsuit#disqus_thread)**
**1580**   12 Jun 2012 / By CALEB NEWQUIST (/USER/10)

Anyone remember Frederick Darren Berg? He's a guy who had a thing - nay, a *passion* - for charter buses. It just so happens that he also was running **Washington's largest ever Ponzi scheme (http://goingconcern.com/2011/1/man-with-a-passion-for-charter-buses-managed-to-dupe-moss-adams-deloitte-in-washingtons-largest-ponzi-scheme)** to finance his passion. Moss Adams (who **Berg says is not at fault (http://www.bizjournals.com/seattle/print-edition/2012/04/27/berg-writes-from-prison-auditor.html)**) was the auditor for FDB's Meridian funds - the vehicles for the scheme - and they're currently tied up in court with the Meridian investors' court-appointed trustee. Last month, MA's lawyers made it known that they didn't think too much of the plaintiff's case, calling it "**flimsy (http://www.bizjournals.com/seattle/blog/2012/05/moss-adams-says-trustee-has-flimsy-case.html?page=all)**." The attorney for the trustee, Michael Avenatti, found that curious because he claimed that MA was ready to **settle for $25 million (http://www.bizjournals.com/seattle/blog/2012/05/attorney-moss-adams-offered-25m.html)**. MA called bullshit, saying no offer was ever made and now they'd prefer that this Avenatti character take a hike for making this up:

> Moss Adams' lawyers — Kelly Corr and Steven Fogg of the Seattle firm Corr Cronin Michelson Baumgardner & Preece LLP — say Avenatti made false statements and violated a confidentiality agreement by referring to the mediation negotiations.

Well, Avenatti wasn't about to let this go any further without **explaining (http://www.bizjournals.com/seattle/blog/2012/06/moss-adams-fires-back-in-ponzi-lawsuit.html?page=all)** that A) he really didn't do anything wrong and B) he didn't have any choice but to spill the $25 million settlement story because opposing counsel was so mean:



**got a tip?**

Write your tip here. Please include your email address if you'd like a reply.

Send Tip

Email us: **tips@goingconcern.com**

**(mailto:tips@goingconcern.com)** 6397

**Between The Spreadsheets**
Sign up for a weekly roundup of the best comments, most popular stories and more from Going Concern.

Email          Go

For a sample, visit our news archive (../newsletter-archive).

## SPONSORED CONTENT



**One Secret You Shouldn't Keep From Your Managing Partner (http://goingconcern.com/post/one-secret-you-shouldn-t-keep-your-managing-partner)**

While the concept of transparency may seem like a good thing, there are definitely some times when you want to keep secrets from your managing partner.

more (http://goingconcern.com/post/one-secret-you-shouldn-t-keep-your-managing-partner)

> "I kept all aspects of the mediation confidential and only disclosed Defendant's $25 million settlement offer **in direct response to Defendant's false allegation that his lawsuit has no merit, is 'frivolous,' and "flimsy,"** Avenatti said in a court filing.

I'm all for lawyers getting bent out of shape but it's really frightening to imagine what would happen if they all reacted this way every time someone called their lawsuits flimsy.

**Moss Adams fires back at attorney behind Berg audit suit (http://www.bizjournals.com/seattle/blog/2012/06/moss-adams-fires-back-in-ponzi-lawsuit.html?page=all)** [PSBJ]




**Try Intuit Tax Online - FREE!**

Prepare client tax returns anytime, anywhere for as low as $8.99 each. Free e-file!

✓ Safe and secure - data is automatically backed up
✓ Individual, states, partnership & business returns
✓ Works on any PC or Mac +
   New iPhone companion app

TAGS:    **Moss Adams (/tags/moss-adams)**

**Frederick Darren Berg (/tags/frederick-darren-berg)**

**Ponzi Schemes (/tags/ponzi-schemes)    Lawsuits (/tags/lawsuits)**

**Fraud (/tags/fraud)    Lawyers (/tags/lawyers)**

**charter buses (/tags/charter-buses)    hurt feelings (/tags/hurt-feelings)**

RELATED POSTS



(/post/theres-new-**There's a New Boss at** boss-moss)**Moss (/post/theres-new** **-boss-moss)**

# Comments

Audit firm Moss Adams fires back at attorney in Darren Berg Ponzi lawsuit - Puget Soun...   Page 1 of 2

Case 9:12-cv-80438-DMM   Document 28   Entered on FLSD Docket 09/27/2012   Page 62 of 77
EXHIBIT 3  PUGET SOUND BIZ STATES AVENATTI IS A LIAR

**Blog »** <u>Puget Sound BizTalk Puget Sound BizTalk</u>

**News Made Easy** Get today's news delivered to you.

<u>Sign Up Now »</u>

# Moss Adams fires back at attorney behind Berg audit suit

**Puget Sound Business Journal by Greg Lamm, Staff Writer**

Date: Monday, June 11, 2012, 1:38pm PDT



<u>Greg Lamm</u>
Staff Writer- *Puget Sound Business Journal*
<u>Email</u> | <u>Twitter</u>

Attorneys representing Seattle auditing firm Moss Adams in a lawsuit related to <u>Darren Berg</u>'s Ponzi scheme want the California attorney on the other side thrown off the case.

The case was filed on behalf of investors who were swindled out of $140 million by Berg. Moss Adams' attorneys are objecting to a legal move by <u>Michael Avenatti</u>, who represents the court-appointed trustee who is seeking to recover money for Berg's burned investors.

The trustee, <u>Mark Calvert, has sued Moss Adams seeking some of the investor money.</u> But in a court filing, his attorney, Avenatti, says Moss Adams — which audited some of the Meridian investment funds at the heart of Berg's Ponzi scheme — <u>offered $25 million to settle the lawsuit brought by Calvert.</u> Moss Adams denies there ever was such an offer. And the attorneys representing Moss Adams are asking a King County Superior Court judge to revoke Avenatti's court-granted permission to represent his client in the case.

Avenatti said in a court response that there are no grounds to discipline him or revoke his privilege as an out-of-state attorney to work the case.

Moss Adams' lawyers — <u>Kelly Corr</u> and <u>Steven Fogg</u> of the Seattle firm Corr Cronin Michelson Baumgardner & Preece LLP — say Avenatti made false statements and violated a confidentiality agreement by referring to the mediation negotiations.

The courthouse scrum comes at a pivotal time for the case that has yet to go before a jury. Moss Adams' attorneys are seeking to have the case thrown out permanently. Meanwhile, Calvert's attorney seeks to withdraw the case for now in hopes of refiling it at a later date. Calvert says Moss Adams is culpable in Berg's crime because Moss audited the Meridian Funds and should have known Berg was up to no good.

Moss Adams has contended that it only audited a few of the Meridian Funds for a short period of time. Investors put their money in Berg's funds because of other factors such as high returns and not because of any Moss Adams audits, the firm's attorneys say.

But earlier this month, Calvert's attorney filed court papers asking the judge to dismiss the case without prejudice, which would allow Calvert and his attorney to refile the case at a future date.

Attorneys representing Moss Adams said the judge should dismiss the lawsuits "with prejudice," which would bar the case from being refiled. As an alternative, Moss Adams' attorneys say the judge should require Calvert to comply with a Feb. 17 court order to provide additional information, including details on who invested in which Berg funds, when they invested, and what audits the investors relied upon to buy into the funds.

Moss Adams' attorneys riled their legal adversary in May when they filed a court paper saying <u>Calvert had a "flimsy case."</u>

Avenatti shot back with a filing of his own, saying that if the case was so flimsy why was Moss Adams willing to pay $25 million to settle it?

In a subsequent filing of his own, Avenatti explained himself:

"I kept all aspects of the mediation confidential and only disclosed Defendant's $25 million settlement offer in direct response to Defendant's false allegation that his lawsuit has no merit, is 'frivolous,' and "flimsy," Avenatti said in a court filing.

Moss Adams' attorneys say no such offer was made and any reference to it should be "stricken and expunged" from the court record. They say Avenatti should be kicked off the case for making false statements and violating a confidentiality agreement.

In a filing, Moss Adams' attorneys say Moss Adams entered into confidential negotiations "in hopes of preventing the excessive litigation expenses that will be associated with litigating claims by approximately 600 individual plaintiffs, may of whom had no connection to Moss Adams or its limited audit work for the Meridian Funds."



UPST RT?
Are you an Upstart Business Journal: A voice for bold entrepreneurs, disruptive companies, and game-changing innovation.   veri on

**Related links:**

Bankruptcies

**Follow Your Favorites with My News**

My News is a way to create a customized news feed based on companies and industries that matter to you.

**Companies Mentioned**

- Moss Adams LLP

**Relevant Industries**

- Banking & Financial Services

## Your News Made Easy

### Sign up for the DailyUpdate

The latest local business news delivered to you each day.

Enter your email address    | Sign Up Now |

**Recent posts:**

- PopCap closing Dublin office, 96 jobs cut
- Intellectual Ventures attorney: Settlement with Asian chip makers sends a message
- Bellevue startup Solavei launches sell-your-own mobile network
- Moksha brings southern Indian food to Bellevue Square

< Older postsNewer posts >

**We recommend**

- Michael Phelps sells Fells Point home at $400,000 loss
- Best Buy's new tagline called 'a death sentence'
- Seven suburban Milwaukee offices sell for $17.5M; UWM housing MATC students
- Economists: Attack federal deficit with higher taxes, less spending
- 'The Nest' in the works at Garden Plain High School

**From around the web**

- Leaders stuck on stupid Business Without Borders
- Billionaires Dumping Stocks, Economist Knows Why Moneynews
- What you don't know about shale gas may surprise you Exxonmobil's Perspectives
- 8 questions to ask before moving into an apartment building Motley Blog
- Faber Warns "Everything Will Collapse" Money Morning

What's this?

Are you on UPST RT? Upstart Business Journal: A voice for bold entrepreneurs, disruptive companies, and game-changing innovation. veri on

EXHIBIT 5

1  David B. Greenberg
   E-Mail:  ernk1234@gmail.com
2  5700 Old Ocean Blvd, Unit C
   Ocean Ridge, FL  33483
3  Telephone:      (646) 705-2910

4  Defendant in *Pro Se*

5

6                    UNITED STATES DISTRICT COURT

7                    CENTRAL DISTRICT OF CALIFORNIA

8                         SOUTHERN DIVISION

9

10  SCOTT A. BLUM,                    )  Case No.  8:11-cv-01885-CJC-AN
                                      )
11                  Plaintiff,        )
                                      )  **DEFENDANT DAVID GREENBERG'S**
12  vs.                               )  **ANSWER TO THE COMPLAINT**
                                      )
13  KPMG, LLP, a Delaware Limited Liability )
    Partnership; JEFFREY STEIN, an    )
14  individual; JEFFREY EISCHEID, an  )
    individual; CARL HASTING, an      )
15  individual; ROBIN PAULE, an individual; )
    and DAVID GREENBERG, an individual; )
16                                    )
                                      )
17                  Defendants.       )
                                      )

Defendant David B. Greenberg ("Defendant") responds to the Complaint of

Plaintiff Scott A. Blum ("Plaintiff") and admits, denies, and alleges as follows:

## **INTRODUCTION**

23    Defendant David Greenberg was an accountant formerly employed by Defendant

24  KPMG LLP ("KPMG").  The naming of Defendant in this Complaint is a complete

25  fabrication by counsel for Plaintiff, Michael J. Avenatti.  Mr. Avenatti is well aware that

26  there is no basis in law or fact for naming Mr. Greenberg, a son of Israel, in this action.

27    Half of David Greenberg's entire family was annihilated by Hitler.  In an effort to

28  save itself from criminal liability, Defendant KPMG maliciously pointed to Mr.

1   Greenberg as the perpetrator of the purported criminal conduct, even though KPMG has

2   admitted it had no facts that Mr. Greenberg had ever done anything illegal or improper as

3   KPMG has never conducted an investigation into what transpired.  That criminal case

4   ended with a jury verdict fully exonerating Mr. Greenberg and an apology to Mr.

5   Greenberg by the federal judge overseeing the trial, acknowledging that he had been lied

6   to throughout the case concerning Mr. Greenberg's alleged involvement.  Now Mr.

7   Greenberg must deal with this latest baseless attack on him by Michael Avenatti–a racist

8   and disgrace to the legal profession.

9        Mr. Greenberg had nothing to do with the acts and omissions alleged in the

10   Complaint and Michael Avenatti knows it.  It is evident from the dearth of facts alleging

11   any details of involvement by Mr. Greenberg in Plaintiff's alleged tax strategy.  Michael

12   Avenatti's actions are not surprising, however, given the fact that, as more fully described

13   below, Michael Avenatti is a vicious and malevolent liar who threatened David

14   Greenberg while he was in Federal custody with anal gang raping by black inmates who

15   despise white-collar Jews.  In other words, Michael Avenatti has a long history of

16   persecuting Jews like Greenberg so Mr. Avenatti's lies and deceit in this Court are

17   unsurprising, yet protected from civil liability by the litigation privilege.

18        What is surprising is that recently it appears Michael Avenatti (an apparent and

19   embarrassing publicity hound who has more apparent interest in making money than

20   embracing legal ethics) filed a purported $200 million class action suit on behalf of Jews.

21   What real Jew would ever knowingly retain Michael Avenatti?  Mr. Avenatti persecutes

22   Jews, and he is deliberately persecuting one right now in this action.  It they knew how

23   Mr. Avenatti was a persecutor of Jews, no Jew would ever retain Mr. Avenatti.  Mr.

24   Avenatti will apparently ignore his deep-seated hatred of Israel, however, when he can

25   make a few dollars from the engagement, much like the mind set of a prostitute.

26        Michael Avenatti threatened David Greenberg with anal gang raping by blacks

27   who hate Jews.  Kevin Downing of the U.S. Department of Justice is apparently good

28   friends with Michael Avenatti  and both Mr. Downing and Mr. Avenatti have no doubt

1    shared a good laugh over the fact that Mr. Downing had Mr. Greenberg repeatedly anally

2    gang raped by blacks who hate Jews.  This action is just the latest tactic by the racist Mr.

3    Avenatti against Mr. Greenberg and the Nation of Israel.

4

5                     **ANSWER**

6        1.      Defendant is without sufficient information or knowledge to form a

7    substantive belief as to the truth of the allegations contained in paragraph 1 of the

8    Complaint and, on that basis, Defendant denies generally and specifically each and every

9    allegation in paragraph 1 of the Complaint.

10       2.      Defendant is without sufficient information or knowledge to form a

11    substantive belief as to the truth of the allegations contained in paragraph 2 of the

12    Complaint and, on that basis, Defendant denies generally and specifically each and every

13    allegation in paragraph 2 of the Complaint.

14       3.      Defendant is without sufficient information or knowledge to form a

15    substantive belief as to the truth of the allegations contained in paragraph 3 of the

16    Complaint and, on that basis, Defendant denies generally and specifically each and every

17    allegation in paragraph 3 of the Complaint.

18       4.      Defendant is without sufficient information or knowledge to form a

19    substantive belief as to the truth of the allegations contained in paragraph 4 of the

20    Complaint and, on that basis, Defendant denies generally and specifically each and every

21    allegation in paragraph 4 of the Complaint.

22       5.      Defendant is without sufficient information or knowledge to form a

23    substantive belief as to the truth of the allegations contained in paragraph 5 of the

24    Complaint and, on that basis, Defendant denies generally and specifically each and every

25    allegation in paragraph 5 of the Complaint.

26    / / /

27    / / /

28

GREENBERG ANSWER TO COMPLAINT

EXHIBIT 6  AVENATTI STATES ANAL GANG RAPE BY BLACKS WHO HATE JEWS IS EROTIC

1   EAGAN AVENATTI, LLP
    Michael Q. Eagan, Bar No. 63479
2   mqe@eoalaw.com
    Michael J. Avenatti, Bar No. 206929
3   mavenatti@eoalaw.com
    450 Newport Center Drive, Second Floor
4   Newport Beach, CA 92660
    Tel:   (949) 706-7000
5   Fax:   (949) 706-7050

6   Attorneys for Plaintiff

7

8

           **UNITED STATES DISTRICT COURT**

9

10    **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

11

| | |
|---|---|
| SCOTT A. BLUM, | Case No.  SACV11-01885 CJC (ANx) |
|         Plaintiff, | **PLAINTIFF SCOTT A. BLUM'S NOTICE OF MOTION AND MOTION TO STRIKE DAVID GREENBERG'S ANSWER TO THE COMPLAINT (FRCP 12(f))** |
|         vs. | |
| KPMG, LLP, a Delaware Limited Liability Partnership, JEFFREY STEIN, an individual, JEFFREY EISCHEID, an individual, CARL HASTING, an individual, ROBIN PAULE, an individual, and DAVID GREENBERG, an individual, | *[Filed concurrently with Declaration of Michael J. Avenatti]* |
|         Defendants. | **Hearing Date:**   May 14, 2012<br>**Hearing Time:**   1:30 p.m.<br>**Courtroom:**      9B<br>**Judge:**         Hon. Cormac J. Carney<br>**Complaint Filed:** December 7, 2011 |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 14, 2012, at 1:30 p.m., or as soon thereafter as the matter may be heard, Plaintiff Scott A. Blum ("Plaintiff") will, and hereby does, move this court pursuant to Federal Rule of Civil Procedure 12(f) to strike Defendant David Greenberg's Answer to the Complaint filed on April 9, 2012, because it is immaterial, impertinent and scandalous.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the Declaration of Michael J. Avenatti, all pleadings and papers in this action, and any further submissions or argument of counsel that may be filed with or presented to the Court at or before the hearing on this motion.

This Motion is made following a conference pursuant to L.R. 7-3, which took place on April 12, 2012.


DATED:  April 13, 2012                    EAGAN AVENATTI, LLP



                                          By:      /s/ Michael J. Avenatti
                                               Michael J. Avenatti
                                               Attorneys for Plaintiff

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE
DEFENDANT DAVID GREENBERG'S ANSWER**

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION

On April 9, 2012, Defendant and former senior KPMG Tax Partner David Greenberg ("Greenberg") filed his Answer to the Complaint ("Answer").   In the Answer, Mr. Greenberg presents an outrageous, baseless, vulgar and absurd screed, which centers on personal attacks against Plaintiff Scott Blum; his attorney, Michael Avenatti ("Mr. Avenatti")[1] and Mr. Avenatti's law firm and former clients.   Indeed, the Answer has little to no bearing whatsoever on the controversy before the court, and is not responsive or relevant to issues involved in the action.   Moreover, the Answer is self-evidently designed exclusively to cast a cruelly derogatory light on Plaintiff and his attorney and distract from the serious issues at the crux of this lawsuit, including Mr. Greenberg's conduct as Partner at KPMG.   As such, this court must strike Greenberg's Answer in its entirety.

### II.    BACKGROUND

Defendant Greenberg was a former senior tax partner at KPMG who was hired by KPMG in May 1999 and worked at KPMG through the period relevant to the conduct underlying the claims asserted in this action.   During this period, Defendant Greenberg was a senior member of KPMG's Stratecon Group, a group specifically focused on designing, marketing and implementing tax shelters.   Defendant Greenberg, who worked in KPMG's Los Angeles, California offices, was involved in the development and marketing of the BLIPS product at issue here, together with multiple other similar products, and, according to documents in Plaintiffs possession, was instrumental in KPMG's fraudulent tax practice and Plaintiff's BLIPS transaction. Importantly, in

---

[1]  Importantly, Mr. Avenatti has never met Mr. Greenberg nor had he ever communicated with him prior to the filing of the Complaint in this matter. [Declaration of Michael J. Avenatti ("Avenatti Decl.") ¶ 2.]

1   addition to helping design and market the tax shelters, Defendant Greenberg played a

2   central role in concealing the unlawful nature of the tax shelters from the IRS, Plaintiff

3   and others for years.   Further, at all relevant times, Mr. Greenberg was placed in a

4   position of seniority within KPMG and, as a "Partner" of KPMG, was vested with the

5   power to bind the firm legally.   Moreover, because Mr. Greenberg was a "Partner" of

6   the firm, there can be little question as to whether Mr. Greenberg's conduct and

7   resulting liability is imputed to KPMG for the purposes of this lawsuit.   Simply put,

8   KPMG, the entity that employed, elevated and "Partnered" with Defendant Greenberg

9   cannot now legitimately attempt to run from his conduct and behavior.

10       On December 14, 2011, Greenberg was served, by substituted service, with a

11   copy of the Complaint and Summons.   Greenberg's answer was due on January 4, 2012.

12   However, Greenberg did not file an answer until April 9, 2012, over four months after

13   the deadline for his answer had lapsed.   On April 5, 2012, Mr. Avenatti participated in

14   the Rule 26 conference with counsel for KPMG, Robin Paule, Carl Hasting and Jeffrey

15   Eischeid.   [Avenatti Decl. ¶ 5.]   During the conference Mr. Avenatti inquired whether

16   Greenberg or his counsel would be joining the call.   When the other participants to the

17   call indicated that they had not had any contact with Greenberg or his counsel regarding

18   his participation in the conference, Mr. Avenatti mentioned that he would seek a default

19   against Greenberg.   [Avenatti Decl. ¶ 5.]   Subsequent to the call, it appears that a

20   participant to the Rule 26 conference (likely counsel for Mr. Greenberg's former

21   employer KPMG), contacted Greenberg and informed him of the impending default

22   because one week later, Greenberg filed his Answer.

23       **Therein and as the Court will learn when it reviews the Answer, Greenberg**

24   **resorted to vitriolic and vulgar accusations that have no place in any lawsuit, let**

25   **alone in a case pending before this Honorable Court.** *Indeed, Greenberg's Answer*

26   *is beyond the pale.*   Without delving into the more outrageous assertions, Greenberg

27   asserts, among other things, that Mr. Avenatti has threatened Greenberg in the past, and

28   that Mr. Avenatti participated in a conspiracy against Greenberg with an attorney from

1   the United States Department of Justice, Kevin Downing ("Mr. Downing").   [See, e.g.,

2   Answer at 2:9-17, 2:26-3:3, 32:26-33:24.]

3          In truth and in fact, Mr. Avenatti has never met David Greenberg, and has never

4   threatened him. [Avenatti Decl. ¶ 2.] Moreover, while Mr. Avenatti had a handful of

5   communications with Mr. Downing in a professional context regarding a case that Mr.

6   Avenatti was working on years ago, Mr. Avenatti has had no other contacts with Mr.

7   Downing nor is Mr. Downing his "friend."   [Avenatti Decl. ¶ 3.]   In addition, Mr.

8   Avenatti is not now nor ever has been a participant to a conspiracy against Greenberg.

9   [Avenatti Decl. ¶ 4.] As to the remaining outrageous assertions made in the Answer,

10  this motion will not dignify the comments by repeating them here – the Court is

11  obviously free to judge for itself whether Mr. Greenberg's conduct is appropriate under

12  the FRCP, including Rule 11.   Needless to say, Greenberg's Answer is completely

13  devoid of any truth or substance.

14         Before filing this motion, Mr. Avenatti met and conferred with Greenberg by

15  correspondence on April 11 and April 12, 2012, during which Greenberg resorted to

16  vulgar personal attacks based on pure fabrication. [Avenatti Decl. ¶¶ 6-7, Exhibits A

17  and B.]   Again, Plaintiff will leave it to the Court to decide whether Mr. Greenberg's

18  conduct should be tolerated.

19

20  **III.   ARGUMENT**

21         As provided under FRCP 12(f), a court may strike "from any pleading […] any

22  redundant, immaterial, impertinent, or scandalous matter."   The intended purpose of a

23  Rule 12(f) motion is to "avoid spending time and money litigating spurious issues."

24  McArdle v. AT & T Mobility LLC, 657 F. Supp. 2d 1140, 1149 (N.D. Cal. 2009).   As

25  such, a motion to strike may be granted where "it is clear that the matter to be stricken

26  could have no possible bearing on the subject matter of the litigation."   LeDuc v.

27  Kentucky Cent. Life Ins. Co., 814 F. Supp. 820, 830 (N.D. Cal. 1992).

28

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE
DEFENDANT DAVID GREENBERG'S ANSWER**

1        Definitions for each of the terms set forth in FRCP 12(f) have been established

2    by federal precedent.  Specifically, "Immaterial" means the matter has no bearing on

3    the controversy before the court.  See Fantasy, Inc. v. Fogerty, 984 F.2d 1524, 1527

4    (9th Cir. 1993) rev'd on other grounds, 510 U.S. 517, 114 S. Ct. 1023, 127 L. Ed. 2d

5    455 (1994); McArdle, 657 F. Supp. 2d at 1149.  "Impertinent" has been defined to

6    include allegations that are not responsive or relevant to issues involved in the action

7    and which could not be admitted as evidence in the action.  See Fantasy, Inc., 984 F2d

8    at 1527; McArdle, 657 F.Supp.2d at 1159.  Finally, "Scandalous" has been defined as

9    allegations that cast a "cruelly" derogatory light on a party or other person.

10    Skadegaard v. Farrell, 578 F.Supp. 1209, 1221 (D NJ 1984); Talbot v. Robert

11    Matthews Distributing Co., 961 F2d 654, 665 (7th Cir. 1992).

12        Any reading of the Answer by anyone other than Mr. Greenberg demonstrates

13    that Greenberg's Answer is constructed from immaterial, impertinent and scandalous

14    statements.  These statements are so self-evidently inappropriate and so salacious, that

15    they do not merit lengthy consideration.  Mr. Greenberg's statements have no bearing

16    whatsoever on the controversy before the court, are not responsive or relevant to

17    issues involved in the action, and most certainly could not be admitted as evidence in

18    the action.  Finally, they are designed exclusively to cast a cruelly derogatory light on

19    Plaintiff and his attorney.

20        In fact, former KPMG Partner Greenberg appears to be using this court and

21    these serious judicial proceedings as an opportunity to grandstand and launch personal

22    attacks.  Accordingly, it would be beneath the decorum and dignity of this court, and a

23    perversion of the judicial process, to allow Greenberg's Answer to stand.

24

25

26

27

28

## IV. CONCLUSION

For the foregoing reasons, it is respectfully requested that the Court strike Defendant David Greenberg's Answer to the Complaint in its entirety.

Dated: April 13, 2012                   EAGAN AVENATTI, LLP

                                        By:    _____/s/ Michael J. Avenatti_____
                                               Michael J. Avenatti
                                               Attorneys for Plaintiff

1

### SIXTH AFFIRMATIVE DEFENSE

2     202.    Defendant is informed and believes and based thereon alleges that the negligence

3 of Plaintiff contributed as the proximate cause of bringing about his damages, if any, and the

4 total amount of damage which Plaintiff is entitled, if any, should be reduced in proportion to the

5 comparative fault of Plaintiff.

6

7

### SEVENTH AFFIRMATIVE DEFENSE

8     203.    Plaintiff failed to state facts sufficient to state a claim upon which relief in the

9 form of punitive or exemplary damages may be granted against Defendant.

10

11

### EIGHTH AFFIRMATIVE DEFENSE

12     204.    The claims made by Plaintiff were and are barred by the intentional and negligent

13 misrepresentations and omissions of Plaintiffs and third parties for which Defendant bears no

14 liability.

15

16

### NINTH AFFIRMATIVE DEFENSE

17     205.    Defendant is informed and believes and based thereon alleges that Plaintiff's

18 Complaint, and each claim for relief asserted therein, was and is barred by the doctrine of

19 unclean hands.

20

21

### TENTH AFFIRMATIVE DEFENSE

22     206.    Defendant is informed and believes and based thereon alleges that Plaintiff's

23 claims are barred in whole or in part by the doctrine of waiver.

24

25

### ELEVENTH AFFIRMATIVE DEFENSE

26     207.    Defendant is informed and believes and based thereon alleges that Plaintiff's

27 claims are barred in whole or in part by the doctrine of estoppel.

28 ///

## TWELFTH AFFIRMATIVE DEFENSE

208.   Defendant is informed and believes and based thereon alleges that Plaintiff's claims are barred in whole or in part by the doctrine of *in pari delicto*.

## THIRTEENTH AFFIRMATIVE DEFENSE

209.   Defendant denies that he was a party to any statute of limitations tolling agreement(s) and that, as a result, the statutes of limitation have run on all claims against Defendant alleged in the Complaint.

## FOURTEENTH AFFIRMATIVE DEFENSE

210.   Defendant alleges that the Complaint is couched in conclusory terms and that Defendant therefore cannot fully anticipate all affirmative defenses that may be available to him in this action. Accordingly, the right of Defendant to amend his Answer to assert additional affirmative defenses, if and to the extent that such affirmative defenses are discovered or are applicable, is hereby expressly reserved.

## PRAYER

**WHEREFORE,** Defendant prays for entry of judgment as follows:

1.   That Plaintiff take nothing by way of his Complaint;

2.   That judgment be entered in favor of Defendant and against Plaintiff herein;

3.   That Defendant recovers his costs of suit, including an award of reasonable attorneys' fees; and

4.   For such other and further relief as the Court may deem just and proper.

DATED: April 9, 2012

David B. Greenberg
Defendant *Pro Se*

- 51 -

GREENBERG ANSWER TO COMPLAINT

1

## PROOF OF SERVICE

2      At the time of service I was over 18 years of age and not a party to this action.  My
business address is:  LGI LLP; 18101 Von Karman Avenue, Suite 330; Irvine, California  92612.

3

4      On April 9, 2012, I served the following document(s):

**DEFENDANT DAVID GREENBERG'S ANSWER TO THE COMPLAINT**

5      I served the document(s) on the person(s) set forth below, as follows:

6

Attorneys for Plaintiff Scott A Blum:

7

8      Michael J Avenatti                        Michael Quinn Eagan
       Eagan Avenatti LLP                        3 Embarcadero Ctr
9      450 Newport Center Drive 2nd Floor        8th Floor
       Newport Beach, CA 92660                   San Francisco, CA 94111
10     949-706-7000                              415-765-4600
       Fax: 949-706-7050                         Email: mqe@lomqe.com
11     Email: mavenatti@eoalaw.com

12     Attorneys for Defendant KPMG LLP:

13     Richard Marmaro
       Skadden Arps Slate Meagher and Flom LLP
14     300 South Grand Avenue Suite 3400
       Los Angeles, CA 90071-3144
15     213-687-5000
       Fax: 213-687-5600
16     Email: rmarmaro@skadden.com

17     Attorneys for Defendants Jeffrey Stein and Jeffrey Eischeid:

18     Curtis D Porterfield                      David A Sirna
       Hunton & Williams LLP                     Krevolin & Horst LLC
19     550 S Hope St, Ste 2000                   1201 West Peachtree Street NW Suite 3250
       Los Angeles, CA 90071                     Atlanta, GA 30309
20     213-532-2000                              404-888-9700
       Fax: 213-532-2020                         Fax: 404-888-9577
21     Email: cporterfield@hunton.com            Email: sirna@khlawfirm.com

22     Jeffrey D Horst
       Krevolin & Horst LLC
23     1201 West Peachtree Street NW Suite 3250
       Atlanta, GA 30309
24     404-888-9700
       Fax: 404-888-9577
25     Email: horst@khlawfirm.com

26

27

28

1

2                                 **PROOF OF SERVICE**

3 STATE OF CALIFORNIA, COUNTY OF ORANGE

4        I am employed in the County of Orange, State of California.  I am over the age of 18 and not a
party to the within action; my business address is 450 Newport Center Drive, Second Floor, Newport

5 Beach, CA 92660.

6        On April 13, 2012, I served the foregoing document described as:  **PLAINTIFF SCOTT A.
BLUM'S NOTICE OF MOTION AND MOTION TO STRIKE DAVID GREENBERG'S**

7 **ANSWER TO THE COMPLAINT (FRCP 12(f))**on the following person(s) in the manner indicated:

8
|  |  |
|---|---|
| David A. Greenberg 5700 Old Ocean Blvd., Unit C Ocean Ridge, FL 33483 E-Mail: ernk1234@gmail.com |  |

9

10

11

12 **[ X ]**   (BY MAIL)   I am familiar with the practice of Eagan Avenatti for collection and processing
of correspondence for mailing with the United States Postal Service.  Correspondence so collected and
processed is deposited with the United States Postal Service that same day in the ordinary course of

13 business.  On this date, a copy of said document was placed in a sealed envelope, with postage fully
prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at

14 Eagan Avenatti, Newport Beach, California, following ordinary business practices.

15 **[ X ]**   **(BY OVERNIGHT MAIL)**  I am familiar with the practice of Eagan Avenatti for collection
and processing of correspondence for delivery by overnight courier.  Correspondence so collected and

16 processed is deposited in a box or other facility regularly maintained by FedEx/Overnite Express that
same day in the ordinary course of business.  On this date, a copy of said document was placed in a

17 sealed envelope designated by FedEx/Overnite Express with delivery fees paid or provided for,
addressed as set forth herein, and such envelope was placed for delivery by FedEx/Overnite Express at

18 Eagan Avenatti, Newport Beach, California, following ordinary business practices.

19 **[ X ]**   (BY ELECTRONIC MAIL)   On this date, I caused a copy of said document to be
transmitted via electronic mail to the e-mail addresses listed on the attached service list.

20

21 **[ X ]**   (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at
whose direction the service was made.

22        I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct, and that this declaration was executed on April 13, 2012, at Newport

23 Beach, California.

24

25 Katherine L. Mosby

26

27

28

---

**PROOF OF SERVICE**