UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:12-cv-80438-DMM

EAGAN AVENATTI, LLP; a California Limited
Liability Partnership; and MICHAEL J.
AVENATTI, an individual,

        Plaintiffs,

vs.

DAVID GREENBERG, an individual,

        Defendant.
_____/

### PLAINTIFFS' TRIAL WITNESS LIST

Plaintiffs Eagan Avenatti, LLP ("the Firm") and Michael J. Avenatti ("Avenatti") (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby identify the following witnesses they expect to call at the time of trial, which is presently limited to relief/damages. *Plaintiffs expressly reserve the right to amend this list to reflect additional witnesses Plaintiffs intend to call in order to prove liability, in the unlikely event the Court lifts the default order previously issued in this matter*:

1. Michael Avenatti.

    Mr. Avenatti is available through counsel for Plaintiffs, William C. Hearon.

2. Judy Regnier.

    Ms. Regnier is available through counsel for Plaintiffs, William C. Hearon.

3. Katherine Mosby.

    Ms. Mosby is available through counsel for Plaintiffs, William C. Hearon.

4. David Greenberg.
   5700 Old Ocean Blvd, Unit C
   Ocean Ridge, FL 33435

5. Michael Ward.

   Mr. Ward is available through counsel for Plaintiffs, William C. Hearon.

6. Mark Calvert.

   Mr. Calvert is available through counsel for Plaintiffs, William C. Hearon.

7. Craig Edwards.

   Mr. Edwards is available through counsel for Plaintiffs, William C. Hearon.

8. John Cole.

   Mr. Cole is available through counsel for Plaintiffs, William C. Hearon.

9. Larry Bodine
   Larry Bodine Marketing
   691 Wingate Road
   Glen Elyn, IL 60137          (Expert)

10. David P. Ackerman, Esq.
    Ackerman, Link & Sartory, P.A.
    Esperante
    222 Lakeview Avenue, Suite 1250
    West Palm Beach, FL 33401     (Expert)

11. Any witness listed by or disclosed by the Defendant.

WILLIAM C. HEARON, P.A.
Attorney for Plaintiffs
1 S.E. Third Avenue, Suite 3000
Miami, Florida 33131
Ph: (305) 579-9813
Fax: (305) 358-4707
E-mail: bill@williamhearon.com

By: /s/William C. Hearon
    William C. Hearon
    Florida Bar No. 264660

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2012, I filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by e-mail to ernk1234@gmail.com and by U.S. mail on all counsel or parties of record identified on the Service List below.

                                            By: /s/William C. Hearon
                                                William C. Hearon

SERVICE LIST

David B. Greenberg
5700 Old Ocean Blvd., Unit C
Ocean Ridge, FL 33435