**EXHIBIT 2**

**EMAIL CHAIN REQUESTING DISCOVERY**



Oct 4 (4 days ago)

to **David**, **ramax**, me

Mr. Greenberg: Since you choose to insult me, I have no time to discuss anything with you. Meet and confer assumes a certain amount of decorum which you refuse to show to me, and apparently to anyone who is adverse to you. I will not be calling you to discuss anything until you show that you can act in a civil manner. Regards.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: 305-579-9813

Fax: 305-358-4707

bill@williamhearon.com

**From:** David Greenberg [mailto:d.greenberg.tax.group.internat@gmail.com]
**Sent:** Thursday, October 04, 2012 8:16 PM
**To:** William C. Hearon; 13053584707@j2send.com
**Cc:** ramax@uww-adr.com
**Subject:** Re: Discovery

hearon when should i call you, tomorrow is a golf day so i need a specific time please, also for ease of discussion and to expedite the process i have attached the order and local rules

perhaps you should review them prior to the call as you seem to be having difficulty understanding them

i await your response of when to call you

1

On Thu, Oct 4, 2012 at 4:41 PM, William C. Hearon <bill@williamhearon.com> wrote:

You can call my office in the morning to discuss.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: 305-579-9813

Fax: 305-358-4707

bill@williamhearon.com

**From:** David Greenberg [mailto:d.greenberg.tax.group.internat@gmail.com]
**Sent:** Thursday, October 04, 2012 7:36 PM
**To:** William C. Hearon
**Cc:** ramax@uww-adr.com
**Subject:** Re: Discovery

hearon i am unable to comprhend your response perhaps i could come to your office and meet with you in person to discuss this matter for an expiditious resolution?

i also note he length of time for your response to my request (weeks) and at the last minute raising the form issue, something i would not expect from a man of your reputation and stature

On Thu, Oct 4, 2012 at 4:28 PM, William C. Hearon <bill@williamhearon.com> wrote:

I have answered you as to each of the purported requests outlined in my email. If there were other "requests" that you believe you previously sent, and which were not addressed in my email, let me know.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

2

Ph: <u>305-579-9813</u>

Fax: <u>305-358-4707</u>

<u>bill@williamhearon.com</u>

**From:** <u>d.greenberg.tax.group.internat@gmail.com</u> [mailto:<u>d.greenberg.tax.group.internat@gmail.com</u>]
**Sent:** Thursday, October 04, 2012 7:27 PM
**To:** William C. Hearon
**Subject:** Re: Discovery

So are you saying you will not comply with my multiple requests? Yes or no will suffice.

Sent via BlackBerry by AT&T

Reply Reply to all Forward

Rodney Max rmax@uww-adr.com  Oct 4 (4 days ago)

to William, David, me

Gentlemen,

As your mediator, I am prepared to facilitate any dialogue you may jointly wish to engage to attempt to assure the civility of your discussions.

Sincerely,

Rod

Rodney A. Max

UPCHURCH WATSON WHITE AND MAX

Mediation Group

SOUTH FLORIDA - SOUTHEAST - UNITED STATES

<u>ramax@uww-adr.com</u>

<u>786 423 3977</u> (cell)

Heather Lariscy, Coordinator

<u>1 800 264 2622</u>

3

hlariscy@uww-adr.com

**From:** William C. Hearon [mailto:bill@williamhearon.com]
**Sent:** Thursday, October 04, 2012 7:22 PM
**To:** David Greenberg; ernk1234@gmail.com
**Cc:** Rodney Max
**Subject:** RE: Discovery


Mr. Greenberg: Since you choose to insult me, I have no time to discuss anything with you. Meet and confer assumes a certain amount of decorum which you refuse to show to me, and apparently to anyone who is adverse to you. I will not be calling you to discuss anything until you show that you can act in a civil manner. Regards.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: 305-579-9813

Fax: 305-358-4707

bill@williamhearon.com

**From:** David Greenberg [mailto:d.greenberg.tax.group.internat@gmail.com]
**Sent:** Thursday, October 04, 2012 8:16 PM
**To:** William C. Hearon; 13053584707@j2send.com
**Cc:** ramax@uww-adr.com
**Subject:** Re: Discovery

hearon when should i call you, tomorrow is a golf day so i need a specific time please, also for ease of discussion and to expedite the process i have attached the order and local rules

perhaps you should review them prior to the call as you seem to be having difficulty understanding them

i await your response of when to call you

On Thu, Oct 4, 2012 at 4:41 PM, William C. Hearon <bill@williamhearon.com> wrote:

You can call my office in the morning to discuss.

4

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: <u>305-579-9813</u>

Fax: <u>305-358-4707</u>

<u>bill@williamhearon.com</u>

**From:** David Greenberg [mailto:<u>d.greenberg.tax.group.internat@gmail.com</u>]
**Sent:** Thursday, October 04, 2012 7:36 PM
**To:** William C. Hearon
**Cc:** <u>ramax@uww-adr.com</u>
**Subject:** Re: Discovery

hearon i am unable to comprhend your response perhaps i could come to your office and meet with you in person to discuss this matter for an expiditious resolution?

i also note he length of time for your response to my request (weeks) and at the last minute raising the form issue, something i would not expect from a man of your reputation and stature

On Thu, Oct 4, 2012 at 4:28 PM, William C. Hearon <<u>bill@williamhearon.com</u>> wrote:

I have answered you as to each of the purported requests outlined in my email. If there were other "requests" that you believe you previously sent, and which were not addressed in my email, let me know.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: <u>305-579-9813</u>

Fax: <u>305-358-4707</u>

bill@williamhearon.com

**From:** d.greenberg.tax.group.internat@gmail.com [mailto:d.greenberg.tax.group.internat@gmail.com]
**Sent:** Thursday, October 04, 2012 7:27 PM
**To:** William C. Hearon
**Subject:** Re: Discovery

So are you saying you will not comply with my multiple requests? Yes or no will suffice.

Sent via BlackBerry by AT&T

---

**From:** "William C. Hearon" <bill@williamhearon.com>

**Date:** Thu, 4 Oct 2012 19:21:34 -0400

**To:** <ernk1234@gmail.com>

**Subject:** Discovery

Mr. Greenberg: The deadline for discovery in our case is October 29, 2012. Per the provisions of Local Rule 26.1 (f), the discovery which you sent via facsimile on October 2, 2012 is untimely, As the Rule states:

**(f) Completion of Discovery.** Discovery must be completed in accordance with the court-ordered

discovery cutoff date. Written discovery requests and subpoenas seeking the production of documents

must be served in sufficient time that the response is due on or before the discovery cutoff date.

Depositions, including any non-party depositions, must be scheduled to occur on or before the

discovery cutoff date. Failure by the party seeking discovery to comply with this paragraph obviates

the need to respond or object to the discovery, appear at the deposition, or move for a protective order.

In addition, the purported discovery requests which you sent twice via email on October 1 were also untimely.

The only request which could arguably be claimed to have been timely sent was an email on September 12 and resent on September 26, also via email. You will receive a response to that purported request.

6

Your Rule 26 Disclosures do not constitute a discovery request. In addition, as previously pointed out to you, the Court's Pro Se order prohibits you from taking any depositions in this case.

If you have sent any other timely requests for discovery, please identify them by email date and time. No requests have been received by mail or hand-delivery and as pointed out above, the ones sent via fax were untimely sent on October 2nd. Thank you for your attention to this request.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: 305-579-9813

Fax: 305-358-4707

bill@williamhearon.com


596K View Download
Reply    Forward


david greenberg ernk1234@gmail.com    Oct 1 (7 days ago)

to William, bcc: B.A.

hearon i sent you an email last week requeting discovery, i provided you with copies of my previous discovery requests you claimed to not have received yet responded to in part via email, i sent you copies of your past responses, do you still maintain i have made no discovery requests and continue to decline to provide me with any infromation????
have a wonderful day


On Mon, Oct 1, 2012 at 2:00 PM, William C. Hearon <bill@williamhearon.com> wrote:

Please see attached for Plaintiffs' Trial Witness List electronically filed today. A hard copy is to follow by mail.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: 305-579-9813

Fax: 305-358-4707

bill@williamhearon.com

Reply Forward

david greenberg ernk1234@gmail.com  Oct 1 (7 days ago)

to **13053584707**, **Rodney**, William

sir are you ever going to respond, this is my fourth request, have a wonderful evening

Pursuant to Federal Rule of Civil Procedure ("FRCP") 26, Defendant David

Greenberg ("Greenberg") hereby makes the following discovery requests again for the

fourth time.

Greenberg's investigation of the facts of this case is ongoing, and Greenberg

reserves the right to request further discovery.

Further, Greenberg notes that as of the date of this disclosure, as Plaintiff's

counsel is well aware, Mr. Avenatti has stated in court filings that Mr. Avenatti believes it

very erotic ("so salacious") that Greenberg was anally gang raped by blacks who hate

Jews at the direction of Mr. Avenatti's good friend Kevin Downing of the USDOJ and that

Mr. Avenatti threatened Greenberg with worse treatment (or in Mr. Avenatti's view more erotic treatment) than repeated anal gang rape by blacks who hate Jews.

Also, Mr. Avenatti and his counsel have continuously harassed Greenberg's six

Year old child (and Mr. Avenatti's agents have threatened the child and the child's

caretaker over 30 times in the last six months) and persecuted and harassed Greenberg

by sending thousands of pages of documents via mail in a very short time span such that

the mail man stopped delivering the mail to Greenberg forcing Greenberg to confront the

mailman and his supervisor such that Greenberg's mail would be delivered.

Greenberg requests the following documents and information for the fourth time.

1. Plaintiffs' billing files, time repots and expense reports (including all such

files from any predecessor firm).

2. Any and all files related to lawsuits against Plaintiffs by former employees

or partners including Mr. O'Malley including all discovery related to any

such cases.

3. All books and financial records of Plaintiffs including predecessor firms.

4. All discovery provided to date in the Blum matter in both the state and federal cases.

5. Copies of Avenatti's firm's financial statements and tax returns.

6. Documentation of any advice given by Avenatti and/or his firm on reporting income

under section 104 of the IRC.

7. Listing of all companies for which Avenatti acts as a board member or holds the title

of an officer for.

8. Record of all payments Avenatti received from Rahm Emanuel including kick backs

from Dresdner Bank.

9. Copies of any and all information or documentation related to any illegal payments

made by Avenatti to his employees or associates like Michelle Baio as either bribes,

illegal kick backs or illegal payments to non lawyers in a fee sharing arrangement

including any bonus or profit sharing plans to employees with specific reagard to

side payments or otherwise made to Regnier or Mosby.

10. Copies of any documentation received by Avenatti or his firm from Milberg Weiss

related to payments or forms of compensation paid to Avenatti to the detriment of

his clients like Blum.

11. All discovery in the Avon case where it was held Avenatti violated the ethics laws.

A review of such information will clearly show that Mr. Avenatti is a liar, thief, cheat and
a

purveyor of and party to tax fraud with specific regard to non reporting of income,

falsification of expenses, intentional violation of Section 104 and conspiracy to commit
tax

fraud including engaging in a "Klein conspiracy" with Plaintiff's partners and clients. In
fact

public and judicially noticeable documents will show all of Plaintiff's witnesses and their

companies have committed massive tax fraud.

…


On Mon, Oct 1, 2012 at 2:00 PM, William C. Hearon <bill@williamhearon.com> wrote:

Please see attached for Plaintiffs' Trial Witness List electronically filed today. A hard copy is to
follow by mail.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: 305-579-9813

Fax: 305-358-4707

bill@williamhearon.com


Reply Reply to all Forward


david greenberg ernk1234@gmail.com   Oct 1 (7 days ago)

to William, 13053584707, Rodney


On Mon, Oct 1, 2012 at 3:32 PM, david greenberg <ernk1234@gmail.com> wrote:

sir are you ever going to respond, this is my fourth request, have a wonderful evening

Pursuant to Federal Rule of Civil Procedure ("FRCP") 26, Defendant David

Greenberg ("Greenberg") hereby makes the following discovery requests again for the

fourth time.

Greenberg's investigation of the facts of this case is ongoing, and Greenberg

reserves the right to request further discovery.

Further, Greenberg notes that as of the date of this disclosure, as Plaintiff's

counsel is well aware, Mr. Avenatti has stated in court filings that Mr. Avenatti believes it

very erotic ("so salacious") that Greenberg was anally gang raped by blacks who hate

Jews at the direction of Mr. Avenatti's good friend Kevin Downing of the USDOJ and that

Mr. Avenatti threatened Greenberg with worse treatment (or in Mr. Avenatti's view more

erotic treatment) than repeated anal gang rape by blacks who hate Jews.

Also, Mr. Avenatti and his counsel have continuously harassed Greenberg's six

Year old child (and Mr. Avenatti's agents have threatened the child and the child's

caretaker over 30 times in the last six months) and persecuted and harassed Greenberg

by sending thousands of pages of documents via mail in a very short time span such that

the mail man stopped delivering the mail to Greenberg forcing Greenberg to confront the

mailman and his supervisor such that Greenberg's mail would be delivered.

Greenberg requests the following documents and information for the fourth time.

1. Plaintiffs' billing files, time repots and expense reports (including all such

files from any predecessor firm).

2. Any and all files related to lawsuits against Plaintiffs by former employees

or partners including Mr. O'Malley including all discovery related to any

such cases.

3. All books and financial records of Plaintiffs including predecessor firms.

4. All discovery provided to date in the Blum matter in both the state and federal cases.

5. Copies of Avenatti's firm's financial statements and tax returns.

6. Documentation of any advice given by Avenatti and/or his firm on reporting income

under section 104 of the IRC.

7. Listing of all companies for which Avenatti acts as a board member or holds the title

of an officer for.

8. Record of all payments Avenatti received from Rahm Emanuel including kick backs from Dresdner Bank.

9. Copies of any and all information or documentation related to any illegal payments made by Avenatti to his employees or associates like Michelle Baio as either bribes, illegal kick backs or illegal payments to non lawyers in a fee sharing arrangement including any bonus or profit sharing plans to employees with specific reagard to side payments or otherwise made to Regnier or Mosby.

10. Copies of any documentation received by Avenatti or his firm from Milberg Weiss related to payments or forms of compensation paid to Avenatti to the detriment of his clients like Blum.

11. All discovery in the Avon case where it was held Avenatti violated the ethics laws. A review of such information will clearly show that Mr. Avenatti is a liar, thief, cheat and a

purveyor of and party to tax fraud with specific regard to non reporting of income,

falsification of expenses, intentional violation of Section 104 and conspiracy to commit tax

fraud including engaging in a "Klein conspiracy" with Plaintiff's partners and clients. In fact

public and judicially noticeable documents will show all of Plaintiff's witnesses and their

companies have committed massive tax fraud.

…


On Mon, Oct 1, 2012 at 2:00 PM, William C. Hearon <bill@williamhearon.com> wrote:

Please see attached for Plaintiffs' Trial Witness List electronically filed today. A hard copy is to follow by mail.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: 305-579-9813

Fax: 305-358-4707

bill@williamhearon.com

**avenatti discovery request.pdf**
86K View Download

david greenberg ernk1234@gmail.com   Oct 1 (7 days ago)

to William, 13053584707, Rodney

On Mon, Oct 1, 2012 at 3:32 PM, david greenberg <ernk1234@gmail.com> wrote:

sir are you ever going to respond, this is my fourth request, have a wonderful evening

Pursuant to Federal Rule of Civil Procedure ("FRCP") 26, Defendant David

Greenberg ("Greenberg") hereby makes the following discovery requests again for the

fourth time.

Greenberg's investigation of the facts of this case is ongoing, and Greenberg

reserves the right to request further discovery.

Further, Greenberg notes that as of the date of this disclosure, as Plaintiff's

counsel is well aware, Mr. Avenatti has stated in court filings that Mr. Avenatti believes it

very erotic ("so salacious") that Greenberg was anally gang raped by blacks who hate

Jews at the direction of Mr. Avenatti's good friend Kevin Downing of the USDOJ and that

Mr. Avenatti threatened Greenberg with worse treatment (or in Mr. Avenatti's view more

erotic treatment) than repeated anal gang rape by blacks who hate Jews.

Also, Mr. Avenatti and his counsel have continuously harassed Greenberg's six

Year old child (and Mr. Avenatti's agents have threatened the child and the child's

caretaker over 30 times in the last six months) and persecuted and harassed Greenberg

by sending thousands of pages of documents via mail in a very short time span such that

the mail man stopped delivering the mail to Greenberg forcing Greenberg to confront the

mailman and his supervisor such that Greenberg's mail would be delivered.

Greenberg requests the following documents and information for the fourth time.

1. Plaintiffs' billing files, time repots and expense reports (including all such

files from any predecessor firm).

2. Any and all files related to lawsuits against Plaintiffs by former employees

or partners including Mr. O'Malley including all discovery related to any

such cases.

3. All books and financial records of Plaintiffs including predecessor firms.

4. All discovery provided to date in the Blum matter in both the state and federal cases.

5. Copies of Avenatti's firm's financial statements and tax returns.

6. Documentation of any advice given by Avenatti and/or his firm on reporting income

under section 104 of the IRC.

7. Listing of all companies for which Avenatti acts as a board member or holds the title of an officer for.

8. Record of all payments Avenatti received from Rahm Emanuel including kick backs from Dresdner Bank.

9. Copies of any and all information or documentation related to any illegal payments made by Avenatti to his employees or associates like Michelle Baio as either bribes, illegal kick backs or illegal payments to non lawyers in a fee sharing arrangement including any bonus or profit sharing plans to employees with specific reagard to side payments or otherwise made to Regnier or Mosby.

10. Copies of any documentation received by Avenatti or his firm from Milberg Weiss related to payments or forms of compensation paid to Avenatti to the detriment of his clients like Blum.

11. All discovery in the Avon case where it was held Avenatti violated the ethics laws. A review of such information will clearly show that Mr. Avenatti is a liar, thief, cheat and a purveyor of and party to tax fraud with specific regard to non reporting of income, falsification of expenses, intentional violation of Section 104 and conspiracy to commit tax fraud including engaging in a "Klein conspiracy" with Plaintiff's partners and clients. In fact public and judicially noticeable documents will show all of Plaintiff's witnesses and their companies have committed massive tax fraud.

…

16

On Mon, Oct 1, 2012 at 2:00 PM, William C. Hearon <bill@williamhearon.com> wrote:

Please see attached for Plaintiffs' Trial Witness List electronically filed today. A hard copy is to follow by mail.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: 305-579-9813

Fax: 305-358-4707

bill@williamhearon.com


**avenatti discovery request.pdf**
86K View Download
Reply Reply to all      Forward


david greenberg ernk1234@gmail.com   Oct 2 (6 days ago)

to William, 13053584707, Rodney

attached are my interagatories for avenatti and his firm same interrogatories for both also, based on information i recently discovered, i would like to expand my discovery request to any and all information in avenatti's or his firm's possessions which supports his allegations that i wrote the blogs he referenes and or that such blogs originated from anywhere close o where i reside.

INTERROGATORIES FOR AVENATTI (and Eagan Avenatti his purported Law Firm)

1. Explain why you have publicly stated you believe my comments about being anally gang raped by blacks who hate Jews are "so salacious"?

17

2. Do you read and stand behind the filings you make in court?

3. Do you believe comments about being anally gang raped by blacks who hate Jews are "scandalous"?

4. Do you believe the common definition of salacious is "disgusting"?

5. Have you ever accepted monies from companies that supported the Nazi party?

6. Have you ever accepted monies from companies who provided funding to Hitler to build concentration camps?

7. Have you ever worked for someone considered to be anti Israeli?

8. Do you believe Israel has the right to bomb Iran before it becomes a nuclear power?

9. Are you suing the Star of David?

10. Are you suing Jewish cemeteries in Florida and if so, is the lead plaintiff Jewish?

11. Have you ever shared legal fees with non lawyers, for example by paying bonuses, profit sharing plans, other incentives like having parties using funds from legal fees or have you ever made outright payment to plaintiffs either direct or indirect to obtain business.

12. Have you ever mixed funds in your clients trust accounts or borrowed funds either directly or indirectly regardless of whether the clients trust account was made whole?

13. Have you ever provided clients tax advice particularly with regard timing of recognition or exclusion of legal settlements for purposes of the internal revenue code?

14. Have you ever received payments of any kind either direct or indirect from Milberg Weiss?

15. Have you ever been found to have acted unethically or violated any rules of ethics you may be bound?

16. Has anyone ever accused you of effectively stealing from them, lying to them, bullying them, defrauding them or beaching a contract?

17. Have you ever intentionally violated the terms of a mediation agreement or been accused of violating the terms of a mediation agreement or in fact admitted to intentionally violating the terms of a mediation agreement?

18. Have you ever lied to the courts based on Blacks Law definition of lie, false statements (i.e., any statement that is untrue).

19. Have you ever lied to the courts when giving testimony under Black's Law definition of lying?

20. Do you have difficulties judging distances?

21. Have you ever lied to reporters about your resume, using Black's Law definition of lying?

22. Have you ever supported a political candidate who was found to have and/or accused of being a tax cheat? (Support includes made political donations to).

23. Do you deny that you persecute Jews? The definition of persecute in Webster's Dictionary is "to harass or punish in a manner designed to injure, grieve, or afflict".

24. Have you sued those of Jewish decent in total over the years for amounts greater than $100,000,000; $300,000,000; $500,000,000; $1,000,000,000; and/or for amounts greater than $3,000,000,000?

25. Do you work with a client named Mark Calvert who has publicly made racist public statements like American Indians are effectively lazy or Jews are greedy?

26.


254K View Download
Reply   Reply to all   Forward

david greenberg ernk1234@gmail.com   Oct 2 (6 days ago)

to William, 13053584707, Rodney, bcc: B.A.

hearon since you continuously claim to not receive any requests i send you i would at least appreciate a response as to whether you have even received my requests this time
please keep in mind i have also requested any and all discovery in your client's (who believes it erotic i was anally gang raped by blacks who hate jews) possession showing where the blogs he claims i worte originated or any other evidence supporting his malicous claims that i authored the blogs
keep in mind when question your client, he is on record committing perjury, (not only is he a liar but now transcripts definitvely prove him to be a perjuror)
have a wonderful day


On Mon, Oct 1, 2012 at 3:33 PM, david greenberg <ernk1234@gmail.com> wrote:


On Mon, Oct 1, 2012 at 3:32 PM, david greenberg <ernk1234@gmail.com> wrote:

sir are you ever going to respond, this is my fourth request, have a wonderful evening

Pursuant to Federal Rule of Civil Procedure ("FRCP") 26, Defendant David

Greenberg ("Greenberg") hereby makes the following discovery requests again for the

fourth time.

Greenberg's investigation of the facts of this case is ongoing, and Greenberg

reserves the right to request further discovery.

Further, Greenberg notes that as of the date of this disclosure, as Plaintiff's

counsel is well aware, Mr. Avenatti has stated in court filings that Mr. Avenatti believes it

very erotic ("so salacious") that Greenberg was anally gang raped by blacks who hate

Jews at the direction of Mr. Avenatti's good friend Kevin Downing of the USDOJ and that

Mr. Avenatti threatened Greenberg with worse treatment (or in Mr. Avenatti's view more

erotic treatment) than repeated anal gang rape by blacks who hate Jews.

Also, Mr. Avenatti and his counsel have continuously harassed Greenberg's six

Year old child (and Mr. Avenatti's agents have threatened the child and the child's

caretaker over 30 times in the last six months) and persecuted and harassed Greenberg

by sending thousands of pages of documents via mail in a very short time span such that

the mail man stopped delivering the mail to Greenberg forcing Greenberg to confront the

mailman and his supervisor such that Greenberg's mail would be delivered.

Greenberg requests the following documents and information for the fourth time.

1. Plaintiffs' billing files, time repots and expense reports (including all such

files from any predecessor firm).

2. Any and all files related to lawsuits against Plaintiffs by former employees

or partners including Mr. O'Malley including all discovery related to any

such cases.

3. All books and financial records of Plaintiffs including predecessor firms.

4. All discovery provided to date in the Blum matter in both the state and federal cases.

5. Copies of Avenatti's firm's financial statements and tax returns.

6. Documentation of any advice given by Avenatti and/or his firm on reporting income

under section 104 of the IRC.

7. Listing of all companies for which Avenatti acts as a board member or holds the title

of an officer for.

8. Record of all payments Avenatti received from Rahm Emanuel including kick backs

from Dresdner Bank.

9. Copies of any and all information or documentation related to any illegal payments made by Avenatti to his employees or associates like Michelle Baio as either bribes, illegal kick backs or illegal payments to non lawyers in a fee sharing arrangement including any bonus or profit sharing plans to employees with specific reagard to side payments or otherwise made to Regnier or Mosby.

10. Copies of any documentation received by Avenatti or his firm from Milberg Weiss related to payments or forms of compensation paid to Avenatti to the detriment of his clients like Blum.

11. All discovery in the Avon case where it was held Avenatti violated the ethics laws.

A review of such information will clearly show that Mr. Avenatti is a liar, thief, cheat and a

purveyor of and party to tax fraud with specific regard to non reporting of income,

falsification of expenses, intentional violation of Section 104 and conspiracy to commit tax

fraud including engaging in a "Klein conspiracy" with Plaintiff's partners and clients. In fact

public and judicially noticeable documents will show all of Plaintiff's witnesses and their

companies have committed massive tax fraud.

…

On Mon, Oct 1, 2012 at 2:00 PM, William C. Hearon <bill@williamhearon.com> wrote:

Please see attached for Plaintiffs' Trial Witness List electronically filed today. A hard copy is to follow by mail.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: 305-579-9813

Fax: 305-358-4707

bill@williamhearon.com


**2 attachments** — Download all attachments
**avenatti discovery request.pdf**
86K View Download
   **AVENATTI INTERROGATORIES.pdf**
   254K View Download
Reply Reply to all        Forward

david        hearon since you continuously claim to not receive any        Oct 2 (6 days
greenberg requests i send you i ...                                    ago)

   hearon since you continuously claim to not receive any requests i send you i ...



david greenberg ernk1234@gmail.com  Oct 2 (6 days ago)

to William, 13053584707, Rodney, bcc: B.A.


hearon in the spirit of civility required under the southern florida local rules for discovery
i would be willing t o come to your office in miami any time to discuss this matter so as
to put it to rest and potentially avoid wasting time and resources on motions to compel
have a wonderful day



On Tue, Oct 2, 2012 at 7:21 AM, david greenberg <ernk1234@gmail.com> wrote:
attached are my interagatories for avenatti and his firm same interrogatories for both
also, based on information i recently discovered, i would like to expand my discovery
request to any and all information in avenatti's or his firm's possessions which supports
his allegations that i wrote the blogs he referenes and or that such blogs originated from
anywhere close o where i reside.

INTERROGATORIES FOR AVENATTI (and Eagan Avenatti his purported Law Firm)

1. Explain why you have publicly stated you believe my comments about being anally gang raped by blacks who hate Jews are"so salacious"?

2. Do you read and stand behind the filings you make in court?

3. Do you believe comments about being anally gang raped by blacks who hate Jews are "scandalous"?

4. Do you believe the common definition of salacious is "disgusting"?

5. Have you ever accepted monies from companies that supported the Nazi party?

6. Have you ever accepted monies from companies who provided funding to Hitler to build concentration camps?

7. Have you ever worked for someone considered to be anti Israeli?

8. Do you believe Israel has the right to bomb Iran before it becomes a nuclear power?

9. Are you suing the Star of David?

10. Are you suing Jewish cemeteries in Florida and if so, is the lead plaintiff Jewish?

11. Have you ever shared legal fees with non lawyers, for example by paying bonuses, profit sharing plans, other incentives like having parties using funds from legal fees or have you ever made outright payment to plaintiffs either direct or indirect to obtain business.

12. Have you ever mixed funds in your clients trust accounts or borrowed funds either directly or indirectly regardless of whether the clients trust account was made whole?

13. Have you ever provided clients tax advice particularly with regard timing of recognition or exclusion of legal settlements for purposes of the internal revenue code?

14. Have you ever received payments of any kind either direct or indirect from Milberg Weiss?

15. Have you ever been found to have acted unethically or violated any rules of ethics you may be bound?

16. Has anyone ever accused you of effectively stealing from them, lying to them, bullying them, defrauding them or beaching a contract?

17. Have you ever intentionally violated the terms of a mediation agreement or been accused of violating the terms of a mediation agreement or in fact admitted to intentionally violating the terms of a mediation agreement?

18. Have you ever lied to the courts based on Blacks Law definition of lie, false statements (i.e., any statement that is untrue).

19. Have you ever lied to the courts when giving testimony under Black's Law definition of lying?

20. Do you have difficulties judging distances?

21. Have you ever lied to reporters about your resume, using Black's Law definition of lying?

22. Have you ever supported a political candidate who was found to have and/or accused of being a tax cheat? (Support includes made political donations to).

23. Do you deny that you persecute Jews? The definition of persecute in Webster's Dictionary is "to harass or punish in a manner designed to injure, grieve, or afflict".

24. Have you sued those of Jewish decent in total over the years for amounts greater than $100,000,000; $300,000,000; $500,000,000; $1,000,000,000; and/or for amounts greater than $3,000,000,000?

25. Do you work with a client named Mark Calvert who has publicly made racist public statements like American Indians are effectively lazy or Jews are greedy?

26.

**2 attachments** — Download all attachments

avenatti discovery request.pdf
86K View Download

**AVENATTI INTERROGATORIES.pdf**
254K View Download

Reply Reply to all         Forward

david greenberg ernk1234@gmail.com  Oct 3 (5 days ago)

to William, 13053584707, Rodney

are you going to even respond to my discovery or inerrogatory requests, can you at least respond that you are not going to respond

118K View Download
Reply   Reply to all     Forward

William C. Hearon  Sep 24

to me, Rodney

Mr. Greenberg: I have not seen nor received any discovery requests from you. If you mailed them, please resend. Thank you.

-----Original Message-----
From: david greenberg [mailto:ernk1234@gmail.com]
Sent: Monday, September 24, 2012 10:36 PM
To: William C. Hearon
Cc: Rodney Max
Subject:

hearon the attached motion was filed today

i have also filed the attached motion notifying the court in the blum matter where your client who believes it erotic that i was anally gang raped by blacks who hate jews that your client has criminally violated irc sections 6103, 7212, 7216 and the potentially the patriot act for

26

intentionally participating the illegal disclosure of blum's
confidential taxpayer information

i will also be notifying the florida bar and your mediation organization
of your participation in the cover up of your client's illegal and
possibly terrorist related activities (a violation of the patriot act is
not covered by your favorite means of deceit, litigation privilege) as
you were put on notice of your client's illegal activities and did
nothing, acts of misprision and perhaps conspiracy to commit tax fraud
and violate the patriot act.

you have also not responded to my multiple discovery requests, can you
at least tell me you are not going to respond????

have a wonderful evening
Reply Reply to all Forward

david greenberg ernk1234@gmail.com    Sep 25 (13 days ago)

to William, bcc: B.A.

just to confirm, you are stating as fact you have recieved no
correspondence from me requesting discovery? you ae claiming ou have
recieved no emails from me requesting discovery and have no
information from me regarding discovery?

please respond asap so i can go excorciate my assistant, actually i
will fire them if you confirm you have received no information from me
related to discovery and i apologize for their unacceptable behavior.

On Mon, Sep 24, 2012 at 10:15 PM, William C. Hearon
<bill@williamhearon.com> wrote:
> Mr. Greenberg: I have not seen nor received any discovery requests from
> you. If you mailed them, please resend. Thank you.
>
> -----Original Message-----
> From: david greenberg [mailto:ernk1234@gmail.com]
> Sent: Monday, September 24, 2012 10:36 PM
> To: William C. Hearon
> Cc: Rodney Max
> Subject:
>

> hearon the attached motion was filed today
>
> i have also filed the attached motion notifying the court in the blum
> matter where your client who believes it erotic that i was anally gang
> raped by blacks who hate jews that your client has criminally violated
> irc sections 6103, 7212, 7216 and the potentially the patriot act for
> intentionally participating the illegal disclosure of blum's
> confidential taxpayer information
>
> i will also be notifying the florida bar and your mediation organization
> of your participation in the cover up of your client's illegal and
> possibly terrorist related activities (a violation of the patriot act is
> not covered by your favorite means of deceit, litigation privilege) as
> you were put on notice of your client's illegal activities and did
> nothing, acts of misprision and perhaps conspiracy to commit tax fraud
> and violate the patriot act.
>
> you have also not responded to my multiple discovery requests, can you
> at least tell me you are not going to respond????
>
> have a wonderful evening
Reply Forward

William C. Hearon  Sep 25 (13 days ago)

to me

Other than your request to take the depositions of our experts (to which
I replied and informed you that the court's pro se order did not allow)
I have not received any discovery requests from you as provided for
under the Rules.

William C. Hearon
William C. Hearon, P.A.
1 S.E. Third Avenue
Suite 3000
Miami, Florida 33131
Ph: 305-579-9813
Fax: 305-358-4707
bill@williamhearon.com

-----Original Message-----
From: david greenberg [mailto:ernk1234@gmail.com]
Sent: Tuesday, September 25, 2012 3:56 PM
To: William C. Hearon
Subject: Re:

just to confirm, you are stating as fact you have recieved no
correspondence from me requesting discovery? you ae claiming ou have
recieved no emails from me requesting discovery and have no information
from me regarding discovery?

please respond asap so i can go excorciate my assistant, actually i will
fire them if you confirm you have received no information from me
related to discovery and i apologize for their unacceptable behavior.

On Mon, Sep 24, 2012 at 10:15 PM, William C. Hearon
<bill@williamhearon.com> wrote:
> Mr. Greenberg: I have not seen nor received any discovery requests
> from you. If you mailed them, please resend. Thank you.
>
> -----Original Message-----
> From: david greenberg [mailto:ernk1234@gmail.com]
> Sent: Monday, September 24, 2012 10:36 PM
> To: William C. Hearon
> Cc: Rodney Max
> Subject:
>
> hearon the attached motion was filed today
>
> i have also filed the attached motion notifying the court in the blum
> matter where your client who believes it erotic that i was anally gang

> raped by blacks who hate jews that your client has criminally violated

> irc sections 6103, 7212, 7216 and the potentially the patriot act for
> intentionally participating the illegal disclosure of blum's
> confidential taxpayer information
>
> i will also be notifying the florida bar and your mediation
> organization of your participation in the cover up of your client's
> illegal and possibly terrorist related activities (a violation of the
> patriot act is not covered by your favorite means of deceit,
> litigation privilege) as you were put on notice of your client's
> illegal activities and did nothing, acts of misprision and perhaps
> conspiracy to commit tax fraud and violate the patriot act.
>

> you have also not responded to my multiple discovery requests, can you

> at least tell me you are not going to respond????
>
> have a wonderful evening
Reply Forward


William C. Hearon  Sep 25 (13 days ago)

to me, Rodney

Your Motion to Stay states that it was mailed on August 31st, but I have never received it by mail. This email is the first notice I have of the Motion.


William C. Hearon
William C. Hearon, P.A.
1 S.E. Third Avenue
Suite 3000
Miami, Florida 33131
Ph: 305-579-9813
Fax: 305-358-4707
bill@williamhearon.com


-----Original Message-----
From: david greenberg [mailto:ernk1234@gmail.com]
Sent: Monday, September 24, 2012 10:36 PM
To: William C. Hearon
Cc: Rodney Max
Subject:

hearon the attached motion was filed today

i have also filed the attached motion notifying the court in the blum matter where your client who believes it erotic that i was anally gang raped by blacks who hate jews that your client has criminally violated irc sections 6103, 7212, 7216 and the potentially the patriot act for intentionally participating the illegal disclosure of blum's confidential taxpayer information

i will also be notifying the florida bar and your mediation organization

of your participation in the cover up of your client's illegal and
possibly terrorist related activities (a violation of the patriot act is
not covered by your favorite means of deceit, litigation privilege) as
you were put on notice of your client's illegal activities and did
nothing, acts of misprision and perhaps conspiracy to commit tax fraud
and violate the patriot act.

you have also not responded to my multiple discovery requests, can you
at least tell me you are not going to respond????

have a wonderful evening
Reply Reply to all Forward

david greenberg ernk1234@gmail.com   Sep 26 (12 days ago)

to William, bcc: B.A.

i know it is hard but quit lying, you are wasting everyones time,
please send me a copy of the communication were i asked to depo your
expert witnesses and please send me a copy of my witness list and
reques for disscovery i sent you and you commented on

please confirm for me, the forida state bar and the court your
position is i have not sent you a discover request asap so i can
prepare another one

have a wonderfull day of unicorns and rainbows

On Tue, Sep 25, 2012 at 12:58 PM, William C. Hearon

<bill@williamhearon.com> wrote:
> Other than your request to take the depositions of our experts (to which
> I replied and informed you that the court's pro se order did not allow)
> I have not received any discovery requests from you as provided for
> under the Rules.
>
> William C. Hearon
> William C. Hearon, P.A.
> 1 S.E. Third Avenue
> Suite 3000
> Miami, Florida 33131
> Ph: 305-579-9813
> Fax: 305-358-4707

> bill@williamhearon.com
>
>
> -----Original Message-----
> From: david greenberg [mailto:ernk1234@gmail.com]
> Sent: Tuesday, September 25, 2012 3:56 PM
> To: William C. Hearon
> Subject: Re:
>
> just to confirm, you are stating as fact you have recieved no
> correspondence from me requesting discovery? you ae claiming ou have
> recieved no emails from me requesting discovery and have no information
> from me regarding discovery?
>
> please respond asap so i can go excorciate my assistant, actually i will
> fire them if you confirm you have received no information from me
> related to discovery and i apologize for their unacceptable behavior.
>
> On Mon, Sep 24, 2012 at 10:15 PM, William C. Hearon
> <bill@williamhearon.com> wrote:
>> Mr. Greenberg: I have not seen nor received any discovery requests
>> from you. If you mailed them, please resend. Thank you.
>>
>> -----Original Message-----
>> From: david greenberg [mailto:ernk1234@gmail.com]
>> Sent: Monday, September 24, 2012 10:36 PM
>> To: William C. Hearon
>> Cc: Rodney Max
>> Subject:
>>
>> hearon the attached motion was filed today
>>
>> i have also filed the attached motion notifying the court in the blum
>> matter where your client who believes it erotic that i was anally gang
>>
>> raped by blacks who hate jews that your client has criminally violated
>>
>> irc sections 6103, 7212, 7216 and the potentially the patriot act for
>> intentionally participating the illegal disclosure of blum's
>> confidential taxpayer information
>>
>> i will also be notifying the florida bar and your mediation
>> organization of your participation in the cover up of your client's
>> illegal and possibly terrorist related activities (a violation of the
>> patriot act is not covered by your favorite means of deceit,
>> litigation privilege) as you were put on notice of your client's

>> illegal activities and did nothing, acts of misprision and perhaps
>> conspiracy to commit tax fraud and violate the patriot act.
>>
>> you have also not responded to my multiple discovery requests, can you
>
>> at least tell me you are not going to respond????
>>
>> have a wonderful evening
Reply Forward


William C. Hearon   Sep 26 (12 days ago)

to me

I stand by my last email. If you believe that you previously sent
discovery requests (other than a request to take the deposition of my
experts) please send them to me again as I have not received any.



William C. Hearon
William C. Hearon, P.A.
1 S.E. Third Avenue
Suite 3000
Miami, Florida 33131
Ph: 305-579-9813
Fax: 305-358-4707
bill@williamhearon.com

-----Original Message-----
From: david greenberg [mailto:ernk1234@gmail.com]
Sent: Wednesday, September 26, 2012 10:03 AM
To: William C. Hearon
Subject: Re:

i know it is hard but quit lying, you are wasting everyones time, please
send me a copy of the communication were i asked to depo your expert
witnesses and please send me a copy of my witness list and reques for
disscovery i sent you and you commented on

please confirm for me, the forida state bar and the court your position
is i have not sent you a discover request asap so i can prepare another
one

have a wonderfull day of unicorns and rainbows

On Tue, Sep 25, 2012 at 12:58 PM, William C. Hearon
<bill@williamhearon.com> wrote:
> Other than your request to take the depositions of our experts (to
> which I replied and informed you that the court's pro se order did not

> allow) I have not received any discovery requests from you as provided

> for under the Rules.
>
> William C. Hearon
> William C. Hearon, P.A.
> 1 S.E. Third Avenue
> Suite 3000
> Miami, Florida 33131
> Ph: 305-579-9813
> Fax: 305-358-4707
> bill@williamhearon.com
>
>
> -----Original Message-----
> From: david greenberg [mailto:ernk1234@gmail.com]
> Sent: Tuesday, September 25, 2012 3:56 PM
> To: William C. Hearon
> Subject: Re:
>
> just to confirm, you are stating as fact you have recieved no
> correspondence from me requesting discovery? you ae claiming ou have
> recieved no emails from me requesting discovery and have no
> information from me regarding discovery?
>
> please respond asap so i can go excorciate my assistant, actually i
> will fire them if you confirm you have received no information from me

> related to discovery and i apologize for their unacceptable behavior.
>
> On Mon, Sep 24, 2012 at 10:15 PM, William C. Hearon
> <bill@williamhearon.com> wrote:
>> Mr. Greenberg: I have not seen nor received any discovery requests
>> from you. If you mailed them, please resend. Thank you.
>>
>> -----Original Message-----
>> From: david greenberg [mailto:ernk1234@gmail.com]
>> Sent: Monday, September 24, 2012 10:36 PM
>> To: William C. Hearon

>> Cc: Rodney Max
>> Subject:
>>
>> hearon the attached motion was filed today
>>
>> i have also filed the attached motion notifying the court in the blum

>> matter where your client who believes it erotic that i was anally
>> gang
>
>> raped by blacks who hate jews that your client has criminally
>> violated
>
>> irc sections 6103, 7212, 7216 and the potentially the patriot act for

>> intentionally participating the illegal disclosure of blum's
>> confidential taxpayer information
>>
>> i will also be notifying the florida bar and your mediation
>> organization of your participation in the cover up of your client's
>> illegal and possibly terrorist related activities (a violation of the

>> patriot act is not covered by your favorite means of deceit,
>> litigation privilege) as you were put on notice of your client's
>> illegal activities and did nothing, acts of misprision and perhaps
>> conspiracy to commit tax fraud and violate the patriot act.
>>
>> you have also not responded to my multiple discovery requests, can
>> you
>
>> at least tell me you are not going to respond????
>>
>> have a wonderful evening
Reply Forward


david greenberg ernk1234@gmail.com   Sep 26 (12 days ago)

to William, bcc: B.A., bcc: Wag

geez dude u can stand where ever u want, please confirm for me in the letter i sent to you advising you of my witnesses some of whom you called and emailed me about especially the witness your client who believes it erotic i was anally gang raped by blacks who hate Jews threatened in open court (and from whom i will be getting an affidavit on the matter) contained no request for discovery,

once u confirm this to me, i will need to go back and locate the information and resend it
to you in a couple of days, hopefully that is acceptable

On Wed, Sep 26, 2012 at 7:52 AM, William C. Hearon <bill@williamhearon.com> wrote:
I stand by my last email. If you believe that you previously sent
discovery requests (other than a request to take the deposition of my
experts) please send them to me again as I have not received any.

William C. Hearon
William C. Hearon, P.A.
1 S.E. Third Avenue
Suite 3000
Miami, Florida 33131
Ph: 305-579-9813
Fax: 305-358-4707
bill@williamhearon.com

-----Original Message-----
From: david greenberg [mailto:ernk1234@gmail.com]
Sent: Wednesday, September 26, 2012 10:03 AM
To: William C. Hearon
Subject: Re:

i know it is hard but quit lying, you are wasting everyones time, please
send me a copy of the communication were i asked to depo your expert
witnesses and please send me a copy of my witness list and reques for
disscovery i sent you and you commented on

please confirm for me, the forida state bar and the court your position
is i have not sent you a discover request asap so i can prepare another
one

have a wonderfull day of unicorns and rainbows

On Tue, Sep 25, 2012 at 12:58 PM, William C. Hearon
<bill@williamhearon.com> wrote:
> Other than your request to take the depositions of our experts (to
> which I replied and informed you that the court's pro se order did not

> allow) I have not received any discovery requests from you as provided

> for under the Rules.
>
> William C. Hearon
> William C. Hearon, P.A.

> 1 S.E. Third Avenue
> Suite 3000
> Miami, Florida 33131
> Ph: <u>305-579-9813</u>
> Fax: <u>305-358-4707</u>
> <u>bill@williamhearon.com</u>
>
>
> -----Original Message-----
> From: david greenberg [mailto:<u>ernk1234@gmail.com</u>]
> Sent: Tuesday, September 25, 2012 3:56 PM
> To: William C. Hearon
> Subject: Re:
>
> just to confirm, you are stating as fact you have recieved no
> correspondence from me requesting discovery? you ae claiming ou have
> recieved no emails from me requesting discovery and have no
> information from me regarding discovery?
>
> please respond asap so i can go excorciate my assistant, actually i
> will fire them if you confirm you have received no information from me

> related to discovery and i apologize for their unacceptable behavior.
>
> On Mon, Sep 24, 2012 at 10:15 PM, William C. Hearon
> <<u>bill@williamhearon.com</u>> wrote:
>> Mr. Greenberg: I have not seen nor received any discovery requests
>> from you. If you mailed them, please resend. Thank you.
>>
>> -----Original Message-----
>> From: david greenberg [mailto:<u>ernk1234@gmail.com</u>]
>> Sent: Monday, September 24, 2012 10:36 PM
>> To: William C. Hearon
>> Cc: Rodney Max
>> Subject:
>>
>> hearon the attached motion was filed today
>>
>> i have also filed the attached motion notifying the court in the blum

>> matter where your client who believes it erotic that i was anally
>> gang
>
>> raped by blacks who hate jews that your client has criminally
>> violated
>

>> irc sections 6103, 7212, 7216 and the potentially the patriot act for

>> intentionally participating the illegal disclosure of blum's
>> confidential taxpayer information
>>
>> i will also be notifying the florida bar and your mediation
>> organization of your participation in the cover up of your client's
>> illegal and possibly terrorist related activities (a violation of the

>> patriot act is not covered by your favorite means of deceit,
>> litigation privilege) as you were put on notice of your client's
>> illegal activities and did nothing, acts of misprision and perhaps
>> conspiracy to commit tax fraud and violate the patriot act.
>>
>> you have also not responded to my multiple discovery requests, can
>> you
>
>> at least tell me you are not going to respond????
>>
>> have a wonderful evening

Reply Forward



William C. Hearon   Sep 26 (12 days ago)

to me


We have received no discovery requests from you. I do not know how many ways to convey that to you. Yes, I have what purports to be your Rule 26 disclosures. Such disclosures are not a request for discovery so there is no need for you to resend it. Regards.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: 305-579-9813

Fax: 305-358-4707

bill@williamhearon.com

**From:** david greenberg [mailto:ernk1234@gmail.com]
**Sent:** Wednesday, September 26, 2012 11:37 AM


**To:** William C. Hearon
**Subject:** Re:

geez dude u can stand where ever u want, please confirm for me in the letter i sent to you
advising you of my witnesses some of whom you called and emailed me about especially the
witness your client who believes it erotic i was anally gang raped by blacks who hate Jews
threatened in open court (and from whom i will be getting an affidavit on the matter) contained
no request for discovery,

once u confirm this to me, i will need to go back and locate the information and resend it to you
in a couple of days, hopefully that is acceptable

On Wed, Sep 26, 2012 at 7:52 AM, William C. Hearon <bill@williamhearon.com> wrote:

I stand by my last email. If you believe that you previously sent
discovery requests (other than a request to take the deposition of my
experts) please send them to me again as I have not received any.


William C. Hearon
William C. Hearon, P.A.
1 S.E. Third Avenue
Suite 3000
Miami, Florida 33131
Ph: 305-579-9813
Fax: 305-358-4707
bill@williamhearon.com

-----Original Message-----
From: david greenberg [mailto:ernk1234@gmail.com]

Sent: Wednesday, September 26, 2012 10:03 AM
To: William C. Hearon
Subject: Re:

i know it is hard but quit lying, you are wasting everyones time, please
send me a copy of the communication were i asked to depo your expert
witnesses and please send me a copy of my witness list and reques for

disscovery i sent you and you commented on

please confirm for me, the forida state bar and the court your position
is i have not sent you a discover request asap so i can prepare another
one

have a wonderfull day of unicorns and rainbows

On Tue, Sep 25, 2012 at 12:58 PM, William C. Hearon
<bill@williamhearon.com> wrote:
> Other than your request to take the depositions of our experts (to
> which I replied and informed you that the court's pro se order did not

> allow) I have not received any discovery requests from you as provided

> for under the Rules.
>
> William C. Hearon
> William C. Hearon, P.A.
> I S.E. Third Avenue
> Suite 3000
> Miami, Florida 33131
> Ph: 305-579-9813
> Fax: 305-358-4707
> bill@williamhearon.com
>
>
> -----Original Message-----
> From: david greenberg [mailto:ernk1234@gmail.com]
> Sent: Tuesday, September 25, 2012 3:56 PM
> To: William C. Hearon
> Subject: Re:
>
> just to confirm, you are stating as fact you have recieved no
> correspondence from me requesting discovery? you ae claiming ou have
> recieved no emails from me requesting discovery and have no
> information from me regarding discovery?
>
> please respond asap so i can go excorciate my assistant, actually i
> will fire them if you confirm you have received no information from me

> related to discovery and i apologize for their unacceptable behavior.
>
> On Mon, Sep 24, 2012 at 10:15 PM, William C. Hearon
> <bill@williamhearon.com> wrote:
>> Mr. Greenberg: I have not seen nor received any discovery requests

>> from you. If you mailed them, please resend. Thank you.
>>
>> -----Original Message-----
>> From: david greenberg [mailto:ernk1234@gmail.com]
>> Sent: Monday, September 24, 2012 10:36 PM
>> To: William C. Hearon
>> Cc: Rodney Max
>> Subject:
>>
>> hearon the attached motion was filed today
>>
>> i have also filed the attached motion notifying the court in the blum

>> matter where your client who believes it erotic that i was anally
>> gang
>
>> raped by blacks who hate jews that your client has criminally
>> violated
>
>> irc sections 6103, 7212, 7216 and the potentially the patriot act for

>> intentionally participating the illegal disclosure of blum's
>> confidential taxpayer information
>>
>> i will also be notifying the florida bar and your mediation
>> organization of your participation in the cover up of your client's
>> illegal and possibly terrorist related activities (a violation of the

>> patriot act is not covered by your favorite means of deceit,
>> litigation privilege) as you were put on notice of your client's
>> illegal activities and did nothing, acts of misprision and perhaps
>> conspiracy to commit tax fraud and violate the patriot act.
>>
>> you have also not responded to my multiple discovery requests, can
>> you
>
>> at least tell me you are not going to respond????
>>
>> have a wonderful evening

Reply Forward


david greenberg ernk1234@gmail.com  Sep 26 (12 days ago)

to William, bcc: B.A.

hearon, i am so sorry for my stupidity but on 9-11 and 9-12 i sent you emails to which you responded telling me how stupid i am but did not once suggest i had not made a discovery request or that you would not comply with my discovery requests contained in the emails
u made it clear u would not meet and confer with me butt never told me you would not comply with my discovery requests or would not provide me wth the specific discovery asked for in the emails

why are you trying to take advantage of me (like your client who believes it erotic i was anally gang raped by blacks who hate jews)?
i am so terribly sorry for my confusion, hopefully u can clear it up for me but as of now you appear to be a liar (and don't forget about collateral estoppel)
**From:** david greenberg <ernk1234@gmail.com>
**Date:** Wed, 12 Sep 2012 18:14:24 -0700
**To:** William C. Hearon<bill@williamhearon.com>
**Subject:** Re:
again you attempt to deceive and intimidate me, everyone of those persons has information supporting the fact that your client is a lying cheating thieving jew hater who believes it very erotic i was anally gang raped by blacks who hate jews while i was in prison under the direction of his good friend kevin downing, make no mistake i have witnesses that your client threatened me at my trial and will call them if necessary
further you have yet to satisfy my discovery requests and will be adding to my requests for information regarding your clients trust accounts as it appears he may have misappropriated funds not to mention of course it is clear your client has illegally been splitting fees and i would like copies of all class action engagement letters an expense disbursement ledgers related to disbursements made to your clients clients
please advise me as to when you plan on complying with my discovery requests
**From:** "William C. Hearon" <bill@williamhearon.com>
**Date:** Wed, 12 Sep 2012 18:29:43 -0400
**To:** david greenberg<ernk1234@gmail.com>
**Subject:** RE:
There is no need for you to come to my office. If there is anything that needs to be discussed, we can do it over the phone. Once again, my objection is that you put people's names on your Rule 26 disclosures who have no intention of testifying at the trial of this matter and who you know will not be coming to testify at a trial in West Palm Beach in January.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: 305-579-9813

Fax: 305-358-4707

bill@williamhearon.com

**From:** david greenberg [mailto:ernk1234@gmail.com]
**Sent:** Tuesday, September 11, 2012 2:05 PM

**To:** William C. Hearon
**Subject:**

Mr. Hearon I would be happy to come to your office to discuss which potential witnesses I have listed do not meat the requirements of rule 26. Though you have continuously refused to meet with me perhaps you could describe which potential witness I have listed that do not possess "discoverable information that the disclosing party may use to support its claims or defenses".

If you can provide the names of the potential witnesses you are attempting to prevent me from using to prove your client is a liar, thief, cheat and jew hater by virtue of the fact that he has publicly stated it was very erotic for me to have been anally gang raped by blacks who hate Jews at the direction of his good friend Kevin Downing of the USDOJ (among several other jew hating acts), I would be pleased to discuss with you whether they should be removed from the list notwithstanding your illegal threats and intimidation tactics and continued persecution of me and my family members.

I will also likely be adding to the list Bob Sherman, Jennifer Kennedey and Kelly Gray plus will add to my discovery request (aside from your clients billing and time and expense files), all bonus and deferred compensation plans and methodology for calculating the illegal fee sharing arrangement your client has with his non lawyer employees and class action plaintiffs.

I am avilable to come to your office and have an actual discussion any time you are available.

**EXHIBIT 3**



**EMAILS REQUESTING DISCOVERY ON 9-11-12 AND 9-12-12**

**From:** david greenberg <ernk1234@gmail.com>
**Date:** Wed, 12 Sep 2012 18:14:24 -0700
**To:** William C. Hearon<bill@williamhearon.com>
**Subject:** Re:

again you attempt to deceive and intimidate me, everyone of those persons has information supporting the fact that your client is a lying cheating thieving jew hater who believes it very erotic i was anally gang raped by blacks who hate jews while i was in prison under the direction of his good friend kevin downing, make no mistake i have witnesses that your client threatened me at my trial and will call them if necessary

further you have yet to satisfy my discovery requests and **will be adding to my requests for information regarding your clients trust accounts as it appears he may have misappropriated funds not to mention of course it is clear your client has illegally been splitting fees and i would like copies of all class action engagement letters an expense disbursement ledgers related to disbursements made to your clients clients**

please advise me as to when you plan on complying with my discovery requests

**From:** "William C. Hearon" <bill@williamhearon.com>
**Date:** Wed, 12 Sep 2012 18:29:43 -0400
**To:** david greenberg<ernk1234@gmail.com>
**Subject:** RE:

There is no need for you to come to my office. If there is anything that needs to be discussed, we can do it over the phone. Once again, my objection is that you put people's names on your Rule 26 disclosures who have no intention of testifying at the trial of this matter and who you know will not be coming to testify at a trial in West Palm Beach in January.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: <u>305-579-9813</u>

Fax: <u>305-358-4707</u>

<u>bill@williamhearon.com</u>

**From:** david greenberg [mailto:<u>ernk1234@gmail.com</u>]
**Sent:** Tuesday, September 11, 2012 2:05 PM
**To:** William C. Hearon
**Subject:**

Mr. Hearon I would be happy to come to your office to discuss which potential witnesses I have listed do not meat the requirements of rule 26. Though you have continuously refused to meet with me perhaps you could describe which potential witness I have listed that do not possess "discoverable information that the disclosing party may use to support its claims or defenses".

If you can provide the names of the potential witnesses you are attempting to prevent me from using to prove your client is a liar, thief, cheat and jew hater by virtue of the fact that he has publicly stated it was very erotic for me to have been anally gang raped by blacks who hate Jews at the direction of his good friend Kevin Downing of the USDOJ (among several other jew hating acts), I would be pleased to discuss with you whether they should be removed from the list notwithstanding your illegal threats and intimidation tactics and continued persecution of me and my family members.

I will also likely be adding to the list Bob Sherman, Jennifer Kennedey and Kelly Gray **plus will add to my discovery request (aside from your clients billing and time and expense files), all bonus and deferred compensation plans and methodology for calculating the illegal fee sharing arrangement your client has with his non lawyer employees and class action plaintiffs.**

I am avilable to come to your office and have an actual discussion any time you are available.

EXHIBIT 4  GREENBERG'S INTITIAL DISCOVERY REQUEST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:12-cv-80438-DMM

EAGAN AVENATTI, LLP; a California Limited
Liability Partnership; and MICHAEL J.
AVENATTL an individual ; ;

Plaintiffs ;

vs.

DAVID GREENBERG, an individual ;

Defendant.

------------------------------------------------------------/

<u>DEFENDANTS RULE 26 INITIAL DISCLOSURES</u>

Pursuant to Federal Rule of Civil Procedure ("FRCP") 26(a), Defendant David Greenberg ("Greenberg")

hereby makes the following initial disclosures. These disclosures are based on information reasonably

available to Greenberg at the time of filing.

Greenberg's investigation of the facts of this case is ongoing, and Greenberg reserves the right to

supplement this disclosure. Further, Greenberg notes that as of the date of this disclosure, as Plaintiff's

counsel is well aware, Mr. Avenatti has stated in court filings that Mr. Avenatti believes it very erotic ("so

salacious") that Greenberg was anally gang raped by blacks who hate Jews at the direction of Mr.

Avenatti's good friend Kevin Downing of the USDOJ and that Mr. Avenatti threatened Greenberg with

worse treatment (or in Mr. Avenatti's view more erotic treatment) than repeated anal gang rape by blacks

who hate Jews.   Further, Mr. Avenatti and his counsel have continuously harassed Greenberg's six year

old child (and Mr. Avenatti's agents have threatened the child and the child's caretaker over 30 times in

the last six months) and persecuted and harassed Greenberg by sending thousands of pages of

documents via mail in a very short time span such that the mail man stopped delivering the mail to

Greenberg forcing Greenberg to confront the mailman and his supervisor such that Greenberg's mail

would be delivered.

A. Individuals with Discoverable Information

Pursuant to FRCP 26(a)(l)(A)(i), Plaintiffs list the following individuals who are likely to have discoverable information that Plaintiffs may use to support their claims;

1. Michael Avenatti; c/o William C. Hearon, PA., One S.E. Third Avenue, Suite

3000, Miami, Florida 33131. Plaintiff Avenatti will testify he believes it "so salacious" Greenberg was

anally gang raped by black's who hate Jews at the direction of his good friend Kevin Downing of the

USDOJ; Mr. Avenatti will testify he recently committed massive perjury in another case; Mr Avenatti

threatened Greenberg with worse treatment in prison than anal gang rape by black's who hate Jews o in

Mr. Avenatti's words even more erotic.  Mr. Avenatti will testify that he and on behalf of his clients has

committed tax fraud.

2. Judy Regnier; c/o William C. Hearon, P.A., One S.E. Third Avenue, Suite 3000,

Miami, Florida 33131. Ms. Regnier is an employee at Plaintiff Eagan Avenatti LLP. Ms.

Regnier will testify that Plaintiff Avenatti believes it "so salacious" Greenberg was

anally gang raped by black's who hate Jews at the direction of his good friend Kevin Downing of the

USDOJ.  Ms. Regnier will testify that she and on behalf of her clients has committed tax fraud.

3. Katherine Mosby; c/o William C. Hearon, P.A., One S.E. Third Avenue, Suite

3000, Miami, Florida 33131. Ms. Mosby is an employee at Plaintiff Eagan Avenatti LLP. Ms.

anally gang raped by black's who hate Jews at the direction of his good friend Kevin Downing of the

USDOJ.  Ms. Mosby will testify that she and on behalf of her clients has committed tax fraud.

4. David Greenberg will testify that Michael Avenatti has threatened Greenberg with physical harm, told

Mr. Greenberg he believes it erotic that Greenberg was anally gang raped by blacks who hate Jews and

that Mr. Avenatti has told over 5000 provable lie to various courts and committed perjury at least 200

times.  Greenberg will testify that Avenatti, Mosby, Regnier, Ward, Kensington Computer Products,

Calvert, Cascade Capital Group, Cole and the George Washington University Endowment fund have

either personally or via conspiracy committed tax fraud.

5. Michael Ward; General Counsel, Kensington Computer Products Division, Senior

Corporate Counsel, ACCO Brands Corporation, 300 Tower Parkway, Lincolnshire, Illinois

60069.  Mr. Ward will testify that he believes it erotic that Greenberg was anally gang raped by blacks

Who hate Jews and that he regularly engages in tax fraud including the utilization of illegal foreign tax

Haven companies to eliminate corporate income taxes.

6. Mark Calvert; Managing Director, Cascade Capital Group, 1420 5 Avethnue, Suite

2211, Seattle, Washington 98101. Mr. Calvert will testify he believes it erotic that Greenberg was anally

gang raped by blacks who hate Jews and that he has a particular prejudice against American Indians for

being lazy drunks in his view.

7. Craig Edwards; 8533 N.E. 13Ut1h Street, Clyde Hill, Washington 98004. Mr.

Edwards will testify he believes it erotic that Greenberg was anally gang raped by blacks who hate Jews.

8. John Cole; Director of Development, George Washington University, The Law

School, 2000 H Street, N.W., Washington, DC 20052. Mr. Cole serves as an executive at

George Washington University and will testify that he believes it erotic that Greenberg was anally gang

raped by blacks who hate Jews.

9.  Christine Avenatti; c/o William C. Hearon, P.A., One S.E. Third Avenue, Suite 3000,

Miami, Florida 33131. Ms. Avenatti is an ex wife of Mr. Avenatti.  Ms. Avenatti will testify that Plaintiff

Avenatti believes it "so salacious" Greenberg was anally gang raped by black's who hate Jews at the

direction of his good friend Kevin Downing of the USDOJ.  Ms. Avenatti will testify that she has committed

tax fraud and that Mr. Avenatti is a liar thief and cheat.

10.  Rahm Emanuel; 121 N Lasalle Street, Chicago City Hall Fourth Floor, Chicago, Illinois, 60602.  Mr.

Emanuel will testify that Mr. Avenatti lie to "Super Lawyers" when Mr. Avenatti described his relationship

to Mr. Emanuel; Mr. Emanuel will testify he is an anti semite and Mr. Avenatti shares his anti Israeli

beliefs; Mr. Emanuel will testify that both he and Mr. Avenatti have received monies from Dresdner bank

the which to this day still supports the Nazis; Mr. Emanuel will testify that he and Mr. Avenatti have

solicited and accepted monies for illegal lobbying activities from several groups including anti Jewish groups originating in the middle east.

11.  Suzy Frisch; 256 Chapman Road, Oxford Building #201, Newark, Delaware, 19702.  Ms. Frisch will testify that Mr. Avenatti lied to her in preparation of an article entitled the "Scourge" she wrote about him including that Mr. Avenatti specifically lied about his relationship with Mr. Emanuel.

12.  John O'Malley; 895 Dove Street, Newport Beach, 92660.  Mr. O'Malley will testify that he is a business partner of Mr. Avenatti and that Mr. Avenatti regularly engages in the following acts: illegal fee splitting, tax fraud, deceit, thievery and general fraud in all areas of practice.

13.    Desdner Bank, Frank A. Bergner; Mercendesaas 6, 40470 Dusseldorf, Germany; Mr. Bergner will testify that Dresdner bank built Aushwitz and funded Hitler's annihilation of millions of Jews and to this day still helps the Nazis hide the money the Nazis stole from the Jews; Mr. Bergner will also testify that Dresdner banked entered into a very significant business relationship with Mr. Avenatti and Mr. Emanuel paying them millions of dollars.

14.  Shea Murphy; c/o William C. Hearon, PA., One S.E. Third Avenue, Suite 3000, Miami, Florida 33131.  Mr. Murphy will testify that he is under the employ of Mr. Avenatti and that Mr. Avenatti instructed him to prepare for Mr. Avenatti a court filing testifying to the court that Mr. Avenatti and Mr. Murphy believed it erotic ("so salacious") that Greenberg was anally gang raped by black's who Jews at the direction of Mr. Avenatti's good friend Kevin Downing of the USDOJ; Mr. Murphy will also testify that he under the direction of Mr. Avenatti regularly engages in: illegal fee splitting, tax fraud, deceit, thievery and general fraud in all areas of practice.

15.  Robert J. Keller; Kensington Computer Products Division, ACCO Brands Corporation, 300 Tower Parkway, Lincolnshire, Illinois 60069.  Mr. Keller will testify that Mr. Avenatti regularly engages in illegal fee splitting, tax fraud and general fraud in obtaining clients.

16.  Shelley Rubin; Jewish Defense League, P.O. Box 480370 Los Angeles, CA 90048.  Mr. Rubin will testify that anyone who says or supports someone who even states it is erotic for blacks who hate Jews

to gang rape a Jew are persecutors of Jews and should be publicly branded as Jew haters.

17.  Bilzin Sumberg; Greater Miami Jewish Federation, 4200 Biscayne Boulevard  Miami, FL 33137.  Mr. Sumberg will testify that anyone who says or supports someone who even states it is erotic for blacks who hate Jews to gang rape a Jew are persecutors of Jews and should be publicly branded as Jew haters.

18.     Scott A. Blum; c/o William C. Hearon, P.A., One S.E. Third Avenue, Suite 3000, Miami, Florida 33131.  Mr. Blum will testify that anyone who says or supports someone who even states it is erotic for blacks who hate Jews to gang rape a Jew are persecutors of Jews and should be publicly branded as Jew haters.  Mr. Blum will also testify that Mr. Avenatti suborned perjury from him and conspired with him to commit tax fraud, Mr. Blum will further testify that Mr. Avenatti regularly engages in: illegal fee splitting, tax fraud, deceit, thievery and general fraud in all areas of practice.

19.  Kelly Corr; 1001 Fourth Avenue, Suite 4900, Seattle, Washington  98154.  Mr. Corr will testify that Mr. Avenatti is a liar and a cheat.

20.  Greg Lamm; 801 Second Ave, Suite 210 Seattle, WA 98104.  Mr. Lamm will testify that Mr. Avenatti is a liar and a cheat.

21.  Michelle Baio; c/o William C. Hearon, PA., One S.E. Third Avenue, Suite 3000, Miami, Florida 33131.  Ms. Baio will testify that Mr. Avenatti suborned perjury from her; Mr. Avenatti is illegally sharing fees with her, Mr. Avenatti has conspired to commit tax fraud with her and Ms. Baio will testify that anyone who says or supports someone who even states it is erotic for blacks who hate Jews to gang rape a Jew.

22.  Michael Eagan;   c/o William C. Hearon, PA., One S.E. Third Avenue, Suite 3000, Miami, Florida 33131.  Mr. Eagan will testify that business partner of Mr. Avenatti and that Mr. Avenatti regularly engages in the following acts: illegal fee splitting, tax fraud, deceit, thievery and general fraud in all areas of practice.

23.  Scott Sims; c/o William C. Hearon, PA., One S.E. Third Avenue, Suite 3000, Miami, Florida

33131.  Mr Sims will testify that he suborned perjury and conspired to defraud the court recently with Mr. Avenatti by having Mr. Avenatti tell over 20 easily provable lies under penalties of perjury.  Mr. Sims will also testify that Mr. Avenatti regularly engages in the following acts: illegal fee splitting, tax fraud, deceit, thievery and general fraud in all areas of practice.

24.  Fred Sands; c/o William C. Hearon, PA., One S.E. Third Avenue, Suite 3000, Miami, Florida  33131.  Mr. Sands will testify that Mr. Avenatti has suborned perjury from him for the financial benefit of Mr. Avenatti in several court cases over the years like Stein, Greenberg, Bergmann and Camden.  Mr. Sands will further testify that  Mr. Avenatti regularly engages in the following acts: illegal fee splitting, tax fraud, deceit, thievery and general fraud in all areas of practice.

25.      Peter Morrison; 300 South Grand Avenue, Los Angeles, California  90071.  Mr. Morrison will testify that in the Scott Blum matter Mr. Avenatti told the court over 1000 lies and will further, testify that Mr. Avenatti regularly engages in the following acts: illegal fee splitting, tax fraud, deceit, thievery and general fraud in all areas of practice.

.  Caleb Newquist;  9499 Priority Way West Drive, Suite 150, Indianapolis, Indiana  46240.  Mr. Newquist will testify that Mr. Avenatti is a liar and will specifically describe how Mr. Avenatti has no concept of reality when describing Mr. Avenatti's reaction to being called a liar by Mr. Corr: "I'm all for lawyers getting bent out of shape but it's really frightening to imagine what would happen if they all reacted this way every time someone called their lawsuits flimsy."

27.  John Arden; c/o William C. Hearon, PA., One S.E. Third Avenue, Suite 3000, Miami, Florida  33131.  Mr. Arden will testify that he committed perjury and that Mr. Avenatti suborned perjury from him in the Avon case where the court ruled Mr. Avenatti was unethical.  Mr. Arden will testify he works for and supports Mr. Avenatti notwithstanding Mr. Avenatti believes it to be erotic ("so salacious") that Greenberg was anally gang raped by blacks who hate Jews under penalties of perjury.  Mr. Arden will also testify that Mr. Avenatti regularly engages in the following acts: illegal fee splitting, tax fraud, deceit, thievery and general fraud in all areas of practice.

28.  Anothony Petrocelli; c/o William C. Hearon, PA., One S.E. Third Avenue, Suite 3000, Miami, Florida 33131.  Mr. Petrocelli will testify that he regularly engages in the following acts with Mr. Avenatti: illegal fee splitting, tax fraud, deceit, thievery and general fraud in all areas of practice.  Mr. Petrocelli will also testify that he has been illegally allowing Mr. Avenatti to "ghost write" several of his briefs not withstanding Mr. Avenatti is not allowed to practice law in Florida.

29.  Robert Sherman; c/o William C. Hearon, PA., One S.E. Third Avenue, Suite 3000, Miami, Florida 33131.  Mr. Sherman will testify that he conspired to defraud the courts with Mr. Avenatti and that Mr. Avenatti suborned perjury from him in the Cast Arts matter.  Mr. Sherman will further testify that he regularly engages in the following acts with Mr. Avenatti: illegal fee splitting, tax fraud, deceit, thievery and general fraud in all areas of practice.

   William C. Hearon; c/o William C. Hearon, PA., One S.E. Third Avenue, Suite 3000, Miami, Florida  3331.  Mr. Hearon will testify that he has violated the "crime fraud exception" in his persecution of Greenberg on behalf of Mr. Avnatti and at Mr. Avenatti's insistence harassed Greenberg's young six year old Jewish child including sending agents to the child's residence where the child's mother recently committed suicide and threatening her.  Mr. Hearon will also testify that he has been illegally allowing Mr. Avenatti to "ghost write" several of his briefs not withstanding Mr. Avenatti is not allowed to practice law in Florida.  Mr. Hearon will further testify that he supports and takes money from Mr. Avenatti knowing full well that Mr. Avenatti has sworn under penalties of perjury that Mr. Avenatti believes it erotic that Greenberg was anally gang raped by blacks who hate Jews.

31.  Jerry Jones; 1 Legends Way Arlington, TX 76011.  Mr. Jones will testify that Mr. Avenatti told 100 outright lies against him in a case that the courts summarily dismissed.

32.  Hilton Chodorow; 10960 Wilshire Boulevard Fourteenth Floor  Los Angeles, California 90024.  Mr. Chodorow will testify that Mr. Avenatti suborned perjury and that Fred Sands committed perjury in at least the Stein, Greenberg, Bergmann and Camden cases and that Mr. Avenatti perpetrated a massive fraud on the courts.

33.  David Pitofsky; 620 Eighth Avenue, New York, NY 10018.  Mr. Pitofsky will testify that Mr. Avenatti threatened to have worse treatment than Greenberg was already receiving in prison (anal gang rape by blacks who hate Jews) imposed on Greenberg if Mr. Pitofsky did not allow Mr. Sands to commit perjury as Mr. Avenatti had instructed him to do.

.

B. Documents

Pursuant to FRCP 26(a)(l)(A)(ii), Defendant identifies the following categories of documents in the possession, custody or control that Plaintiffs which show Mr. Avenatti is a thief and a liar.

Defendant reserves the right to object to the production of the documents described herein on any basis permitted by law, e.g. privileged or otherwise protected from disclosure.

The categories of known documents are as follows:

1.  Plaintiffs' billing files, time repots and expense reports (including all such files from any predecessor firm).

2.  Any and all files related to lawsuits against Plaintiffs by former employees or partners including Mr. O'Malley including all discovery related to any such cases.

3.  All books and financial records of Plaintiffs including predecessor firms.

A review of such information will clearly show that Mr. Avenatti is a liar, thief, cheat and a purveyor of and party to tax fraud with specific regard to non reporting of income, falsification of expenses, intentional violation of Section 104 and conspiracy to commit tax fraud including engaging in a "Klein conspiracy" with Plaintiff's partners and clients.  In fact public and judicially noticeable documents will show all of Plaintiff's witnesses and their companies have committed massive tax fraud.

…………………………………………………………………………………

DATED: August 31, 2012

Respectfully submitted,
DAVID B. GREENBERG
Defendant Pro Se
1730 S Federal Hwy Box 140
Telephone: (646) 705-2910
E-Mail: ernk1234@gmail.com

_____

David B. Greenberg

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by First Class
U.S. Mail on August 31, 2012 on all counsel or parties of record on the Service List below.

_____

Kelly Fennell

SERVICE LIST
William C. Hearon, Esq.

WILLIAM C. HEARON, P.A.
Attorney for Plaintiffs
1 S.E. Third Avenue, Suite 3000
Miami, Florida 33131
Ph: (305) 579-9813
Fax: (305) 358-4707
E-mail: bill@williamhearon.com

EXHIBIT 5   DISCOVERY REQUEST AGAIN



UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:12-cv-80438-DMM

EAGAN AVENATTI, LLP; a California Limited Liability Partnership; and MICHAEL J. AVENATTL an individual ; ;

Plaintiffs ;

vs.

DAVID GREENBERG, an individual ;

Defendant.

-----------------------------------------------------------/

DEFENDANTS RULE 26 DISCOVERY REQUEST (AGAIN)

Pursuant to Federal Rule of Civil Procedure ("FRCP") 26, Defendant David Greenberg ("Greenberg") hereby makes the following discovery requests again for the fourth time.

Greenberg's investigation of the facts of this case is ongoing, and Greenberg reserves the right to request further discovery.

Further, Greenberg notes that as of the date of this disclosure, as Plaintiff's counsel is well aware, Mr. Avenatti has stated in court filings that Mr. Avenatti believes it very erotic ("so salacious") that Greenberg was anally gang raped by blacks who hate Jews at the direction of Mr. Avenatti's good friend Kevin Downing of the USDOJ and that Mr. Avenatti threatened Greenberg with worse treatment (or in Mr. Avenatti's view more erotic treatment) than repeated anal gang rape by blacks who hate Jews.

Also, Mr. Avenatti and his counsel have continuously harassed Greenberg's six Year old child (and Mr. Avenatti's agents have threatened the child and the child's caretaker over 30 times in the last six months) and persecuted and harassed Greenberg by sending thousands of pages of documents via mail in a very short time span such that

the mail man stopped delivering the mail to Greenberg forcing Greenberg to confront the mailman and his supervisor such that Greenberg's mail would be delivered.

Greenberg requests the following documents and information for the fourth time.

1. Plaintiffs' billing files, time repots and expense reports (including all such files from any predecessor firm).

2. Any and all files related to lawsuits against Plaintiffs by former employees or partners including Mr. O'Malley including all discovery related to any such cases.

3. All books and financial records of Plaintiffs including predecessor firms.

4. All discovery provided to date in the Blum matter in both the state and federal cases.

5. Copies of Avenatti's firm's financial statements and tax returns.

6. Documentation of any advice given by Avenatti and/or his firm on reporting income under section 104 of the IRC.

7. Listing of all companies for which Avenatti acts as a board member or holds the title of an officer for.

8. Record of all payments Avenatti received from Rahm Emanuel including kick backs from Dresdner Bank.

9. Copies of any and all information or documentation related to any illegal payments made by Avenatti to his employees or associates like Michelle Baio as either bribes, illegal kick backs or illegal payments to non lawyers in a fee sharing arrangement including any bonus or profit sharing plans to employees with specific reagard to side payments or otherwise made to Regnier or Mosby.

10. Copies of any documentation received by Avenatti or his firm from Milberg Weiss related to payments or forms of compensation paid to Avenatti to the detriment of his clients like Blum.

11. All discovery in the Avon case where it was held Avenatti violated the ethics laws.

A review of such information will clearly show that Mr. Avenatti is a liar, thief, cheat and a purveyor of and party to tax fraud with specific regard to non reporting of income, falsification of expenses, intentional violation of Section 104 and conspiracy to commit tax fraud including engaging in a "Klein conspiracy" with Plaintiff's partners and clients. In fact public and judicially noticeable documents will show all of Plaintiff's witnesses and their companies have committed massive tax fraud.

...........................................................................

DATED: August 31, 2012

Respectfully submitted,
DAVID B.
GREENBERG
Defendant Pro Se
1730 S Federal Hwy
Box 140 Telephone:
(646) 705-2910 E-Mail:
ernk1234@gmail.com

David B. Greenberg

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served
by First Class U.S. Mail on August 31, 2012 on all counsel or parties of
record on the Service List below.

David Greenberg

SERVICE LIST
William C. Hearon, Esq.

WILLIAM C. HEARON,
P.A. Attorney for
Plaintiffs

1 S.E. Third Avenue,
Suite 3000 Miami, Florida

33131

Ph: (305) 579

9813 Fax: (305)

358-4707

E-mail: bill@williamhearon.com

Paul G. Rogers Federal Building and U.S. Courthouse

701 Clematis Street Room 202

West Palm Beach, FL 33401

(561) 803-3400

EXHIBIT 6   INTERROGATORY REQUESTS

UNITED STATES DISTRICT
COURT          SOUTHERN
DISTRICT OF FLORIDA

Case No.: 9:12-cv-80438-DMM



EAGAN AVENATTI, LLP; a
California Limited Liability
Partnership; and MICHAEL J.
AVENATTL an individual ; ;

Plaintiffs ;

vs.

DAVID GREENBERG, an individual ;

Defendant.

---------------------------------------------------------/

DEFENDANT INTERROGATORIE REQUESTS

Pursuant to Federal Rules of Civil Procedure, Defendant David
Greenberg ("Greenberg") hereby makes the following interrogatory requests
.

Greenberg's investigation of the facts of this case is ongoing, and Greenberg
reserves the right to request further discovery.

Further, Greenberg notes that as of the date of this disclosure, as Plaintiff's

counsel is well aware, Mr. Avenatti has stated in court filings that Mr. Avenatti

believes it very erotic ("so salacious") that Greenberg was anally gang raped by

blacks who hate Jews at the direction of Mr. Avenatti's good friend Kevin Downing

of the USDOJ and that Mr. Avenatti threatened Greenberg with worse treatment (or in Mr.

Avenatti's view more erotic treatment) than repeated anal gang rape by

blacks who hate Jews.

Also, Mr. Avenatti and his counsel have continuously harassed Greenberg's six Year old child (and Mr. Avenatti's agents have threatened the child and the child's caretaker over 30 times in the last six months) and persecuted and harassed Greenberg by sending thousands of pages of documents via mail in a very short time span such that the mail man stopped delivering the mail to Greenberg forcing Greenberg to confront the mailman and his supervisor such that Greenberg's mail would be delivered.

## INTERROGATORIES FOR AVENATTI (AND HIS PURPORTED LAW FIRM)

1. Explain why you have publicly stated you believe my comments about being anally gang raped by blacks who hate Jews are "so salacious"?
2. Do you read and stand behind the filings you make in court?
3. Do you believe comments about being anally gang raped by blacks who hate Jews are "scandalous"?
4. Do you believe the common definition of salacious is "disgusting"?
5. Have you ever accepted monies from companies that supported the Nazi party?
6. Have you ever accepted monies from companies who provided funding to Hitler to build concentration camps?
7. Have you ever worked for someone considered to be anti Israeli?
8. Do you believe Israel has the right to bomb Iran before it becomes a nuclear power?
9. Are you suing the Star of David?
10. Are you suing Jewish cemeteries in Florida and if so, is the lead plaintiff Jewish?
11. Have you ever shared legal fees with non lawyers, for example by paying bonuses, profit sharing plans, other incentives like having parties

using funds from legal fees or have you ever made outright payment to plaintiffs either direct or indirect to obtain business.

12.    Have you ever mixed funds in your clients trust accounts or borrowed funds either directly or indirectly regardless of whether the clients trust account was made whole?

13.    Have you ever provided clients tax advice particularly with regard timing of recognition or exclusion of legal settlements for purposes of the internal revenue code?

14.    Have you ever received payments of any kind either direct or indirect from Milberg Weiss?

15.    Have you ever been found to have acted unethically or violated any rules of ethics you may be bound?

16.    Has anyone ever accused you of effectively stealing from them, lying to them, bullying them, defrauding them or beaching a contract?

17.    Have you ever intentionally violated the terms of a mediation agreement or been accused of violating the terms of a mediation agreement or in fact admitted to intentionally violating the terms of a mediation agreement?

18.    Have you ever lied to the courts based on Blacks Law definition of lie, false statements (i.e., any statement that is untrue).

19.    Have you ever lied to the courts when giving testimony under Black's Law definition of lying?

20.    Do you have difficulties judging distances?

21.    Have you ever lied to reporters about your resume, using Black's Law definition of lying?

22.    Have you ever supported a political candidate who was found to have and/or accused of being a tax cheat?  (Support includes made political donations to).

23.     Do you deny that you persecute Jews?  The definition of persecute in Webster's Dictionary is "to harass or punish in a manner designed to injure, grieve, or afflict".

24.     Have you sued those of Jewish decent in total over the years for amounts greater than $100,000,000; $300,000,000; $500,000,000; $1,000,000,000; and/or for amounts greater than $3,000,000,000?

25.     Do you work with a client named Mark Calvert who has publicly made racist public statements like American Indians are effectively lazy or Jews are greedy?

……………………………………………………………………………………..

DATED: August 31, 2012

Respectfully submitted, DAVID B. GREENBERG Defendant Pro Se

1730 S Federal Hwy Box 140 Telephone: (646) 705-2910 E-Mail: ernk1234@gmail.com

David B. Greenberg

Paul G. Rogers Federal Building and U.S. Courthouse

701 Clematis Street Room 202

West Palm Beach, FL 33401

(561) 803-3400

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by First Class U.S. Mail on August 31, 2012 on all counsel or parties of record on the Service List below.

David Greenberg


SERVICE LIST

William C. Hearon, Esq.

WILLIAM C. HEARON, P.A. Attorney for Plaintiffs

1 S.E. Third Avenue, Suite 3000 Miami, Florida 33131

Ph: (305) 579 9813 Fax: (305) 358-4707

E-mail: bill@williamhearon.com

EXHIBIT 7

HEARON LIES



Oct 4 (4 days ago)

to **David**, **ramax**, me

Mr. Greenberg: Since you choose to insult me, I have no time to discuss anything with you. Meet and confer assumes a certain amount of decorum which you refuse to show to me, and apparently to anyone who is adverse to you. I will not be calling you to discuss anything until you show that you can act in a civil manner. Regards.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: 305-579-9813

Fax: 305-358-4707

bill@williamhearon.com

**From:** David Greenberg [mailto:d.greenberg.tax.group.internat@gmail.com]
**Sent:** Thursday, October 04, 2012 8:16 PM
**To:** William C. Hearon; 13053584707@j2send.com
**Cc:** ramax@uww-adr.com
**Subject:** Re: Discovery

hearon when should i call you, tomorrow is a golf day so i need a specific time please, also for ease of discussion and to expedite the process i have attached the order and local rules

perhaps you should review them prior to the call as you seem to be having difficulty understanding them

i await your response of when to call you

On Thu, Oct 4, 2012 at 4:41 PM, William C. Hearon <bill@williamhearon.com> wrote:

EXHIBIT 7

HEARON LIES

You can call my office in the morning to discuss.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: 305-579-9813

Fax: 305-358-4707

bill@williamhearon.com

**From:** David Greenberg [mailto:d.greenberg.tax.group.internat@gmail.com]
**Sent:** Thursday, October 04, 2012 7:36 PM
**To:** William C. Hearon
**Cc:** ramax@uww-adr.com
**Subject:** Re: Discovery

hearon i am unable to comprhend your response perhaps i could come to your office and meet with you in person to discuss this matter for an expiditious resolution?

i also note he length of time for your response to my request (weeks) and at the last minute raising the form issue, something i would not expect from a man of your reputation and stature

On Thu, Oct 4, 2012 at 4:28 PM, William C. Hearon <bill@williamhearon.com> wrote:

I have answered you as to each of the purported requests outlined in my email. If there were other "requests" that you believe you previously sent, and which were not addressed in my email, let me know.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

EXHIBIT 7

**HEARON LIES**

Miami, Florida 33131

Ph: <u>305-579-9813</u>

Fax: <u>305-358-4707</u>

<u>bill@williamhearon.com</u>

**From:** <u>d.greenberg.tax.group.internat@gmail.com</u> [mailto:<u>d.greenberg.tax.group.internat@gmail.com</u>]
**Sent:** Thursday, October 04, 2012 7:27 PM
**To:** William C. Hearon
**Subject:** Re: Discovery

So are you saying you will not comply with my multiple requests? Yes or no will suffice.

Sent via BlackBerry by AT&T

**Reply Reply to all Forward**


Rodney Max rmax@uww-adr.com     Oct 4 (4 days ago)

to William, David, me


Gentlemen,

As your mediator, I am prepared to facilitate any dialogue you may jointly wish to engage to attempt to assure the civility of your discussions.

Sincerely,

Rod

Rodney A. Max

UPCHURCH WATSON WHITE AND MAX

Mediation Group

SOUTH FLORIDA - SOUTHEAST - UNITED STATES

<u>ramax@uww-adr.com</u>

EXHIBIT 7

**HEARON LIES**

<u>786 423 3977</u> (cell)

Heather Lariscy, Coordinator

<u>1 800 264 2622</u>

<u>hlariscy@uww-adr.com</u>

**From:** William C. Hearon [mailto:<u>bill@williamhearon.com</u>]
**Sent:** Thursday, October 04, 2012 7:22 PM
**To:** David Greenberg; <u>ernk1234@gmail.com</u>
**Cc:** Rodney Max
**Subject:** RE: Discovery


Mr. Greenberg: Since you choose to insult me, I have no time to discuss anything with you. Meet and confer assumes a certain amount of decorum which you refuse to show to me, and apparently to anyone who is adverse to you. I will not be calling you to discuss anything until you show that you can act in a civil manner. Regards.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: <u>305-579-9813</u>

Fax: <u>305-358-4707</u>

<u>bill@williamhearon.com</u>

**From:** David Greenberg [mailto:<u>d.greenberg.tax.group.internat@gmail.com</u>]
**Sent:** Thursday, October 04, 2012 8:16 PM
**To:** William C. Hearon; <u>13053584707@j2send.com</u>
**Cc:** <u>ramax@uww-adr.com</u>
**Subject:** Re: Discovery

hearon when should i call you, tomorrow is a golf day so i need a specific time please, also for ease of discussion and to expedite the process i have attached the order and local rules

EXHIBIT 7

HEARON LIES

perhaps you should review them prior to the call as you seem to be having difficulty understanding them

i await your response of when to call you

On Thu, Oct 4, 2012 at 4:41 PM, William C. Hearon <bill@williamhearon.com> wrote:

You can call my office in the morning to discuss.

William C. Hearon

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: 305-579-9813

Fax: 305-358-4707

bill@williamhearon.com

**From:** David Greenberg [mailto:d.greenberg.tax.group.internat@gmail.com]
**Sent:** Thursday, October 04, 2012 7:36 PM
**To:** William C. Hearon
**Cc:** ramax@uww-adr.com
**Subject:** Re: Discovery

hearon i am unable to comprhend your response perhaps i could come to your office and meet with you in person to discuss this matter for an expiditious resolution?

i also note he length of time for your response to my request (weeks) and at the last minute raising the form issue, something i would not expect from a man of your reputation and stature

On Thu, Oct 4, 2012 at 4:28 PM, William C. Hearon <bill@williamhearon.com> wrote:

I have answered you as to each of the purported requests outlined in my email. If there were other "requests" that you believe you previously sent, and which were not addressed in my email, let me know.

William C. Hearon

EXHIBIT 7

HEARON LIES

William C. Hearon, P.A.

1 S.E. Third Avenue

Suite 3000

Miami, Florida 33131

Ph: 305-579-9813

Fax: 305-358-4707

bill@williamhearon.com